# EXHIBIT A

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                            1/10/2023

| HB0969 | Recalled | 110 |
|--------|----------|-----|
| HB0969 | Third Reading | 111 |
| HB1064 | Third Reading | 94 |
| HB1064 | Vote Intention | 118 |
| HB1563 | Recalled | 180 |
| HB1563 | Third Reading | 181 |
| HB2542 | Third Reading | 80 |
| HB4664 | Recalled | 50 |
| HB4664 | Third Reading | 51 |
| SB0208 | Concurrence | 185 |
| SB1836 | Concurrence | 188 |
| SB2951 | Concurrence | 178 |
| SR1385 | Adopted | 49 |
| SR1385 | Resolution Offered | 43 |
| SR1386 | Adopted | 43 |
| SR1386 | Resolution Offered | 3 |
| SR1387 | Adopted | 168 |
| SR1387 | Resolution Offered | 155 |
| SR1388 | Adopted | 153 |
| SR1388 | Resolution Offered | 132 |
| SR1389 | Adopted | 131 |
| SR1389 | Resolution Offered | 121 |
| SR1390 | Adopted | 173 |
| SR1390 | Resolution Offered | 173 |


| Senate to Order - Senator Koehler | 1 |
|-----------------------------------|---|
| Prayer | 1 |
| Pledge of Allegiance | 1 |
| Journal-Postponed | 1 |
| Senate Stands in Recess/Reconvenes | 2 |
| Committee Reports | 49 |
| Committee reports | 120 |
| Messages from the House | 155 |
| Committee Reports | 176 |
| Messages from the House | 184 |
| Committee Reports | 185 |
| Resolutions Consent Calendar-Adopted | 190 |
| Adjournment | 192 |

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

PRESIDING OFFICER: (SENATOR KOEHLER)

The regular Session of the 102nd General Assembly will please come to order. Will the Members please be at their desks? Invocation today will be given by Pastor Brian Newswander, Crossroots Church in Effingham, Illinois. Pastor.

PASTOR BRIAN NEWSWANDER:

(Prayer led by Pastor Brian Newswander))

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Johnson, would you please lead us in the pledge?

SENATOR JOHNSON:

(Pledge of Allegiance, led by Senator Johnson)

PRESIDING OFFICER: (SENATOR KOEHLER)

WCIA Channel 3 seeks leave of the Body to record, video, and to audio for TV broadcasts. Seeing no objection, leave is granted. And Blueroomstream seeks leave of the Body to video stream. Seeing no objection, leave is granted. Mr. Secretary, Reading and Approval of the Journal.

SECRETARY ANDERSON:

Senate Journal of Monday, January 9th, 2023.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Hunter.

SENATOR HUNTER:

Mr. President, I move to postpone the reading and approval of the Journals just read by the Secretary, pending arrival of the printed transcripts.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Hunter moves to postpone the reading and approval of the Journal, pending the arrival of the printed transcripts. There being no objection, so ordered. Senator Hunter, for what purpose

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


do you seek recognition?

SENATOR HUNTER:

     For the purpose of an announcement, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Please state your announcement.

SENATOR HUNTER:

     The Senate Democrats will caucus in Room 212 of the Capitol for approximately one hour.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator McClure, for what purpose do you seek recognition?

SENATOR MCCLURE:

     Mr. President, the Senate Republicans will caucus for approximately an hour in Room 400 in the Capitol.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Alright, we will stand in recess as the two Caucuses go to their respective places, and we will return later.


          (SENATE STANDS IN RECESS/SENATE RECONVENES)


PRESIDING OFFICER: (SENATOR KOEHLER)

     The Senate will come to order. KS -- KSDK St. Louis, Missouri, seeks leave of the Body for video and Floor proceedings. Seeing no objection, leave is granted. Any Members of the Senate, within the sound of my voice, please come to the Senate Floor. We will be taking up business. All Members of the Senate, please come to the Senate Floor. Will Members and guests please be in their seats? Will the staff please retire to the rear of the Chamber? And will the doorman please secure the doors? Mr. Secretary, Resolutions.

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                               1/10/2023


SECRETARY ANDERSON:

    Senate Resolution 1386, offered by President Harmon and all Members.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Harmon moves to suspend the Rules for immediate consideration and the adoption of Senate Resolution 1386. Those in favor will say Aye. Opposed, say Nay. The Ayes have it, and the rules are suspended. Mr. Secretary, please read the resolution.

SECRETARY ANDERSON:

    Senate Resolution 1386.

    WHEREAS, the Members of the Illinois Senate of the 102nd General Assembly of State of Illinois learned with great sadness of the death of their colleague and friend, Senator Scott Michael Bennett, on December 9th, 2022; and

    WHEREAS, Sen. Bennett was born on July 16th, 1977 to Dr. Robert and Barbara Bennett in Fort Campbell, Kentucky, where his father was stationed in the U.S. Army; when he was an infant, the family moved to Gibson City, where five generations of his family have worked on their family farm, which is something he cherished; he graduated from Gibson City-Melvin-Sibley High School in 1995 and then studied History at Illinois State University, graduated in 1998; he then attended law school at the University of Illinois, Urbana-Champaign, graduating in 2002; and

    WHEREAS, Sen. Bennett joined the Senate in 2015 as the unanimous choice to fill the vacancy created when Michael W. Frerichs was sworn in as the Illinois State Treasurer after serving the 52nd District for eight years; and

    WHEREAS, Sen. Bennett dedicated his life to public service and giving back to his community; he first earned an internship at

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


the White House, where he served the Clinton Administration in the Office of Presidential Gifts and met his wife, Stacy Meredith, who had been assigned to the same office; they entertained one another with imagined back stories of curious global and domestic gifts; and

WHEREAS, Sen. Bennett started his career as a prosecutor for the City of Chicago and also worked for the Democratic National Committee in Washington, D.C.; and

WHEREAS, Though Sen. Bennett could have pursued a high paying career in corporate law, he longed to return to his roots and the community he treasured. He returned to Central Illinois to work as an Assistant State's Attorney in Bloomington-Normal and then in Champaign-Urbana; and

WHEREAS, The first piece of legislation Senate Bennett -- Sen. Bennett filed was to protect central Illinois' water supply by preserving the quality of drinking water in the Mahomet Aquifer, which serves as the primary water supply for fifteen counties across central Illinois, including Champaign and Vermilion counties; he believed that the aquifer served as a lifeline for the region and made it his mission to protect this important resource for the sake of the region's children and future generations to come; he continuously worked with a bipartisan coalition of legislators to add safeguards to protect this valuable resource; and

WHEREAS, Sen. Bennett learned -- leaned on his experience in the courtroom to champion legislation to permit courts to allow comfort canines in courtrooms to assist children or people with intellectual disabilities who have to testify in court on sexual assault cases; he believed that the use of dogs in the courtroom

                                                        4

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

can help bring a major change in how we can meet the emotional
needs of those involved in the criminal justice system; and

WHEREAS, Sen. Bennett partnered with Treasurer Frerichs to
establish the Illinois Achieving Better Life Expectancy Act, known
as the ABLE Act, to promote financial security for children and
loved ones living with disabilities; the goal of the program is to
assist individuals and families in saving money to cover expenses
for people with disabilities; and

WHEREAS, During the budget impasse in 2015, Sen. Bennett and
his family filed paperwork to forgo his pay until there was a
budget in place to protect essential programs in Illinois. The
Bennett family stood in solidarity with the hard working men and
women in their community who provided essential services to our
most valuable -- vulnerable populations, and they believed it was
unjust for elected officials to continue to take home their pay
while in-home child care providers struggled to keep their doors
open and seniors were forced to choose between picking up their
prescriptions or keeping the lights on at night; he did not accept
a paycheck for more than six months; and

WHEREAS, Sen. Bennett fought to provide Illinois' students
with the opportunity to be successful as the chair of the Senate's
Higher Education Committee, for the last two years; he worked to
secure resources for the University of Illinois Urbana-Champaign,
Parkland College, Danville Community College, and all of the
State's higher education facilities by advocating for additional
funding for need-based tuition assistance, lowering tuition costs
and fees, and preventing licensing boards from denying and revoking
or suspending individual professional licenses due to student loan
default in Illinois; and

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

WHEREAS, Sen. Bennett introduced the Know Before You Owe Private Education Loan Act, which requires private lenders to confirm with a potential borrower's school that the student's tuition, housing, and other costs are not covered by other sources of financial aid to ensure students and their families have clear information when weighing their loan options; and

WHEREAS, Sen. Bennett worked to combat campus sexual violence and championed the Preventing Sexual Violence on Campus Act, which provided a roadmap to existing federal requirements and set standards to prevent -- prevent and respond to sexual violence; his goal was to end campus assault, but if an assault occurred, he wanted to ensure that there were clear and concise guidelines to give survivors of sexual assault a comprehensive path to report crimes and be notified of their rights; and

WHEREAS, Sen. Bennett worked to increase civic participation and engage more citizens in the democratic process by supporting automatic voter registration and routine voter registration drives; he also worked to encourage more young people to be involved in government through mentorship and internship opportunities for college and high school students, through regular visits to local schools to educate students on the different -- on different methods to voice their concerns and provide input on the vital matters that impact our communities, and by always being willing to have candid conversations with college clubs and groups or young people who contacted his office; and

WHEREAS, Sen. Bennett's love for his family farm shined through the active role he played as the chair of the Agriculture Committee for two years; he even sought a commercial driver's

                         STATE OF ILLINOIS
                      102nd GENERAL ASSEMBLY
                         REGULAR SESSION
                        SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023


license so he could haul grain in a semi-truck to the area grain
elevator from his family's centennial farm during harvest; he could
be found returning calls, participating in weekly team meeting
calls, negotiating legislation, and much more in the name of
service to the constituents of the 52nd District while waiting for
the truck to be loaded; and

     WHEREAS, Sen. Bennett recognized the stressors placed on
farmers and farm families and partnered with SIU School of
Medicine's Center for Rural Health and Social Services Development
and the Illinois Department of Agriculture to introduce a hotline
to connect farmers to health professionals and services for
additional support through the Farm Family Resource Initiative;
and

     WHEREAS, Sen. Bennett partnered with former Illinois
Department of Agriculture Director John Sullivan to address the
issue of farm chemical runoff polluting Illinois waterways because
he believed the State needed to make significant water quality
improvement to protect our quality of life for generations to come;
and

     WHEREAS, To help alleviate the shortage of agriculture
science educators, Sen. Bennett championed an initiative to create
a hands-on agriculture teacher training program in Illinois high
schools for those interested in studying to teach agriculture; he
believed that creating a pre-service teacher training programs to
give prospective agriculture students the fundamentals they need
to succeed will help to ensure that the next generation of family
farmers will keep the industry strong for years to come; he later
received the Jim Guilinger Legislative Award from the Illinois
Leadership Council for Agricultural Education for his support of

                                                              7

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023

agriculture education and Future Farmers of America student programs; and

WHEREAS, Sen. Bennett's experience in the courtroom gave the Senate a unique and cherished perspective that he utilized as the chair of the Criminal Law Committee for two years; he emphasized the importance he placed on providing minors who experienced the most egregious crimes against them with the tools to seek justice when they are ready by removing the statute of limitations for certain sex crimes against minors; he believed that survivors of these horrific crimes should not be forced to seek justice before they are ready to do so; and

WHEREAS, Sen. Bennett worked with State agencies and local leaders to require a Child's Advocacy Center in Vermilion County to provide minors with a comforting, kid-friendly environment; prior to that, Vermilion County had been one of only four counties in the State that did not have one; he valued the opportunity to serve as the vice-president of the board of directors for the facility; and

WHEREAS, Sen. Bennett believed in the spirit of bipartisanship and worked on legislation with his uncle, State Representative Tom Bennett, to ensure that materials on SIDS prevention provided to parents include information from the American Academy of Pediatrics or a statewide or nationally recognized SIDS or medical association; he made it his goal to find at least one piece of legislation that he could work on with Representative Bennett every General Assembly; and

WHEREAS, Sen. Bennett never forgot the importance of our nation's veterans and worked with now retired State Representative Chad Hays to rededicate a lost grave marker that was discovered to

```
              STATE OF ILLINOIS
           102nd GENERAL ASSEMBLY
               REGULAR SESSION
              SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

belong to Clyde E. Maham, a World War I veteran, who was buried at Maplewood Cemetery in Rantoul; he believed that whether a veteran sacrifices were made during World War I or are currently being made across the globe, it is important to honor the dedication and sacrifices the veterans have made to our great nation; and

WHEREAS, To support women in Illinois, Sen. Bennett voted to institute a federal constitutional provision that expressly guarantees equal rights to women and men by championing Senate Joint Resolution Constitutional Amendment 4, which would have ratified the Equal Rights Amendment (ERA) to the United States Constitution; he believed ratifying the ERA is not merely symbolic or only a woman's issue and it is a necessary measure for Illinois to take to guarantee equality under the law for both men and women; and

WHEREAS, Sen. Bennett believed in protecting women's reproductive health care and bodily autonomy since these are the most basic and fundamental human rights; he supported a number of measures to ensure Illinois has laws on the books to protect the health and well-being of women in Illinois; and

WHEREAS, Sen. Bennett worked diligently to prevent groundwater contaminated at Illinois coal ash dump sites by championing a bipartisan initiative with area legislators; he believed that Illinois cannot afford to stand by while toxic waste threatens our State's valuable water resources indefinitely; during the passage of the legislation, he coined the term Team Coal Ash to commemorate the friendships formed during the tough negotiations and distributed coal stress balls to the team after the bill's passage; he later received the Illinois Environmental Councils' Milestone Achievement Award and the Prairie Rivers

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

Network's Outstanding Public Servant Award for his efforts in passing historic coal ash regulations into law that year; and

WHEREAS, Sen. Bennett worked with his colleagues to provide Illinois workers with a living wage; he believed that employees deserve a fair wage that respects the work they do in the service of our community, and that Illinois' hardest workers should be compensated with a wage that allows them to live their lives with dignity, fairness, and stability; and

WHEREAS, After years of work, Sen. Bennett was able to secure a Danville casino to help spur -- spur growth in the region and create good-paying jobs for Vermilion County residents; he was looking forward to the ribbon cutting for the -- of the casino and witnessing the economic impact it would have had on Danville; and

WHEREAS, During the unfortunate COVID-19 pandemic, Sen. Bennett worked to keep constituents safe by educating people on the dangers of exposure, supporting and providing information about local food pantries and State resources available to assist, reading evening bedtime stories as a celebrity reader, assisting constituents in securing unemployment benefits, distributing personal protective equipment to first responders, supporting local business owners, and encouraging residents to wear masks and get vaccinated once they were made available; and

WHEREAS, To improve transparency around prescription drug costs, Sen. Bennett pushed a bill requiring pharmacies to post a notice informing consumers that they may request current pharmacy retail prices at the point of sale to ensure that the drug industry is held accountable and that residents receive the pricing information they deserve to make informed decisions; and

WHEREAS, Sen. Bennett worked diligently to support downstate

```
                     STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                     SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

schools across central Illinois by ensuring that there was a bipartisan funding formula in place that supported all of our State's children; he helped institute a funding formula that guarantees that the quality of a child's education will not be based on their ZIP code and funds schools the right way to help lower property tax bills; and

WHEREAS, To raise awareness to help improve mental health among young adults and middle school students, Sen. Bennett sponsored legislation that requires school districts to provide contact information for the National Suicide Prevention Lifeline and the Crisis Text Line on student identification cards to ensure this resource is available to help students who may be struggling; he believed printing this information on student ID cards meant the hotline number is always close at hand, and more importantly, can be used as a lifeline for children and their families; and

WHEREAS, Sen. Bennett worked with law enforcement and his colleagues in the House and Senate to pass legislation to improve the criminal justice system by passing a package of bills that were aimed at keeping law enforcement officials safe by creating grant opportunities and instituting ways to recruit, hire, and retain the best of our law enforcement officers to keep communities safe; and

WHEREAS, Most recently, Sen. Bennett served as a central figure in recent SAFE-T Act changes; he understood the importance of presuming innocence for individuals before being proven guilty, supporting police, and keeping violent criminals out of our neighborhoods; his goal remained to ensure that the Illinois' -- Illinois' pretrial system is equitable and that everyone is treated equally regardless of their financial status; he believed it was

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

pertinent to bring together a diverse group of individuals to
create a comprehensive plan that maintains the intent of the
Pretrial Fairness Act while ensuring our court systems have the
tools they need to serve their communities; he was proud of the
efforts to improve the consistency within the law; and

WHEREAS, During his time in office, Sen. Bennett appreciated
the honor of participating in the annual Wreaths Across America
ceremony at Danville National Cemetery because he believed in the
importance of the community coming together to celebrate the lives
of our fallen soldiers; at this year's ceremony and going forward,
the organization pledged to lay a wreath to memorialize him, and
he is the only non-veteran to receive this great honor; and

WHEREAS, Sen. Bennett secured over $25.9 million for cities
and municipalities in his district to upgrade community parks,
restore historical landmarks, improve local roads, and create
accessibility to buildings; he consistently advocated for all of
his district, including securing over sixty projects for schools,
foundations, cities, not-for-profits, parks, libraries and many
others; and

WHEREAS, The University of Illinois at Urbana-Champaign, the
State's flagship university, is located in what was Sen. Bennett's
district; while in office, he secured more than $50 million in
additional spending for the University of Illinois, including an
additional $500 million for the Discovery Partners Institute,
which is an economic incubator for the State; and

WHEREAS, Sen. Bennett served on a number of boards and task
forces, including the Mahomet Aquifer Task Force, the Illinois
Supreme Court's Pretrial Practices Commission, Governor JB
Pritzker's Growing our Agricultural Economy Committee, the Access

```
                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                      SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


to Voting for Persons with Disabilities Advisory Task Force, the Commission on Equitable Public University Funding, the Midwestern Higher Education Commission, and the State Procurement Task Force; and

WHEREAS, Sen. Bennett hosted a number of annual collection drives to benefit the Vermillion County community; one such event was his community dictionary drive to benefit Danville Area Community College's Department of Corrections program, which rehabilitates incarcerated men participating in prison-based education programs; he also hosted warm sock drives to boost supplies at local shelters during the cold winter months; and

WHEREAS, Sen. Bennett was always ready to help and support community organizations and address shortages and constituent needs; he hosted blood drives and collected canned foods to help food pantries, cell phones to help survivors of domestic violence and to help military personnel, cards for seniors and veterans during the COVID-19 pandemic, winter hygiene product drives for local soup kitchens, and donations for Ukrainian families in Westville, among other needs; and

WHEREAS, Sen. Bennett loved when school groups, interns, or constituents would stop by his office in Springfield; he cherished the opportunity to provide visitors with an in-depth tour of the State's Capitol, whose deep history he loved; those fortunate enough to receive this tour would often learn new historical facts and tidbits and hear his latest stories; and

WHEREAS, As a former staff member himself, Sen. Bennett was often found at the back of the Senate Chamber, taking the time to get to know staff members and sharing funny anecdotes; he always valued the time and energy staff put into their work and treated

13

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

his staff as family; he would make a special effort to look for ways to show his appreciation; he was beloved by staff and will be greatly missed by them; and

WHEREAS, Sen. Bennett hosted summer book club programs for children in the community, had a steady rotation of college and high school interns, and regularly visited area schools and college classes to engage more students in the State's legislative process because he genuinely believed that the State's children could become great leaders in our State and nation; he adored hearing from or about former interns and staff members who achieved their career and education goals; and

WHEREAS, During his tenure as a legislator, Sen. Bennett partnered with long -- with area organizations to sponsor expungement and record-sealing summits to provide full-service assistance to Champaign residents with application, preparation, and filing for adult and juvenile criminal record expungement and sealing along with other relief because he wanted to give people the opportunity to be successful; and

WHEREAS, Sen. Bennett was a fierce advocate and was well known by all for his humor and wit, which was an innate talent he used as a tool to heal and unite by putting his audience at ease and creating space for connection; he treasured relationships, from his constituents and colleagues to his family and friends, and all knew that no matter the relationship, he genuinely cared; and

WHEREAS, Senator Bennet's absence has left a big Scott Bennett-sized hole in our hearts forever; we can honor him by taking the time to find common ground, being kind to our neighbors, and doing our best to leave the world a brighter and more

14

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


compassionate place; and

    WHEREAS, Sen. Bennett prioritized service above self and deeply cared for the 52nd State Senate District; however, his greatest love was for his family, his wife of 20 years, Stacy, and his children, Sam and Emma, who served as his rock and heart in every action he took; he would often forgo staying in Springfield after long session days to go home and be near his family; and

    WHEREAS, Dr. Stacy Bennett, who honored Sen. Bennett's legacy by completing the remainder of his term in the 102nd General Assembly, served as a sounding board, his political strategist, and the love of his life; she helped him stay grounded and provided him with support to help him better represent the diverse needs of the residents of the 57 -- 52nd District; therefore, be it

    RESOLVED, BY THE SENATE OF THE ONE HUNDRED SECOND GENERAL ASSEMBLY OF THE STATE OF ILLINOIS, that we mourn the passing of Senator Scott Bennett, our friend and colleague, who served the people of the State of Illinois with honor and distinction and exemplified the highest standards; and be it further

    RESOLVED, That a suitable copy of this resolution be presented to the family of Sen. Bennett as an expression of our sincere condolences for the loss of their loved one and our friend.

PRESIDING OFFICER: (SENATOR KOEHLER)

    President Harmon, on your resolution.

SENATOR HARMON:

    Thank you, Mr. President. This is among the most difficult measures I've presented in the Chamber. As you know, it was my duty and honor to speak on behalf of the Caucus, on behalf of the Senate, at Scott's memorial in Champaign. So, in order to avoid turning into a puddle now at the beginning of the presentation and

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

to make sure there is time for all of you who wish to speak about
our beloved colleague, Scott, I'd ask that my written remarks be
printed in the Journal and is an addendum to the statements on the
Floor here today related to Senate Resolution 1386 and in the
transcript. And I'd ask for the opportunity for a brief closing,
Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Is there discussion? Senator Rose.

SENATOR ROSE:

      Stacy, Sam and Emma, Camille and I send our heartfelt
prayers. To my friend Scotty, the little guy, we're going to miss
you. I -- we can't tell all the stories because there are so many
and they're so funny. But I appreciate Stacy reminded me the other
day, that Scott and I used to do this point/counterpoint on
election night on Channel 3. And this last year we got in and the
stools were supposed to sit on were about this high. Well, I went
first, trying to jump up on and it shot out from under me and I
flew over and Scott was laughing so hard until he tried to get in
and still shot out from under him. So, we both stood there, for
the whole night, doing our point/counterpoint. I remember one time
we had a bill for folks in Champaign and Urbana - for the county,
and the director of this agency was sitting, I don't remember whose
office, we were sitting in somebody's office, and -- and they had
come to us late, too late to really get a bill done and both Scott
and I's legislative dance cards were full. So, we're sitting there,
okay, who was going to do it. It needs to get done. We got to get
it done. But are we going to give up? Scott, are you going to give
up one of your other bills to get it done or am I going to give up
one of my other bills to get it done? So, we, I don't remember who

16

                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

said it, but let's flip for it. And in front of this agency
director, we both realized neither one of us had any money to flip
for it, so we ended up finding a challenge coin and flipping for
it. I think he lost, and the bill got done. You know, I -- I noted
in the discussion point about the staff in the -- in the resolution
last - yesterday I was driving with Landon Stinger, my chief of
staff, and Landon just said, you know, Scott would stop me in the
tunnel and just say, "Landon, how you doing?" In fact, that's how
I found out that he doesn't like when I call him Scotty. But - the
a - his football coach, I guess, were the only two, but he genuinely
cared about everybody in this process. He genuinely cared about
all the folks here, everybody he worked with on a regular basis,
and that example, sort of, stood out to me. You know, everybody
talks about the humor. I may be one of the few people that's ever
seen Scott upset. We went to the U of I on something and generally,
if it was an issue at the U of I, he would go, and as you might
expect, he'd play good cop and I'd play bad cop. Well, when we got
to the meeting with the U of I President and the U of I President
said whatever he said, and Scott came completely unglued. And I
remember looking like, holy cow, where -- where'd this come from?
We walk out of the meeting and the first thing he says to me is,
"That was fun, can I be bad cop next time too." I've talked a lot
about the Champaign-Urbana and the U of I, but he cared deeply
about Vermilion County, too. And we split Vermilion County,
actually, we didn't split it, I only had two and a half townships
he had the rest of the county or I guess he split it with Senator
Barickman, the northern half. You know, the  agriculture piece was
part of who Scott was and he delighted in driving a truck every
fall during harvest. Maybe you didn't know that.  He actually had

                                                                17

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023

a trucker's license, Scotty Bennett. And every year at harvest, he'd go out and bring in the crops. There were so many facets to him, so many things that we can say, you know, but he genuinely cared about people. In fact, the second to last conversation I ever had with him, here, was in the spring, we were going to bring a bill to help all of our retirees, retired teachers, retired U of I folks, retired state employees with their health insurance. And sadly, the last conversation I ever had with him was the Floor debate here on the SAFE-T Act. He and I agreed on 95 percent of issues over the years. And I will forever regret that that was my last conversation with my friend. I'd like to close with the - a couple of thoughts - really centered around what a good guy, Scott Bennett was. And -- and Stacy and the kids, I -- I can't thank you for sharing him with the rest of us for all these years. I think -- I think everybody in this room would echo that, sharing him with the people of Champaign, Vermillion Counties, sharing him to do so much good. But frankly, the Scott Bennett that I'm going to miss, the most, wasn't Senator Scott Bennett. It wasn't the guy that stood here and we've all got great stories about. It was the guy that I'd see on Saturday or Sunday watching football with those kids at BW Threes back home, we were trying to give our wives a break. It was the guy that I'd see at the YMCA picking our kids up from whatever activity, and he thought - he looked at me and he'd say, we'd be waiting for the kids to come out, and he'd say, "Hey, Chap" "What's that, Scotty?" "You know, one of these days, you and I are going to have to go work out." I -- I will just simply say, Stacy and Sam and Emma, I think, you know, you've got friends everywhere. And, you know, whenever you need something, we all stand prepared to help. But I'll end with this. I was very proud

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

to display my Bennett for Senate sign. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Those wishing to speak, please turn on your speak buttons.
Senator Cunningham.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

    Thank you, Mr. President, to the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

    Much has been said, we -- we just heard it from Senator Rose,
it was mentioned in the resolution. Much has been made -- made of
Scott's sense of humor. Deservedly, so. Any of us that spent more
than 2 or 3 minutes with Scott, you just never spent 2 or 3 minutes
with him without smiling many times and probably without laughing
hard at least once. And I think it's maybe because of that, that
when I learned of Scott's death, a somewhat famous quote from sixty
years ago popped into my head. It was said by Daniel Patrick
Moynihan, who, for those of you who don't know, was a long serving
Senator, US Senator from the State of New York. Before that, he
was an official in the Kennedy and Johnson Administrations and
very witty person, great writer, kind of person who could fill up
a book of quotations, all by himself. The quote I'm thinking of
was something he said the night President Kennedy died. He, like
many Kennedy Administration Officials and staffers, obviously
working in Washington when the President was killed, and they went
to Andrews Air Force Base to welcome Air Force One back. And they
were obviously grieving, trying to comfort each other. And Moynihan
came upon a columnist he knew well, named Mary -- Mary McGrory.
And she, in expressing her grief to Moynihan, said, "My God, we'll

19

                          STATE OF ILLINOIS
                       102nd GENERAL ASSEMBLY
                          REGULAR SESSION
                         SENATE TRANSCRIPT

123rd Legislative Day                            1/10/2023

-- we'll never laugh again." And Moynihan quickly responded, "Oh,
no, Mary, we'll laugh again. We'll just never be young again." And
that kind of captures the way I feel right now. I think it's
something that we feel when one of our peers dies, someone who
dies young, dies before their time. President Kennedy was only a
year older than Scott when he died, and, you know, the sense of
loss that goes with that - part of it is losing feelings we
associate with youth, like optimism and hope, and a sense that our
best years are in front of us. It's hard to hold on to those things
when someone dies young and someone you care about and someone in
your peer group. But the first part of that quote is something I'm
going to hold on to. We said, we will laugh again. I know it's
trite to say that's what Scott would want, but it's -- it's true,
and what I'm going to resolve to do the rest of my time in the
Senate. So, it'll help me feel like Scott's still here. I'm still
serving with him. I'm going to think about what Scott would say
during various moments, particularly, the more absurd moments we
live through here when maybe someone stands up on the Floor and
drones on a little bit too long, maybe when someone says something
in committee that's a little too self-congratulatory, if you - if
any of us had the pleasure of sitting next to Scott when those
things happened, he would come up with a great sarcastic comment
to make us laugh. And I think the incredible thing about it is
Scott could make fun of situations, and even people, and do it
without an ounce of being mean spirited. He -- his kindness just
was always there, even when he was making fun of things. And I
think it -- a lot of that is because as great as Scott's sense of
humor was, it was often directed at himself. He had a tremendous
self-deprecating sense of humor. So that's what I'm going to do.

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023


When I - the rest of my time here. I'm going to - I'm going to
think to myself when I listen to a debate, what would Scott say?
And I know that's going to make me smile. I know that's going to
make me laugh again. And we will laugh again. I'm just afraid
without Scott here, we're going to laugh a lot less. He will be
missed. Thank you, Mr. President.
PRESIDING OFFICER: (SENATOR KOEHLER)
      Senator Cunningham, in the Chair.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
      Senator Belt.
SENATOR BELT:
       To the resolution -- to the resolution.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
       To the resolution.
SENATOR BELT:
       You know, before I made it to become a Senator, when I was
chosen to replace my predecessor, James Clayborne, and as the
campaign slowly ramped up and -- and we were out and canvasing, I
would start getting phone calls and I would answer them and it was
Scott. Now, mind you, -- I -- I've never been to the Senate, didn't
know any other legislators, really, besides my legislator,
Clayborne. And he would offer to come down to the 57th District
and he would offer to knock on doors. And then one day I received
-- some - a -- a piece of mail from him and enclosed was a
contribution. And then he would call again and say, "Dude, I'm
serious. Can I -- I'll come down and walk with you." And he'd - I
-- I bring that up because I had never met Scott. But yet it was
authentic, it was real, I -- I, you know, the discernment for me,
on him, he really meant what he said. And -- and subsequently, I

                                                              21

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

won. I get here. And I would always and -- and -- and as soon as
you meet him, you -- you -- you get the feeling that you have
talked to him and soon you'll find out what everyone says is that
he was really, really funny. I would tell him that, dude you --
you missed your calling in life. You should have been a standup
comedian, yada, yada, yada. He would tell me, I missed my calling.
I should be doing voice overs and stuff like that. And -- and --
and so we -- we would always talk. And it's appropriate that I
sport an orange bow tie today and I did that for another reason,
but, and really didn't get - plan on getting up to speak, but, you
know, I'm a -- I'm a graduate of Illinois State University and so
was Scott, but we never talked about Illinois State University. We
always talked about U of I. And -- and -- and so I -- I understand
he loved, loved, loved U of I. He was just a -- a -- a kind spirit
and -- and this is what Scott really, really understood. He
understood that if I could get you to laugh, then I could get you
to listen. And if I could get you to listen, then we can have a
discourse. Doesn't mean you always agreed with me, but he disarmed
you with the humor to get you to listen. And so, again, it was a
shock to all of us. And I -- I just really wanted to just say it's
an emptiness in this -- in this legislative -- legislation without
Scott and he'll be terribly missed. Thank you.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
    Senator Koehler, for what purpose do you seek recognition?
SENATOR KOEHLER
    To the resolution.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
    To the resolution.
SENATOR KOEHLER:

22

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


     Scott's sense of humor, he had a quick and astute grasp of
the obvious. I mean he could hone-in on a -- on a mood or a
conversation and really pick out what was really bizarre or funny
about it. In fact, sometimes it was dangerous to be in a meeting
that was supposed to be serious to sit next to him because he would
crack you up. And so, I found myself sometimes avoiding that
because I knew it was like kids in school, you know, if you sat
next to him, you were going to be in trouble, right? Scott was
kind of a friend I -- I used to enjoy picking up the phone and
calling him just for advice. He was much younger than I was, but
I felt he had a certain wisdom and a certain outlook on life that
sometimes I needed to hear. And he was a good friend in that. But
what I want to say, too, is thank you, Stacy, for being here. You
know, we're all trying to heal at this point from the loss, and
your presence with us helps a lot. So, thank you.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
     Senator Peters, for what purpose do you seek recognition?
SENATOR PETERS:
     To the resolution.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
     To the resolution. Senator Koehler, back in the Chair.
SENATOR PETERS:
     So, I got to work with Scott on the Pre-Trial Fairness Act
and Safety Act trailer. And so, I feel real bad that I had to
subject him to the sound of my voice over Zoom for so long.  But
I think what I remember most about Senator Bennett, to Scott, was
when I first got here, I had one of my beloved bills that everybody
loves and it was having some trouble and Scott and Senator Mulroe
came into my office to talk to me directly about it, about what I

                                                              23

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                     SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

can do to improve the bill or what I need to do to move the bill. And I sort of always remember that about Scott is that he always felt like the need to step in to talk to you and clearly communicate things that can be done to improve a bill or to move a bill along. And, I know, that we talk about his humor all the time, but I always found his humor to be something that was serious in itself, that even though it was a joke, it was from a deeply serious place that he deeply cared about an issue. He deeply cared about people. He deeply cared about his constituents, his district, his family, his relationships. That deep down, Scott was one of the most serious people here and yet he did it with a smile or a joke or a dry sense of humor. And that was something that was special. It wasn't just a tactic to negotiate, but it was to help us move along or to help us get through something or to say, I can see that you're getting so serious, so, let me make a joke so we can move to that next step and help you process. And I always appreciate that because even though sometimes I think I was funny, Scott was truly funny, and I respected that about him and knew that we could both joke. Maybe sometimes it was a text here or there or some sly comment there, and that's something I'm going to truly miss. And I'm just so grateful to have served with him. And I feel like as I've evolved in my, relatively short time here, as a legislator, a large part of evolution is those months working on the SAFE-T Act with Scott and learning from him, knowing when to talk and when not to talk. I'm still working on that. And I'm just -- I'm just so grateful and I'm going to truly miss him. So.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villivalam.

SENATOR VILLIVALAM:

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                                    1/10/2023

        Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

        To the resolution.

SENATOR VILLIVALAM:

        I'm so blessed and thankful to have had Scott as part of my
life in our time here and so grateful to his family, Stacy, Sam,
Emma, for sharing him with us. Scott and I didn't talk every day,
but we did have very distinct interactions that I will always
remember. When we - when I first came here and we were doing
orientation, he was there. He was - he's always the favorite -- he
was always the favorite to be at orientation. Much has been said
about how he got along with everybody and during orientation,
talking to Republicans and Democrats alike, in front of Members
from across the State, he was down to earth. He was able to relate
to everybody and he really taught us a lesson. And every time I
had these distinct interactions, I learned a lesson. And one of
those lessons, right off the bat, was this job requires balance
with your family life and the responsibilities that you have to do
as part of this job. So, we got sworn in after orientation. And in
my first Session of that General Assembly, I had one bill that
went before the Agriculture Committee, and he -- and Senator
Bennett was the Chair of Agriculture. And many of you that know
me, I don't tend to run exactly on time, everywhere. And this was
an 8 a.m. committee on Thursday, made up of farmers and people
that get up early and they start to the T, at 8 a.m. So, but I,
you know, I think I'm smart, so, I said I'm a freshman. So, there
has to be other bills where other Members are going to speak before
me. And I look at the ILGA and, yeah, there's a couple Members.
So, I said, I'll be there at 8:10. I got there at 8:10. There is

```
                   STATE OF ILLINOIS
                102nd GENERAL ASSEMBLY
                   REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

no doubt in my mind that Scott Bennett organized the round of
applause that took place when I arrived and every -- all 11 Members
of the committee were looking at me, as if to teach me a lesson,
say hey kid, you better get here on time. That - it didn't end
there. He, at the end of the committee, as we all know, when we're
still working on bills, we say we'll hold it on 2nd until we get
an agreement. And -- started to call the roll and Republicans were
all yeses and Democrats were all yeses, and we got to Scott, as
the Chair, and he said, you know, Senator, I'm going to vote
Present. This bill needs a lot more work. And, you know, I just
don't know. I mean, it's -- your commitment, you've got to be here
on time and your commitment to get this done. I don't know about
this. I'm going to vote Present. And to me that was another
reminder of, we have to take ourselves seriously here. We have
serious work to do, but we can't take ourselves serious to the
point where we forget that we're all human beings and we -- we
work together. I'll never forget that. I had the honor and
privilege of -- of going with Senator Crowe, Senator Aquino,
Treasurer Frerichs to Taiwan on a delegation trip in 2019 and I'll
forever cherish that trip. Because we all try to get to know each
other when we're in Springfield. But with the schedules that we
keep and obligations we have, it's hard. But that trip, I got to
know Scott Bennett. And everything that's been said about him, is
incredibly true. He's a decent man. He's honest. He's funny as
heck. In fact, you know, the biggest joke of that trip was, we
have a Treasurer who experiments with food and enjoys it. Scott
Bennett was the opposite. We had many a meal where he didn't
partake for, and we - I mean, we were curious if he was dieting at
-- at some point. And -- and really what happened was some - a

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

conversation started about how he really enjoys going to TGI Fridays. And then it evolved into, I've been to nine different countries and in each one, I've been to the TGI Fridays in nine different countries. And then our tour guide was sitting there, very innocently, overhearing this conversation and all of a sudden, the next day we went to TGI Fridays. And of course, Scott said, we don't have to go there. I was just mentioning it. But of course, you know, we -- we went and he helped us out in terms of what to order. I will never -- I will never forget these memories. I will always keep them with me because they are lessons for me and all of us. Scott will be forever missed but he will never be gone because I've learned from him, we need to be down to earth. We need to have balance. Take our work serious, but not too serious. And I am just so forever grateful for that. And to the family, Stacy, we are here for you in ways that we will do anything, let me just put it that way. And we just appreciate, again, you making the sacrifice to share Scott with us. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Simmons.

SENATOR SIMMONS:

    Thank you, Mr. President, to the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

SENATOR SIMMONS:

    You know, I haven't been in this Body terribly long. And so, you know, I feel a little, kind of like I don't - not very fortunate to be able to spend as many years as some of my colleagues have with this phenomenal public servant. I just wanted to share two poignant memories of Senator Bennett that have left a lasting

                                                              27

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                                1/10/2023

impression on me and will, I think, influence my time in this Body.
The first is when I was a little lonely freshman, I think on March
or April of 2021. I don't always look nervous, but I do a really
good job of hiding it. I was sitting at my desk and I was just
kind of one of those early mornings and we had just put one of my
first pieces of legislation through committee. And, you know, I
was happy about that, but kind of just sitting at my desk, you
know, just trying to stay warm and Senator Bennett walks over to
me, and I remember, I sat up because I said, oh my God, here comes
one of these senior members. And what's he going to say to me. And
you know, you get nervous as a freshman sometimes. And he had this
laminated article from a home newspaper in his hometown where they
had talked about little old me and this State Senate committee on
the Jett Hawkins Act. And when that happened, I remember I felt so
touched that this Member who'd been here many more years than --
than this Senator, saw me. It made me feel seen. And I took that
laminated article back to my district office and it sits right
above my desk. And whenever constituents come to visit me, I always
like to point to that article and say, this was from my good friend
Scott Bennett. And so, you know, this is such a -- such a profound
loss for this Body, for this institution, for all the reasons that
previous speakers have outlined. It's a loss for -- for -- for
myself, because I won't get to spend more time getting to know
Scott and reciprocating the kindness that he showed me as a -- as
a little lonely freshman. But what I can share is that I am
committed to -- to sharing Scott's legacy and that -- that kindness
for new Members that arrive in this Body, people that visit the
Capitol, making them feel seen. It's such a simple, elegant thing
that he clearly understood so well. And so, the other poignant

                                                                28

                        STATE OF ILLINOIS
                     102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                       SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


memory -- about our good friend, Senator Bennett, is, you know,
our very last conversation. What a gift. What a gift. That last
conversation when -- when the President took us to dinner, and it
was just so incidental how it happened. I was sitting at a table
and -- and Scott came over and sat down with that, you know, that
junior Member over in the corner, and we talked for about an hour,
and we talked about a lot of things. But the thing that really
stands out is he talked to me about balance. And, you know, it's
just so poignant that was our last conversation because we talked
about the strain on us as -- as public servants, right? We all
know that to do this job pulls you in a lot of directions. It takes
us away from our families. It can put a strain on our
relationships, and it can really -- it can really take its toll.
And the very last thing that -- the -- Senator Bennett told me,
and this was just maybe a couple of weeks before -- before we lost
him, as he said, really, you know, look after your family, look
after your partner, look after your -- your siblings spend time
with - I don't have children. I hope to have children. But, you
know, he really gave me a clear perspective on how we often talk
about balance, but it's one thing to talk about it, and it's one
thing to actually live it and he gave me some examples of how he
had learned to live that balance. And so, my commitment is in --
in the spirit of legacy and his legacy is to try to live that
balance in -- in my time, in this Body and to pass on that wisdom
to -- to future Members that may -- that may be so fortunate to
serve in the Illinois Senate. So, to Stacy, I thank you for -- for
sharing Scott with us. You know, he just made this institution, he
elevated this institution, and has left just such a permanent - a
permanent influence on so many of us. And so, thank you. And as

                                                              29

```
                    STATE OF ILLINOIS
                102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


Senator Villivalam said, you shared him with us, so, whatever you
need from us, you just say the word. Thank you, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Barickman.

SENATOR BARICKMAN:

    Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

SENATOR BARICKMAN:

    Senator Rose mentioned earlier that his district adjoined
Senator Bennett's to the, kind of, the southwest; mine was to the
-- to the north and west of Scott's and where Scott's from, Gibson
City is within my Senate district. I know Scott's Uncle Tom, who
many of you will get to know here soon. I know Tom probably better
than Scott, but I can tell you this, that Bennett family has
something that is totally right in this world, which is that they
are simply incredible human beings, and Scott was certainly one of
them. I listened to the -- I listened to the resolution and the
long list of, you know, various public policy issues that Scott
played, in many cases, in very important part in making law. I've
known Scott for, I guess, the -- the decade that he's been here.
We didn't know each other incredibly outside of this Chamber. But
I want to share with Stacy and her family the - of what I did know
of Scott, which was through here and the interactions that we had.
Scott brought to the political world that we live in, a decency
that is sorely needed in this world. As I reflect on the -- the
ten years or so that I've known Scott, I can tell each of you, and
importantly, you, Stacy, and your children, I never once had a
negative, even slight interaction with Scott. That's the type of

                                                              30

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

decent human being that he was. We debated some of the most
important issues of the day in this Chamber. Issues that all of
our constituents struggled with. And I got from Scott, nothing but
kindness and friendship and straight answers, which from this side
of the aisle we appreciate. When I found -- when I heard of his
passing, I was shocked. And I know that I wasn't alone in people
throughout the State who've come to -- to meet Scott and to know
Scott and to appreciate Scott and to love Scott. And I simply
wanted to convey to you, Stacy, and to your children, just the
love that we have for -- for you sharing him with us. And from one
young family to another our hearts go out to you. Thank you.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Senator Sims.
SENATOR SIMS:
        Thank you, Mr. President. To the resolution.
PRESIDING OFFICER: (SENATOR KOEHLER)
        To the resolution.
SENATOR BELT:
        First, let me say, Stacy, to you and Sam and Emma, our
deepest condolences. Our loss pales in comparison to the loss that
you have experienced. That was your life partner, the love of your
life, the husband to your children, the example, the rock of your
family. So, we, while we hurt, we know that you hurt more. That's
one of the reasons why you hear so many of us saying that we stand
here willing, ready and able to support you in any way, shape or
form that we can. You know, I've got many, many stories I could
share about Scott, but I will -- I will share only a couple. The
first is, I feel incredibly blessed to have spent the time that I
did with Scott over the last several months and weeks as we worked

                                                                31

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023

on passage of the -- the trailer bill to the SAFE-T Act, the
Pretrial Fairness Act. As we worked together, we spent hours and
hours and hours together. So, we got a chance to laugh. We got a
chance to -- to --to -- to -- to yell at each other. We got a
chance to exchange ideas. We got a chance to engage with each
other. And I remember one of the instances in particular, we worked
over the Thanksgiving holiday every day, but Thanksgiving. Thank
you, Stacy, for at least giving us like -- like - let us have him
that time.  We worked every day and one of those days we, Stacy -
- Scott and Stacy and the family were away and Scott was on mute,
and we were debating a point and a question came up to Scott. And
Scott goes off mute. He answers the question. And you - and he did
in that -- that Scott way, he -- he immediately disarmed the room
by saying, I'm going to -- I'm going to jump -- I'm going to jump
back on mute because you guys don't want to hear what's going on
-- on this side of the phone. So, he jumped off and he -- he got
off -- he got off, but he still stayed on the call and still stayed
engaged. But that was what -- what you got from Scott. You got a
seriousness from him about his commitment to an -- to an issue.
When he was involved, he was dedicated. He gave all of himself. He
committed himself completely to something. He didn't take anything
for granted. He didn't take for granted his service in this -- in
this Chamber. I remember when I - we first met when I was elected
to the Illinois House, and when I came over to the Illinois Senate,
we had been working on the, as the resolution mentioned, the
Pretrial Fairness Commission through the Illinois Supreme Court.
I was working - I was the House's representative and Scott was the
Senate's representative. When I came over to the Senate, Scott --
Scott and I went in to see President Cullerton, at the time, and

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                                    1/10/2023

Scott said, "I don't feel like we should, we can lose this voice
in this discussion. So, is there a way we can expand our
appointment to the commission, so Elgie can stay involved?" And
that's just that's how he was. He wanted the work done. He wanted
to make sure that we were -- we were getting the best product done.
So, we did that, and I stayed involved and I stayed engaged in
that work and that's, we finally got that piece of legislation
across the finish line. You know, when -- when we learned of
Scott's medical emergency, many of us were attending the Council
of State Governments' National Conference. When it happened, we
were going into the Midwestern Legislative Conference's Executive
Committee, and I said to - during that -- during that meeting, I
said to the other Members of the committee, I said, pray for the
Bennett family, pray for the Illinois delegation, because we are
going through a challenge right now. One of - into our - to one of
the Members credits, they stopped immediately. They said no, Elgie,
we're not going to say a prayer in the future, let's do it now.
So, we said that prayer right there in the -- in that -- in that
committee -- committee room and that committee meeting. And it
made so much of a difference because you could see from those of
us who knew Scott and those of us who were engaged with Scott, it
helped us. It gave us that strength. Then we also, as we were
attending that conference, before we did that, many of us, we --
we --we really wanted to lift Scott up. So, I give credit to
Senator Gillespie for helping to coordinate an opportunity for us
to come together, and there is a wonderful picture that I shared
with Stacy, we -- we -- we gathered in prayer on - at the
conference, and somebody captured the picture from above of us
praying, holding hands in a bipartisan based - on a bipartisan

                                                              33

```
                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                      SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023

basis, because there was a moment where, whether you are a Democrat
or a Republican, at the end of the day, all -- all one, all one
hundred seventy-seven of us are extremely blessed to be in this -
- in this -- in this -- in this legislature. And we weren't
Democrats or Republicans, we were all standing there together
praying for our friend, praying for our brother. I'd say it was a
very touching moment and one that I will forever be grateful for.
Another moment that I will share is, after - what Scott and I, we
shared a very personal, very personal connection. And one of our
last communications was a text that Scott shared with me and
checking on my younger brother. My younger brother is -- he is --
he -- he -- he has cancer. He's had his arm amputated and Scott
and I were sharing a discussion about that. And Scott, would --
would, every now and then, call and check in on him. So, he sent
me a text saying, how is Joshua doing? And I said and I said, he's
doing okay. He's -- he's coming along. But that meant something.
That's Scott, was dedicated to making sure that he knew the things
that were important to you, and he wanted to make sure that you
knew you were not alone. And that meant so much to me. Just like
after we passed the SAFE-T Act, Scott came by the office to check
in on me, and he said, you know, I want to give you something. We
had talked before, he knew that Justice Thurgood Marshall is a
legal idol of mine, and he brought me a gift. It was a quote, a
quote from Justice Marshall says, "You do what you think is right."
That's what we, each one of us, and I know taking -- taking away
from where Scott, his commitment to this -- to this Body, his
commitment to this State. He did what he thought was right because
that's what he would - that's the legacy he would want us to --
he'd want us to remember. You know, as -- as I think about Scott,

                                                              34

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                            1/10/2023


I think about three different characteristics. He was authentic,
he was selfless, and he was caring. All qualities I think each one
of us would do well to emulate. Thank you, Mr. President. Thank
you, Stacy, for sharing him with us.

PRESIDING OFFICER: (SENATOR KOEHLER)

    We've got two more speakers and then we're going to turn it
back to President Harmon. Senator McClure.

SENATOR MCCLURE:

    To the resolution, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolutions.

SENATOR MCCLURE:

    So, there's lots of wonderful words about Scott. Senator
Cunningham said, that we'll be getting - going to think about what
would Scott say, in this environment. Here's the problem. I never
knew what Scott was going to say, in any environment, and that's
what made it so incredible. Who -- who can -- I mean, these
legendary first bills, I recall some apprentice bill turning into
Scott drilling someone as to why they're supporting President
Donald Trump and his show, The Apprentice. I mean, where does he
come up with this stuff? And he just had this incredible
personality that was sincere, and I think Senator Sims talked about
authenticity. Some people that are funny always try to be funny,
and even in uncomfortable situations they will try to say something
that's funny and they'll sort of keep their real views on the back
burner. Scott could be funny in a nice, happy way, or Scott could
be funny in a very biting way, but it was never insincere and he
never backed down. I recall talking to Scott after the SAFE-T Act
was first passed at 4:30 in the morning. And, you know, there's

                                                              35

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023

been talk about his involvement in making it much better with
Senator Peters and Senator Sims. But I think it's important -- it
was important for me over the course of four years to realize that
Scott was doing things for the right reasons. And the final debate,
of course, that I was here for was, Scott was the SAFE-T Act. And
I know President Harmon brought up this in the funeral, as did
Senator Rose, and he mentioned me by name, he mentioned others by
name, which he'd never done before. Now listen, typically I will
shrug it off. You know, it's just people doing things on the Floor
doesn't really bother me. But I didn't want Scott to be mad at me
because he is so sincere, and he really doesn't do that. So, I did
talk to him afterwards. I don't want to share what we talked about,
but, you know, it was okay. It was okay. And he understood that we
were doing what we thought was right, just as he was doing what he
thought was right. And, you know, Scott did not come up to me often
- doesn't come up to Members often, maybe, to talk about things
that happen in committee or to compliment them on the Floor. But
he did it a few times with me. He came up to me, he made it a point
to do that and that meant something, I mean, that really meant
something. And when he would come up to me or others to get on his
bills, there was one bill in particular, he wanted me to try to
help with our side of the aisle to convince them it was okay to
vote for - so he had me jump on that bill. I trusted him. And, you
know, I've seen a lot in this building that makes me not trust
certain people. But he was a person that you could trust. And in
fact, a couple of weeks ago, maybe like a month ago now, I had a
constituent come into my office and say, "I got a bill. I want --
I want a Democrat and a Republican and I've already talked to --
to Scott Bennett and Scott's going to be the sponsor, he wants you

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

to be the chief co-sponsor because you're going to be my Senator."
And I said, "That's enough. Okay". Not -- not very many people can
be trusted in my experience in politics like that. But Scott -
Scott can be trusted because he stuck up and did what he thought
was right. And -- and that was really nice to meet Senator Stacy
Bennett for the first time on the Floor. I complimented her on
some things I saw on the board, and she said, "I just voted the
way Scott would have voted". And I don't know, I'm not sure there's
a better compliment in this Chamber than trying to vote the way
that you think Scott would have voted, because Scott voted for
what he thought was right. And that's what we should all aspire to
do. I'm going to miss Scott the way that he would lift up this
Chamber when we're down, when there was a first bill, when there
was something that needed to be talked about after a very long
day, Scott could always put us in a little bit better of a mood.
And when your presence in a Chamber makes someone's day a little
bit better, what can be better than that? We're going to miss Scott
and he's irreplaceable.

PRESIDING OFFICER: (SENATOR KOEHLER)

      And we still have two more speakers, three more speakers,
and then we'll go to President Harmon. Senator Hastings.

SENATOR HASTINGS:

      To the resolution, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

      To the resolution.

SENATOR HASTINGS:

      This word called friends, it can be used either very strongly
in context or it can be used very loosely, in context. And Stacy
I was going through all my text messages with Scott. I wish I would

                                                            37

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

have deleted some of them. I went back about three years of text
messages with Scott. And it's probably, once a week, once every
other week. And I wish I could read some of them on the Floor of
the Senate, but I'll probably share them with you in private. But
Scott invited me to Vermillion County, he invited me to Danville
National Cemetery. And before going to the Danville National
Cemetery we had a nice conversation about the voting dynamics of
his -- of his district and how some -- some people may not see eye
to eye with Scott, but Scott always saw eye to eye with them. And
when we went to Danville, he said, "you know, Mike," he goes,
"Thank God you came down here because you're a Veteran. And I'm
not really sure how they're going to receive me, but I'm sure
they'll receive you very well." I said, "Well Scott," I said, "I'll
lighten the mood and I'll tell him what you really do." So, I
opened my speech with this. It's an honor to be here today at the
Danville National Cemetery. Scott and I don't make a lot of money
doing this job as Senators, but we -- we moonlight as Chippendale
dancers and -- and everyone all of a sudden started cheering for
Scott to dance and -- and we laid wreaths that day. We went from
grave to grave. We saw Medal of Honor winners. We talked to people
that have lost family members that are buried there. Scott was
truly a man of the people. He was such a man of the people, he
took me to this legendary hamburger place down the block, called
Gross Burgers. And then Scott and I filmed a Lipitor commercial
afterwards because that's how we felt after we went there. Scott
and I have shared law cases together, we've shared many law cases
together. And -- and when somebody said, who do you trust in
Champaign. I told them, Scott Bennett, as a lawyer. Scott
represented his clients, he represented his friends' clients, and

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                            1/10/2023

he did it better than anybody and he took care of him like there was a member of the family. But what I - it's hard for me to talk about Scott because we've shared beers at Murphy's Pints, we've had sandwiches at Potbellies on Green Street, we've walked every block probably by campus, going to see a basketball game just for him to show me around. But there's two things that stick out in my mind the most, without getting too emotional here. Number one is his love for you. Regardless if you're a K State graduate. He loved you. He talked about you all the time. He shared stories about you. It's what people don't say when they're away from their house is what matters the most. And what matters to most was you. On every second Saturday of December, I can count on it, a couple pictures come in, that little guy with his Army jersey on and Scott's text message to me that day was, he took the smart money, sent that picture with his thumbs up on day six of quarantine. He told me about Emma when she wasn't feeling very well and how much he cared about her when he had to go to the hospital. Your husband was the best person, one of the best friends I've had down here. And I don't get emotional very often. He's a good man. And I'm so sorry he's lost. But he's with us forever. And thank you for giving us your husband. And thank you for being here. God bless you guys, Stacy.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Aquino.

SENATOR AQUINO:

     Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR AQUINO:

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                                    1/10/2023


        I've - and thank you, especially, for recognizing my button.
I've turned the button on and off a few times because unlike my
previous colleague, Hastings, I actually am a very emotional
person. I share my emotions on my chest. And so, it's difficult to
-- to speak sometimes in moments like these. As noted earlier, had
the distinct honor and privilege to travel with Scott abroad. And
you get these - it's interesting - you get these opportunities to
-- to -- to learn about people, even more so, just taking a trip
with them. And what I knew about Scott already and, you know, you
pick it up the first dinner you go -- go with him is that he is,
by far and has been mentioned, the funniest person you're going to
ever meet in your life. I remember after the first dinner that I
went with him. I called my wife right afterwards, we went to
Alexander's, he shared a bunch of stories. I don't know who else
we were --there with, but I do remember this is that I called my
wife right afterwards and I was like, oh, my God, my stomach is
hurting. And she's like, wow, did you eat something bad or
something? I'm like, no, I my -- my - the muscles of my stomach,
my core is -- is hurting so much because I laugh so much because
this colleague of mine, Scott Bennett, just had me laughing the
entire night. And most of it was at his own expense. I mean, he -
- he would make jokes and he would also make funny jokes about
others, and he would joke mostly to me about certain things about
myself. I got a clipping where I was the chair of Redistricting.
I guess there was an article in Champaign County that didn't
necessarily love the way things were going. And so, he also shared
a copy that I didn't share with my family, and I don't have shown
in public, but he sent it to me, and I appreciated it. So, he was
one of the funniest people. He was also super well-read and one of

                                                              40

                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                         1/10/2023

the smartest people I know. But what I'm going to remember most,
above all things, is his respect for others. And his absolutely
unwavering, immense love, love that he had for his family. When I
got the news that my wife and I were going to be having twins, I
shared that with Scott and he was so excited. Forgive me. He was
so excited because I was going to be able to have a different lens
to things and a different purpose, one that he had, because his
purpose was his family. It was Stacy and his children especially,
I mean, the countless times that he talked about them, as -- as
was noted by Mike, the countless times that he would go back home,
that, you know, I would ask him on the Floor, he would be in the
front - I go to hang out with him and I said, "Hey, what'd you do
last night? Did you go to dinner or what not?" and he's like, no,
I went back home. Has asked, oh -- oh, why did you do that? He's
like, I wanted to go see my kids. I wanted to -- I wanted to kiss
them goodnight. I wanted to see them before they went to sleep. I
didn't really understand what that meant until I had children
myself. He was so proud of the family that he came from. So, proud
of the area that he was from, that he was so blessed to be able to
represent those folks that reminded him of his own family. This
institution, it's so blessed to have had someone like that. This
State is so lucky to have had such an amazing public servant like
Scott Bennett. I'm lucky, very blessed and lucky, to have known
just a little bit that some crazy way I got invited to this trip
that we made amazing friends with. To that, I still get a photo
that sent about me that -- that we won't share, but it's shared
amongst of close people that Scott would always joke about. Having
it up during another one of our colleague's retirement speeches,
that he was joking me, he's like, we're going to have that picture

                                                              41

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

on the Floor to make me feel uneasy. He was such a great man. And as was noted earlier, I thank Stacy and I thank the entire family for sharing Scott with -- with this Body, with the State of Illinois. We are better people for it. I'm a better Senator because I got to see Scott work as a Senator. I'm just so grateful that, hopefully, I'm a better father because I get to -- I got to meet one of the best fathers that I know, that was Scott Bennett. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

Seeing no further speakers. President Harmon, to close.

SENATOR HARMON:

Thank you, Mr. President, Ladies and Gentlemen of the Senate. We could spend the rest of the day telling stories about Scott, his humor, his wit, his intelligence, his kindness, his decency, his dedication and those of you who spoke did an admirable job, although we just scratched the surface. I would like to use my remaining time to share a message with Scott's beloved wife, Stacy, Senator Stacy Bennett, who is so admirably stepped in to fulfill the remainder of his term. As you all know, I recently lost my mother. If you read her obituary, you know, too, that I lost my father at a young age, not much older than Sam and Emma. My mom became my hero after my dad's death. She would dispute this was true or demonstrated for many days during my teenage years, but she represented strength and stability to me when my world had been thrown into disarray. Stacy, I know you did not ask for this role. Everyone in this room wishes that you did not have to fill it. But I am confident that you will also always be your children's hero and you will always be part of the Senate family. Never hesitate to reach out for us, for anything that you need. I ask

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

for the adoption of the resolution, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

President Harmon moves for the adoption of Senate Resolution 1386. Those in favor were - willing and enable, will please rise. For a moment of silence. (Moment of silence observed) The resolution is adopted. Senator Cunningham, in the Chair.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

Mr. Secretary, Resolutions.

ACTING SECRETARY KAISER:

Senate Resolution 1385, offered by Senator McConchie and all Senators.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

Leader McConchie, on your resolution. Senator McConchie moves to suspend the rules for the immediate consideration and adoption of Senate Resolution 1385. All those in favor, say Aye. Opposed, Nay. The Ayes have it, and the rules are suspended. Mr. Secretary, please read the motion -- the resolution.

ACTING SECRETARY KAISER:

Senate Resolution 1385, offered by Senator McConchie and all Senators.

WHEREAS, the Members of the Illinois Senate are saddened to learn of the death of Senate Republican Staff Member James Louis "Jim" Goldenstein of Springfield, who passed away on December 25th, 2022; and

WHEREAS, Jim Goldenstein was born to Jay and Doris "Charlie" Goldenstein in Kankakee on August 7, 1986; he was raised on his family farm in Gilman; he attended Saint John's Lutheran School, Christ Lutheran High School, and the University of Illinois at Urbana-Champaign; and

43

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


        WHEREAS, From an early age, Jim Goldenstein was always
destined to go into politics or public service; after college, he
moved to Washington, D.C. to work on Capitol Hill before returning
to Illinois for a position with the Illinois Senate; and

        WHEREAS, Jim Goldenstein served as Director of District
Operations for the Illinois Senate Republican Caucus; he was a
beloved member of "Team Turner"; during his career, he made a
significant impact on his colleagues and the Senators for whom he
worked on staff; and

        WHEREAS, Jim Goldenstein was a member of the University of
Illinois Farmhouse Fraternity, and (he) was a cherished friend of
his fraternity brothers; he loved Fighting Illini sports; and

        WHEREAS, Jim Goldenstein cherished spending time with his
family, and he loved nothing more than being "Uncle Jim" to his
three nieces; and

        WHEREAS, Jim Goldenstein was known for having several
endearing nicknames bestowed by those who knew him well {sic}; he
will be remembered for being graciously welcoming to all, for his
quick wit, and for his deep loyalty to his family, friends, work
colleagues, and his beloved dog, Oscar; he will be greatly missed;
and

        WHEREAS, Jim Goldenstein was preceded in death by his maternal
grandparents, Kenneth and Dolores Meier; his uncle, Jake Peters;
and his godfather, Steve Hemp; and

        WHEREAS, Jim Goldenstein is survived by his parents; his
brother, Joel and Jill Goldenstein, his nieces; Hadlee, Olivia and
Annalise Goldenstein; his paternal grandparents, John and Judy
Goldenstein; and numerous aunts, uncles and cousins; therefore, be
it

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


     RESOLVED, BY THE SENATE OF THE 102ND GENERAL ASSEMBLY OF THE
STATE OF ILLINOIS, that we mourn the passing of James Louis "Jim"
Goldenstein and extend our sincere condolences to his family, his
friends, and all who knew and loved him; and be it further

     RESOLVED, that a suitable copy of this resolution be
presented to the family of Jim Goldenstein as an expression of our
deepest sympathy.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     Leader McConchie, on your resolution.

LEADER McCONCHIE:

     Thank you, Mr. President. It is with great sadness that we
recognize another individual who was a part of the Senate family
who was taken before us way too soon. While it is inevitable that
death comes to us all, it is even more difficult, I think, when
it's someone who passes so young. Jim was only 36 years old. And
yet during that time he did some amazing things, spending time on
Capitol Hill, working with Congressman Shimkus. He actually came
to the Senate Republican Staff through a little bit of an unusual
path, and that was through a phone call by the Senate Democrat
Chief of Staff, Jake Butcher, to our Chief of Staff at the time
and said, you know, there's this guy who you really need to look
at hiring. As you can see from all the people who are standing up
here, Jim made a lot of friends faster than most any staffer I've
ever seen and had a great impact upon all the people who work over
here on the Senate Republican side of the aisle. I got to know him
best this campaign cycle during -- during the campaign, when he
wound up coming to help on my campaign. And I remember, we were
looking for a cost-effective way to be able to provide housing for
him through my church. I had found some folks who had a spare

                                                              45

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


bedroom and I was told that would be great, under one condition, and that is that Oscar gets to come along. And so, I was able to ensure that he could bring Oscar along. And during the various times in which we would assign, you know, he would - Jim would have things to do, he would always take it on, he'd always get it done and the only time he would ever say, well, we've got to wait just a little bit was when he had to go let Oscar -- go take care of Oscar. During that, he was so committed and essentially such a great parent to Oscar. He worked incessantly, was very dedicated, and I remember when he first came up to join the campaign, he said, I want to thank you for giving me the chance to -- to prove myself and to demonstrate himself. And with that, he did with flying colors. Mr. President, I'd like to open it up for any discussion and then be able to close at the end. Thank you.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

 Senator Sally Turner, for what purpose do you seek recognition?

SENATOR S. TURNER:

 To the resolution.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

 To the resolution.

SENATOR S. TURNER:

 Thank you, Mr. President. We're here today with Jay and Charlie Goldenstein. They're sitting right back there. Two wonderful parents of a great man. Jim played an integral part on my staff and for me personally, and we referred to as "Team Turner" - a lot of "Team Turner" standing over here. Jim loved his work family, and he treated him like family. He was one of the hardest workers I have ever met, and his intellect was unparalleled. He's

46

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

always willing to help no matter what, sometimes it would be an event and I'd look and he'd have my purse on his shoulder. Whatever it took, whatever I needed, he was there for me. And you know, we were talking about Senator Bennett today, those two would have gotten along perfectly because Jim's wit was unbelievable. I think his dad said, instead of wit, it was probably smart "A" instead. Right? Jim was one of the most wittiest people, and he kept us entertained every single day. Jim once told me that he was loyal to a fault. And when I heard that, it made me wonder about what makes a person like that. They're sitting right back there in those two chairs, right there. Excuse me. After getting to know his family, you can tell why Jim's the person that he was because of them. Our loss leaves a big hole in our lives, in our hearts. But we know that his faith, through our faith and through Jim's faith, he lives on. Jim Goldenstein lived the life embodying the scripture in 1 Timothy 4:12 stating, don't let them look down on you because you're young, but set an example for the believers in speech, in life and love, in faith and impurity. We will miss Jim Goldenstein with all of our hearts, but we know he's with us every day. And on behalf of "Team Turner", we thank you Goldensteins for raising such a wonderful, wonderful human.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

    Senator Barickman.

SENATOR BARICKMAN:

    Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

    To the resolution.

SENATOR BARICKMAN:

    Remember speaking with Congressman Shimkus and then later

```
              STATE OF ILLINOIS
            102nd GENERAL ASSEMBLY
               REGULAR SESSION
              SENATE TRANSCRIPT
```

123rd Legislative Day                    1/10/2023

some of his staff who, like, you got to get to know this Jim guy and you guys need to put him to work. By the way, he grew up in your district, Jason. Hmmm, better get to know this guy, Jim. What I came to know of Jim, much of what Senator Turner said, is that he's an incredible hard worker. We tasked Jim with some activities throughout central Illinois that include interacting with a number of our constituents. I talked to Jim, from time to time, about some of those interactions and what I always found he had incredible political judgment. When you have someone who's in a community on behalf of a public official, there's always questions about how they might interact with your constituents. Jim's judgment was always spot on. He was a hard worker, he'd take those calls at any time of the day or night and he was well liked by our constituents. I talked to my constituents. I get calls from constituents who said, hey, I met this guy Jim, and they added these positive impressions of him. But the thing to me that speaks in the most profound way about who Jim was, is right here. They often say that you can tell a lot about someone by the company that they keep and our staff loved Jim. He only worked with us for a short period of time, a couple of years, but the impacts and the friendships that he made among our staff is probably unprecedented. We all know that staff have opinions and they have views of one person or another. I look at our staff and there's not a single person among you who didn't view Jim as an excellent human being, a wonderful and kind person, and to many of you, a very close and dear friend. And so, to all of our staff who've lost a friend, to Jay and Charlie who've lost a son, our hearts are with you. Thank you for sharing Jim with us. Thank you.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT

123rd Legislative Day                           1/10/2023


        Leader McConchie, to close.
LEADER McCONCHIE:
        Thank you, Mr. President. Jay and Charlie, I'm -- I'm -- I'm
sorry, for your loss. And we are all here with you and I want to
extend an invitation that at any point in time you need anything
from us, we will be there for you. In thinking about what I was
going to say today, I thought of what the apostle Paul wrote in 1
Corinthians 15:26, in which he writes, "The last enemy to be
destroyed is death." And in that, what he wrote was, it is to be
destroyed, which means that, as a part of our faith, we will see
Jim again. We have that assurance through what has been promised
to us. I want you to cling to that hope, and to recognize that for
whatever reason, the Lord called him home before we would have
wanted him to, and yet he had a reason to do so. And we will see
him again. Thank you, Mr. President. I would ask for its adoption.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
        Leader McConchie moves for the adoption of Senate Resolution
1385. All those in favor, are willing and able, please rise. The
resolution is adopted. We'll now pause for a moment of silence.
(Moment of silence observed) The Committee on Assignments will
meet immediately in the front conference room. The Committee on
Assignments, please assemble immediately. Senator Koehler, back in
the Chair.
PRESIDING OFFICER: (SENATOR KOEHLER)
        The Senate will come back to order. Mr. Secretary, Committee
Reports.
SECRETARY ANDERSON:
        Senator Lightford, Chair of the Committee on Assignments,
reports the following Legislative Measures have been assigned:

                                                            49

```
                      STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                     SENATE TRANSCRIPT
```

123rd Legislative Day                               1/10/2023


Be Approved for Consideration - Senate Resolution 1280, Senate
Resolution 1382, Floor Amendment 5 to House Bill 969, Floor
Amendment 1 to House Bill 1563, Floor Amendment 1 to House Bill
3107, Floor Amendment 5 and 6 to House Bill 4664.

Signed, Senator Kimberly A. Lightford, Chair.

PRESIDING OFFICER: (SENATOR KOEHLER)

We're going to final action. So, please be ready for this.
We're going to go to page 2, down in the middle of the page, we
have House Bill 4664. Senator Villanueva seeks leave of the Body
to return House Bill 4664 to the Order of 2nd Reading. Leave is
granted. Now on the Order of 2nd Reading is House Bill 4664. Mr.
Secretary, are there any Floor amendments approved for
consideration?

SECRETARY ANDERSON:

Floor Amendment 3, offered by Senator Villanueva.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva, on your -- on your amendment. Senator
Villanueva, do you wish to withdraw that amendment?

SENATOR VILLANUEVA:

Okay. There we go. Yes, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

Mr. Secretary, are there any further Floor amendments
approved for consideration?

SECRETARY ANDERSON:

Floor Amendment No. 5, offered by Senator Villanueva.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva, on your amendment -- on your…

SENATOR VILLANUEVA:

Thank you, Mr. President. I wish to adopt the amendment and

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


explain on 3rd.

PRESIDING OFFICER: (SENATOR KOEHLER)

Is there any discussion? Seeing none. All those in favor will say Aye. Opposed, Nay. The Ayes have it, and the amendment is adopted. Are there any further Floor amendments approved for consideration?

SECRETARY ANDERSON:

Floor Amendment No. 6, offered by Senator Villanueva.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva, on your amendment.

SENATOR VILLANUEVA:

Thank you. I move to adopt the amendment, Mr. President, and explain on 3rd.

PRESIDING OFFICER: (SENATOR KOEHLER)

Is there any discussion? All those in favor will say Aye. Opposed, Nay. The Ayes have it, and the amendment is adopted. Are there any further amendments approved for consideration?

SECRETARY ANDERSON:

No further amendments reported.

PRESIDING OFFICER: (SENATOR KOEHLER)

3rd Reading. Now on the Order of 3rd Reading is House Bill 4664. Mr. President, or Mr. Secretary, please read the bill.

SECRETARY ANDERSON:

House Bill 4664

(Secretary reads title of bill)

3rd Reading of the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva, to explain your bill.

SENATOR VILLANUEVA:

51

```
                        STATE OF ILLINOIS
                    102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                       SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


        Thank you, Mr. President. Last year, we saw the Supreme Court
decision that had the direct impact on rights in our country. This
bill, that we've been working on, has been a joint effort by a lot
of different stakeholders, legislators, people, as a direct
response to the Dobbs Decision because the current Supreme Court
made it very clear that they are chipping away our rights to bodily
autonomy, privacy, and liberty to form families. Right now, there
are states across the country that are trying to criminalize
parents for seeking medical care for their children, seeking to
criminalize pregnant people from being able to make decisions about
their bodies, states that are criminalizing people looking for
help. This particular bill does the following: it protects access
to assisted reproductive technology by making it a fundamental
right pursuant to the Reproductive Health Act, it establishes a
two-year statute of limitations for claims under the Reproductive
Health Act, it establishes a counterclaim for individuals who have
a judgment entered against them in another state for reproductive
health care that is legal in this State, it shields individuals in
Illinois from foreign subpoenas, summonses, extradition and
foreign judgments related to lawful reproductive or gender-
affirming care in Illinois, and requires courts in Illinois to
apply Illinois law in cases related to such lawful health care
activity, it amends the Parentage Act to: one, allow for the
disposition of embryos pursuant to an agreement, two, to allow an
intended parent's legal authorization designee to certify
parentage in the event the intended parent dies during pregnancy,
and three, allows out-of-state physicians to certify the genetic
makeup -- makeup of embryos. It prevents insurers for charging
higher out-of-pocket costs for services under certain insurance

                                                                      52

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

plans when patients are forced to seek out-of-network provider
care due to an in-network provider care raising moral objections
under the Health Care Right of Conscience Act, it requires that
abortion care coverage must include medication abortion with or
without proof of pregnancy, it requires limited health care service
organizations, or I'm sorry, yes, limited health care service
organizations as well as schools, municipalities, and counties
that offer health insurance plans to provide coverage for
contraceptives and if they offer pregnancy related benefits,
abortion, protects the Illinois licenses of health care providers
who are penalized for providing care that is illegal in another
state but legal in Illinois, it establishes expedited temporary
licenses for out-of-state health care professionals seeking to
provide health care in Illinois and permits these licensees to
offer telehealth care, it clarifies that advanced practice
registered nurses and physicians' assistants can perform abortions
consistent with their training and within their scope of practice,
it requires the Department of Public Health to partner with
nonprofit organizations to administer grants to provide abortion
training. Training program sites should prioritize underserved
areas and transportation hubs, it permits the Department of Public
Health to issue standing orders for hormonal contraceptives, it
expands birthing centers authority to include reproductive health
care, it removes references to the Parental Notice of Abortion Act
in a few statues as clean up language, it amends the Wrongful Death
Act to prohibit a person from asserting a claim against any
licensed health care professional, medical facility, or pregnant
person for assisting in a - in a lawful abortion, it changes the
IDPH abortion statistics reporting requirements to quarterly

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

rather than monthly to protect patient -- anonymity, sorry, it
adds clinical protections for physicians, nurses, and physicians'
assistants by preventing a health care institution from taking an
adverse action against them based on a disciplinary action based
on health care that is lawful in Illinois but unlawful elsewhere,
it prevents a professional liability insurer from denying or
revoking coverage, or increasing rates, for coverage of service in
Illinois if it is solely because the service provided is unlawful
in another state, it clarifies that the Criminal Identification
Act does not require a physician or nurse to report lawful health
care activity that is a violation of other states law, and it
requires no cost coverage for abortifacients, hormone therapy, and
PEP and PrEP for health insurance plans issued in Illinois after
January 1st of 2024. This bill provides protections to patients,
families and providers, and it also ensures meaningful access to
health care. I do believe this bill will save lives, and I am open
to questions.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Is there any discussion? Senator Bailey.
SENATOR BAILEY:
        To the bill, please.
PRESIDING OFFICER: (SENATOR KOEHLER)
        To the bill.
SENATOR BAILEY:
        Had an interesting last few hours celebrating life,
celebrating children. I have absolutely no idea how we move into
something like this after that. I have no words for it other than
pure evil. I'd like to share a reading from you out of Psalm 139.
I'd like to just share verses 13, 14, 15 and 16 and I would

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

encourage anyone to look up and read the remainder of that chapter.
Psalm 139, starting with verse 13, "You made all the delicate inner
parts of my body and knit me together in my mother's womb. Thank
you for making me so wonderfully complex! Your workmanship is
marvelous-how well I know it. You watched me as I was being formed
in utter seclusion, and I was -- as I was woven together in the
dark of the womb. You saw me before I was born. Every day of my
life was recorded in your book. Every moment was laid out before
a single day had passed." This is wrong. God help us.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator Bryant.

SENATOR BRYANT:

     Thank you, Mr. President. I'm going to go straight to the
bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the bill.

SENATOR BRYANT:

     Thank you. So, there have been two more amendments filed.
I'm not sure exactly when I believe those two amendments were filed
after we caucused today. So, I'm not totally clear on every single
thing that's been added in. But I am clear on just a couple of
items that I want to throw in for our consideration, and one has
to do with wrongful death. So, this is what I understand to be in
this bill, and that is that a doctor performing the death of a
baby cannot be held responsible for wrongful death, but a doctor
performing a live birth can be. There are components in this about
expedited licensing, which I hope that one of my other colleagues
is going to talk about. There are components of this bill that
allows for someone who is underage to go and get prescription drugs

```
                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                     SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

straight from the pharmacist without a prescription. There are
changes in this to diminish the Healthcare Right of Conscience
Act. The bill also prohibits subpoena or FOIA of information on
many of - how many abortions are performed at a facility. So --
so, as legislators, we're tasked with keeping an eye on what
happens with Medicaid money. However, if I disagree with how many
abortions that are going to be reimbursed for at that facility, I
believe, that I will not even be able to get that information, so
that we would be able to determine whether or not they are being
reimbursed for those -- for those actual acts. When I left here
back in April and we had done the Parental Notification Act, I
went home and people said, "What else, what else, could be granted
in -- in these death of babies? What else could be added?" And I
told them, "Nothing. They've taken everything they could possibly
take", and then we come back here and now we're going to say that
there are doctors in other states who have performed illegal acts.
I understand, that you may not agree with whether or not it should
have been illegal in another state, but the fact is that that is
a doctor who's performing an act in another state, and we're going
to ask them to come to Illinois and in fact, we're going to expedite
their licenses in order to do that. But we can't even get a Nurse
Compact bill called in here, while we're trying to get nurses and
doctors. We're going to bring nurses and doctors here who violated
another state's laws and then have them come to Illinois. So
basically, this is my read on this. The bill's main purpose is to
invite state lawbreaking medical providers to operate on our women
and girls, even though we say, individuals say, that this is about
the safety of women. So, we're going to invite lawbreakers here.
But to the medical providers who operate on women and girls who

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                1/10/2023

have outstanding records and impeccable medical credentials and no
criminal records, but rather, just the one that they broke in that
state. I -- I -- I -- I don't get it. So, we're going to invite
lawbreakers to come to Illinois and perform abortions and expedite
their licenses. And then once again, what do we have in Illinois
right now that we're expanding on, abortion at any time of a
pregnancy for any reason, sometimes taxpayer funded, and with no
notification to parents at all. That's what we have. And now we're
adding to that. I join the previous speaker who says, God help us.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Is there further discussion? Leader McConchie. Leader
Syverson.
SENATOR SYVERSON:

     Thank you, Mr. President. A question of the sponsor.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Indicates he -- she will yield.
SENATOR SYVERSON:

     Thank you. Senator, a couple of questions on the -- on trying
to get an understanding on the temporary health license. So, under
this, it says that a physician coming into a physician or advanced
practice nurse, or a physician's assistant, will have an expedited
license. What's involved in that expedited license that's
different from a regular license?
PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.
SENATOR VILLANUEVA:

     Thank you, Senator. These are people who are already licensed
in other states and have to attest to those credentials. The thing
that we're getting that, in terms of expedition, is just it's

                                                              57

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

taking - going to prioritize them.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Syverson.

SENATOR SYVERSON:

     Is there anything different in their application process, in
this temporary application, that's different than a permanent
application?

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     Just the expedited process.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Syverson.

SENATOR SYVERSON:

     Okay then, I guess, I'm not sure why we would call it a
temporary license, why we wouldn't just call it an expedited
permanent license. So -- so, the license is the same. How does the
Department know if a person coming in is -- I guess, a reproductive
doctor versus any other surgeon or doctor coming in from another
state?

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     They'd have to prove their credentials, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Syverson.

SENATOR SYVERSON:

     So, this in fact, because I thought in committee, we talked
about that it would be all physicians, so, we're saying under this,

                                                              58

```
                     STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

that a physician that is coming in to do abortions will be expedited over a heart surgeon or a pediatric surgeon coming in from another state?

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Villanueva.

SENATOR VILLANUEVA:

    Senator, it's all health care professionals licensed in other states in order to address the capacity issue. But if you want to talk about the other issue, we can talk about that offline and talk about maybe doing something together.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Syverson.

SENATOR SYVERSON:

    No, happy to do that, because we -- we need to speed those up. But I guess I'm still a little confused. So, is it all physician and nurse practitioner license that are coming in from other states regardless of what their role is, or is it just those that are coming in for reproductive services, and how do they know when they're applying for temporary license? Because normally when you apply for license, you don't put down that you're coming in for -- to perform abortions, you're coming in, you're just applying for your physician's license.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Villanueva.

SENATOR VILLANUEVA:

    Senator, it's all health care professionals that are already licensed in other states in order to, basically, create some capacity, because we do have capacity issues in the State of Illinois.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Syverson.

SENATOR SYVERSON:

So, I guess my question is, a doctor coming in from another state, regardless of what their purpose is, if they're coming in for abortions, if they're coming in for cardiac, if they're coming in for pediatric, are we picking which ones get expedited or are we taking any physician that's coming in from another state and we're expediting those physician licenses? That's I guess, what I'm trying to get a clarity on.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva.

SENATOR VILLANUEVA:

Senator, it's anyone that applies for the temporary license gets that expedited process.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Syverson.

SENATOR SYVERSON:

Okay so, that would be then any - which is important because there's a lot of hospitals that are waiting for months to get their physicians approved. So, this will be very, obviously, helpful. So, this - under this language, it will be any physician, nurse practitioner or advanced practice nurse that's coming in from another state that is requesting a expedited, actually permanent license is - so, this would apply to any one of those, not any one particular specialty. Is that right?

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva.

SENATOR VILLANUEVA        :

60

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

It is for those people that are applying for this particularly temporary -- this particular temporary license that are already licensed in another state and have that requisite training.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Syverson.

SENATOR SYVERSON:

Okay, now I'm really confused. Help me understand. Physician coming in from another state, are we picking which specialty gets expedited or are we picking -- or are we helping any physician that's coming in seeking a license?

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva.

SENATOR VILLANUEVA:

I'm trying to help you here, Senator. The simple answer is no, it's any of them.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Syverson.

SENATOR SYVERSON:

Thank you. Okay, so any physician coming in, if they're coming in from another state and they're licensed in another state and they're seeking a license in Illinois, any physician would fall under this expedited procedure, whether it's like, say, doctor, nurse practitioner or a -- a -- a APM. Is that correct, then?

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva.

SENATOR VILLANUEVA:

Senator, I think I've answered the question several times,

61

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

but I'm glad to continue to answer it. They have to apply for it.
PRESIDING OFFICER: (SENATOR KOEHLER)
    Senator Syverson.
SENATOR SYVERSON:
    I understand, and they are - they are applying. That's why they're coming from another state. They're applying. I'm just trying to clarify that any physician coming in from another state will be expedited through this process. That's just - not a specialty physician, any physician coming from another state gets the expedited license, correct?
PRESIDING OFFICER: (SENATOR KOEHLER)
    Senator Villanueva.
SENATOR VILLANUEVA:
    Senator, as long as they apply through this particular provision. Yes. Again, there's still the regular application process. I hope that answers your question.
PRESIDING OFFICER: (SENATOR KOEHLER)
    Senator Syverson.
SENATOR SYVERSON:
    Unfortunately, now I add something more, applies for this position. I'm not sure what that means. What - under this provision, what provision?
PRESIDING OFFICER: (SENATOR KOEHLER)
    Senator Villanueva.
SENATOR VILLANUEVA:
    Sorry, Senator. I was talking about the provision. Sorry, I think it's, the microphones might get a little bit muffled, but it's what we're talking about in the bill.
PRESIDING OFFICER: (SENATOR KOEHLER)

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                            1/10/2023


        Senator Syverson.

SENATOR SYVERSON:

        So, the provision in the bill, I'm not sure what that - what
is the provision in the bill that the doctor, then, is taking
advantage of?

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Villanueva.

SENATOR VILLANUEVA:

        Sorry. So, a doctor that is licensed in another state can
apply for this temporary license through what we're talking about
in this bill, and go through that process or again,  or if they
choose to, can apply through a regular process.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Syverson.

SENATOR SYVERSON:

        Okay so, and again, forgive me if I'm not - I -- I just want
to make sure I understand. So, this is not limiting to one
specialty or one area of medical practice. Any medical physician
licensed in another state, coming into Illinois, can apply through
this expedited process and qualify for that. It's not for any one
particular specialty, is that...

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Villanueva.

SENATOR VILLANUEVA:

        You are correct, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Syverson.

SENATOR SYVERSON:

        Okay, thank you and I appreciate that and I'm glad that we're

                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                     SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023

able to help expedite those processes because I know health care
providers are struggling to try to get that. I'm just not sure now
if the Department has the manpower or the ability to do -- to do
this, but hopefully we can work with them to get the staffing they
need to expedite those. So, thank you for your indulgence and
helping me answer those questions.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Is there further discussion? Leader McConchie.

SENATOR McCONCHIE:

     Thank you, Mr. President. Question to the sponsor.

PRESIDING OFFICER: (SENATOR KOEHLER)

     She indicates she will yield.

SENATOR McCONCHIE:

     Thank you, Mr. President. Senator, I'd like to ask about a
provision that's in this bill. I'm referring, particularly, to
page 253, in which it says that "the Governor of this State shall
not surrender such a person if the charge is based on conduct that
involves seeking, providing, or receiving, assisting and seeking,
providing or receiving, providing material support for, or
traveling to obtain lawful health care as defined." Is this
comport, in your understanding, with the US Constitution's
requirements of the state?

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     Yes, Leader. It's -- it to - kind of explain it. This is
based on conduct that is illegal in another state but is legal in
this State.

PRESIDING OFFICER: (SENATOR KOEHLER)

                                                          64

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

Leader McConchie.

SENATOR McCONCHIE:

So, the extradition clause in the US Constitution, which is Article IV, Section 2, requires that a person charged with any crime be delivered to the state having jurisdiction of the crime that's done. In fact, there was Supreme Court precedent on this back from 1987 in a case called Puerto Rico versus Branstad, in which it - the Supreme Court ruled that, in this case, where Puerto Rico was trying to obtain somebody, and -- and Iowa was denying the extradition request that the Supreme Court ruled that extradition in the United States between states is merely an administrative procedure that cannot be stopped.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva.

SENATOR VILLANUEVA:

Leader, what we're talking about is basically extradition, you know, in the situation of a person, an individual who comes from another state. That, one second, let me make sure I got my -- my words correct. Where the conduct does not occur in the state requesting the extradition. This is the situation that we're talking about.

PRESIDING OFFICER: (SENATOR KOEHLER)

Leader -- Leader McConchie.

SENATOR McCONCHIE:

So, you're saying that -- you're -- I think you're going to go on to explain. So, let me just ask, are you saying that if State A is requesting for extradition from State B for conduct that happened in State C, that's what's being blocked here?

PRESIDING OFFICER: (SENATOR KOEHLER)

65

                        STATE OF ILLINOIS
                      102nd GENERAL ASSEMBLY
                         REGULAR SESSION
                        SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023


        Senator Villanueva.
SENATOR VILLANUEVA:
        To answer your question, B or C.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Leader McConchie.
SENATOR McCONCHIE:
        Okay, so if a -- if -- if in State A - so, in Iowa, a crime
is committed, that person comes here even though that process is
legal here and it's illegal in Iowa. We would extradite in that
circumstance?
PRESIDING OFFICER: (SENATOR KOEHLER)
        Senator Villanueva.
SENATOR VILLANUEVA:
        So, leader, we've outlined what we're talking about in the
bill. Again, I don't know exactly what crime you're talking about
being committed, but what we're trying to get at here is if people
are coming to the State of Illinois in order to seek an abortion,
it is legal in the State of Illinois. And what we're doing with
this bill, where we've had a lot of conversations with a lot of
different people, is to make sure that people are able to come to
Illinois and seek the support that they need because it's necessary
for some folks, and not feel like they're going to be prosecuted
or persecuted in their state of origin. That's what we're getting
at. I hope that answers your question.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Leader McConchie.
SENATOR McCONCHIE:
        To the bill.
PRESIDING OFFICER: (SENATOR KOEHLER)

                                                              66

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


        To the bill.

SENATOR McCONCHIE:

        So, I -- I -- I will just state there's things on like page
247 about unenforceable foreign subpoenas along with this, which
I don't - I believe in the manner in which it's drafted would be
unconstitutional under current Supreme Court precedent. I don't
believe that the manner in which this is done is constitutional.
And I do believe that we're going to run in -- into some issues as
we proceed with this. So given that, as well as all the other
issues in there, I would request a No vote. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Further discussion, Senator Anderson.

SENATOR ANDERSON:

        A question of the sponsor, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Indicates she will yield.

SENATOR ANDERSON:

        Thank you, Mr. President. Senator, so, as Senator Bryant
pointed out earlier, in the previous abortion bill, that this is
kind of going along with, people can basically get an abortion at
any time for any reason. So, my question is, in this bill, the
wrongful death Section, it says that a fertilized egg, embryo,
fetus, does not have independent rights under the Wrongful Death
Act. So, could you explain to me at what magical point somebody
does have independent rights?

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Villanueva.

SENATOR VILLANUEVA:

        When they're born, Senator.

                                                                 67

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

        I'm sorry, Senator Anderson.

SENATOR ANDERSON:

        Thank you, Mr. President. Okay. So, a nine-month-old child
crowning does not have independent rights, but six inches later it
does. Correct?

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Villanueva.

SENATOR VILLANUEVA:

        Senator, what you're describing is something very different
than what we're trying to get at with this bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Anderson.

SENATOR ANDERSON:

        No, no, no, no. In the bill, it talks about the Wrongful
Death Act and it does not have independent rights. I'm trying to
get at when it has independent rights and what you just described,
Senator, is when it's born. To my question is, if it is crowning
six inches later, then it has independent rights. I'm just trying
to ask you if that is correct.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Villanueva.

SENATOR VILLANUEVA:

        When it's born, it has independent rights, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Anderson.

SENATOR ANDERSON:

        Okay, so independent rights break - I mean, boil down to in
here, location. Is that -- is that fair?

                                                              68

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     Senator, the RHA made -- made it clear in a bill that we passed a few years ago. It said, the RHA made it clear, when we passed it a couple of years ago. And again, I think I've answered your question a couple of times now.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Anderson.

SENATOR ANDERSON:

     Bill. To the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the bill.

SENATOR ANDERSON:

     Thank you for answering my questions, Senator. So, we pointed out here that literally six inches of the birth canal dictate independent rights in life. Take a deep breath and think about that for a moment. Six inches. Location. It's been said a couple of times before, God help us. I mean, really. This is how we are determining independent rights now, is six inches? Born or not? A child crowning, it's okay to shove a -- forceps in their neck and kill them, but five seconds later, it's not. Come on, this is like the Twilight Zone. We sit here and have the audacity to say this is about reproductive rights. It's nonsense. God help us is right.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion. Senator Sally Turner.

SENATOR S. TURNER:

     Thank you, Mr. President. Question for the sponsor, please.

PRESIDING OFFICER: (SENATOR KOEHLER)

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


        Indicates she will yield.

SENATOR S. TURNER:

        I just had a question and I believe it's on page 209, but
since it's been amended, I just -- I think that's the page it's
on. It says, "reports shall not be admissible as evidence or
discoverable in any action of any kind, in any court, or before
any tribunal, board, agency or person." I was just curious, what's
the reasoning for that state…

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Villanueva.

SENATOR VILLANUEVA:

        Can you clarify, Senator? Is this the IDPH recording that
you're talking about?

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Turner.

SENATOR S. TURNER:

        Correct.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Villanueva.

SENATOR VILLANUEVA:

        Senator, we want to protect abortion patients that are being
persecuted and prosecuted in other states. That's why.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Turner.

SENATOR S. TURNER:

        Thank you, for that answer. Then just to follow that up, so,
if there would happen to be a civil court action involving like a
malpractice case, would that prevent the attorney's request for
discovery as to their lawsuit?

70

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

 Senator Villanueva.

SENATOR VILLANUEVA:

 No, Senator, we're not protecting unlawful health care. We are protecting lawful health care.

PRESIDING OFFICER: (SENATOR KOEHLER)

 Senator Turner.

SENATOR S. TURNER:

 I don't have any more questions. Thank you so much for your answers.

PRESIDING OFFICER: (SENATOR KOEHLER)

 State Journal Register seeks leave of the Body to record audio and video and take still photographs. Seeing no objection, leave is granted. Further discussion? Senator Simmons.

SENATOR SIMMONS:

 Thank you, Mr. President. Question of the sponsor.

PRESIDING OFFICER: (SENATOR KOEHLER)

 Indicates she will yield.

SENATOR SIMMONS:

 Would this amendment provide protection against -- I'm sorry - this is a question to establish legislative intent? Would this amendment provide protection against any out-of-state court judgment seeking to remove minors from their parents based on the parents allowing their children to receive gender affirming health care that has been outlawed in another state?

PRESIDING OFFICER: (SENATOR KOEHLER)

 Senator Villanueva.

SENATOR VILLANUEVA:

 Yes, Senator.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Simmons.

SENATOR SIMMONS:

    And then my -- a follow up question is, would this amendment
provide protections for any out-of-state arrest warrant for
someone based on violating another state's law against receiving
gender-affirming care?

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Villanueva.

SENATOR VILLANUEVA:

    Senator, we would not extradite for conduct that occurred in
a state where it is lawful, like ours is about to be, to another
state.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Sims. Further discussion? Senator Feigenholtz.

SENATOR FEIGENHOLTZ:

    Thank you, Mr. President, for purposes of legislative intent
for House Bill 4664. Senator, is the Lawful Health Care Activity
Act intended to protect individuals who are seeking, providing, or
receiving, material support for or traveling to obtain lawful
gender-affirming care?

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Villanueva.

SENATOR VILLANUEVA:

    Yes, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Feigenholtz.

SENATOR FEIGENHOLTZ:

    Will the protections for duly-licensed health care

72

```
                   STATE OF ILLINOIS
                102nd GENERAL ASSEMBLY
                   REGULAR SESSION
                  SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


professionals protect those who are providing lawful gender-
affirming care?

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     Yes, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Feigenholtz.

SENATOR FEIGENHOLTZ:

     Will the protections for duly licensed health care
professionals protect those who are providing lawful gender
affirming care?

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     Yes, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Feigenholtz.

SENATOR FEIGENHOLTZ:

     Does this legislation make any changes to the current law
regarding parental rights to consent or not for a child receiving
surgery or other kind of health care?

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     No, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Tracy.

SENATOR TRACY:

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

Thank you, Mr. President. I would have some questions of the
sponsor, if she will yield, please.

PRESIDING OFFICER: (SENATOR KOEHLER)

She indicates she will yield.

SENATOR TRACY:

Senator Villanueva, continuing on with the matter of the
expedited licensing that we had discussed. What I'm wondering is
in the end of this process, will physicians in Illinois, who are
awaiting their licenses for other issues - other places of medicine
that are practicing in Illinois, will they be moved back to the
line and the licenses of those that want to come from other states
to -- to perform abortions, will their licenses be expedited in
front of those physicians here in Illinois awaiting licensing?

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva.

SENATOR VILLANUEVA:

That is not our intent, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Tracy.

SENATOR TRACY:

But I did think I heard you say something about
prioritization.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villanueva.

SENATOR VILLANUEVA:

Apologies if I said priority, but it should be expedite.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Tracy.

SENATOR TRACY:

74

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023


     Okay. And -- and another question I had, is in the area where
insurance is required to fund abortion services and abortion drugs,
it says that there's no proof of pregnancy required.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     Senator that's actually consistent with current practice of
administrators of the abortion pill.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Tracy.

SENATOR TRACY:

     Current… I'm sorry, I don't even understand that. Current
practice of what?

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Villanueva.

SENATOR VILLANUEVA:

     So, when providers are providing, again, the abortion pill,
it is consistent with practice that there doesn't need to be a
proof of pregnancy.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Tracy.

SENATOR TRACY:

     I personally -- I find that kind of interesting since most
of us have state insurance and if I need knee surgery, I have to
provide proof that I need it. And is this kind of out of the norm,
normal procedure that if I don't really need knee surgery, then I
can still get medications to treat it and it's paid through for my
insurance?

PRESIDING OFFICER: (SENATOR KOEHLER)

                                                              75

                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023


        Senator Villanueva.
SENATOR VILLANUEVA:
        So, Senator, I think I'm going to try to put it in a way
where it might be a little bit easier to understand in this
process. I suffer from allergies. I get sinus infections about two
times a year. My health care provider and I have that relationship
where they, kind of, already know what's going to happen and
they're like, hey, we know what's going to happen in the fall. We
know what's going to happen in the spring when you open up the
windows and we close down the windows. So, we're going to make
sure that you get this prescription ahead of time because you're
probably going to need it as soon as you close the windows for the
fall and for the winter. And as soon as you open up the winter,
winter -- like the windows for the spring and the summer. So that's
kind of what we're talking about here.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Senator Tracy.
SENATOR TRACY:
        Okay. Thank you. That's -- that's an interesting analysis
between pregnancy and allergies that happen twice a year. A person
usually doesn't get pregnant that often, but anyway, let me get
back to one other question, going back to the licensing. Do you
foresee or are there plans in place for the Department of
Professional Regulations to hire additional personnel to
accommodate all of these licensing requests to be expedited?
PRESIDING OFFICER: (SENATOR KOEHLER)
        Senator Villanueva.
SENATOR VILLANUEVA:
        Senator, I think ID -- IDFPR believes that they have the

                                                                76

```
                     STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

capacity. But again, I think I've -- I've -- I've told other legislators, I'm more than happy to be able to continue to have conversations with ideas for new bills. We have a new General Assembly starting tomorrow, so, we can always continue to have conversations.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Tracy.

SENATOR TRACY:

    Thank you. I'd like to speak to the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the bill.

SENATOR TRACY:

    Well, first of all, anybody that's dealt with professional regulations knows they're understaffed, highly understaffed. You can wait months waiting for a nursing's license. Your hospital will call you desperately needing a physician to be licensed who's come here to practice medicine in a hospital, in a rural area for instance, and they can't get their license, they can't work, the patients can't be seen and the physician can't be paid. It's a horrible situation we in our offices are facing every day. So, it's disingenuine to think that Professional Regulations has the capacity right now to address expedited licensing. Let's certainly hope those physicians that I just described that are waiting to help our Illinois citizens here in Illinois on a multitude of illnesses, cancer, brain tumors, you name it, that they are not put to the back of the line. I think it said it best that it's never enough in this Chamber right now to go as far as we can once we've opened a window and start doing things that are highly unpopular in much of this State, are highly immoral, viewed as

```
                  STATE OF ILLINOIS
                102nd GENERAL ASSEMBLY
                   REGULAR SESSION
                  SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

immoral in many parts of the State. And as Senator Anderson said, six inches, this much, between when you have legal rights under this bill or when you don't. We all know that fetus, whether born or unborn, still has rights criminally in this State. God help us if we remove that stipulation. But it's coming, I -- I suspect. So, with that, I will close my remarks and urge a No vote for a very poor piece of legislation.

PRESIDING OFFICER: (SENATOR KOEHLER)

Further discussion? Senator Villanueva, to close.

SENATOR VILLANUEVA:

Thank you, Mr. President. I want to say that I don't measure my life in inches, maybe in minutes and in days and in years. I want to make a couple things very, very clear. Number one, abortion is legal in the State of Illinois. We made this so because we saw the writings on the wall several years ago of what was going to happen and what could potentially happen in this country. I am the youngest female Senator in the State of Illinois. I am of childbearing years. I have not started my family yet, but I come from a very large Mexican immigrant family. I come from an incredible mother who was also my hero, who was an immigrant, herself, who was a staunch Catholic and was probably one of the biggest reproductive rights champions that you will ever see. Because she understood the implications of what that meant, not just for herself, but for me, my family, my brothers, my sister, and for so many other people in our communities and our neighborhoods and in our country. We want to talk about constitutionality in this country and in the State of Illinois, let's talk about it. We want to talk about morality, let's talk about it. But don't use me and what I represent as a scapegoat for

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023

your morality, because there's too many brown babies in this
country, because there's too many immigrants coming to this
country. Don't use that as a way to say that you're morally
superior to what we're talking about here, because God is helping
us. The same God that's looking at you is also looking at me. And
guess what? It's the same God is giving me the inspiration in order
to be able to do this. So, we can disagree on a lot of different
things but don't sit here and tell me that you have the moral high
ground on your soapboxes over mine. You don't get to decide what
happens to my body. You don't get to decide what happens to the
bodies of a lot of different people from other states that are
coming to this State seeking refuge. I am an immigrant rights
champion. I have worked to protect immigrants and refugees. I
worked as an organizer on marriage equality. I have worked on
endless amount of issues since I was 14 years old to ensure that
people that don't have voices, have one in me. Don't give me
morality. Don't give me superiority. I don't need that. Because at
the end of the day, we are protecting people. I don't measure my
life in inches, because you know what the maker is going to decide
on me when I go to those pearly gates. What did I do for humanity?
I know what I did for humanity. I know what I did for people, and
I know what I will continue to do. I want to thank Mary Hanahan,
our legislative staffer, who worked endless hours on this
legislation. I want to thank the advocates who have supported this
bill and worked with us even into the late nights to try to get
this language. I want to thank the constituents because every time
you talk about people telling you in your districts, let me tell
you how often the conversation of reproductive rights and
protecting trans youth was talked about in my district. Almost

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

every single door that I knocked on, that was the conversation.
You don't get to tell me that my constituents are any less
important than yours. I end with this, we are protecting patients,
providers, and families here. Illinois is a refuge for people. And
I will spend every last breath in my body ensuring that those
protections exist for anybody that is coming here seeking in order
to live their lives openly and freely and honestly. I ask for an
Aye vote.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Just remind everyone to make sure their computers are up and
ready. The question is, shall House Bill 4664 pass.  Do we have
computers that need to be worked on? Alright, everybody's computer
is up and ready? Alright, everybody's computer is up and ready?
Seeing no objection, the question is, shall House Bill 64 -- 4664
pass. All those in favor, vote Aye. Opposed, Nay. The voting is
open. Have all voted who wish? Have all voted who wish? Have all
voted who wish? Take the record. On that question, there are 41
voting Yea, none voting -- 16 voting Nay, none voting Present. And
House Bill 4664, having received the required constitutional
majority, is declared passed. With leave of the Body, we'll go to
House Bill 2542, just a little ways up on page two. Senator
Cunningham. Mr. Secretary, please read the bill.

SECRETARY ANDERSON:

     House Bill 2542.

          (Secretary reads the bill)

3rd Reading of the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Cunningham, to explain your bill.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

                                                          80

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


     Thank you, Mr. President. The process for legally changing one's name in Illinois is one of the most restrictive in the nation. House Bill 2542 seeks to ease some of those restrictions. Specifically, it would make it easier for individuals with criminal convictions to petition a court to legally change their name. This is primarily an effort to help the victims of human trafficking who we know are often pulled into criminal conduct by their traffickers and transgendered individuals who legally changing their name, usually, the first name, is very important. I want to emphasize that this requires a court's approval. You can't just go into the county clerk's office and fill out paperwork to change your name. If you qualify under these new provisions, a judge has to evaluate it and there's a provision where the state's attorney can object. I know of no organized opposition to the bill. This got bipartisan support in the House and I look forward to answering any questions.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Illinois Times seeks leave of the Body to do photos. Seeing no objection, leave is granted. Further discussion? Senator Rezin.

SENATOR REZIN:

     Thank you, Mr. President. Question for the sponsor.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Sponsor indicates he will yield.

SENATOR REZIN:

     Thank you. I have the same questions that I had when we were discussing or debating this bill in -- in Exec. So, if you are currently on a database and you change your name, how will the victim's family be able to follow you or know where you are?

PRESIDING OFFICER: (SENATOR KOEHLER)

81

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


        Senator Cunningham.

SENATOR CUNNINGHAM:

        So, if a court approves the change of name for someone on
the registry, they have to reregister within ten days under both
names and both names will appear on the registry. There is no
notification portion to this. I think that's what -- what you're
getting at, Senator Raisin -- Rezin. But this is no different than
if someone on a registry moves. If they change address, they have
a certain number of days, I believe it's ten days to register at
their new location and there's no notification process that happens
there either. But it obviously will be listed on the registry and
any individual can -- can search by name or search by address to
see where someone on the registry lives.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Rezin.

SENATOR REZIN:

        Thank you, Mr. President. One more question for the sponsor,
please. Can you explain, though, do these -- does this apply to
people who are trying to change their name, who have been abused
or involved in human trafficking?

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Cunningham.

SENATOR CUNNINGHAM:

        Yes it, yes it does. As I mentioned in my opening remarks,
we know that victims of human trafficking are often pulled into a
life of crime and end up with convictions on their record. This -
- the current law is an impediment to them changing their names.
Some of those victims of human trafficking might end up on a
registry because they might be sex related offenses like

                                                              82

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

prostitution that they end up getting convictions for. We think this is really important to help individuals who are victims of human trafficking, because part of the process that they go through is to change their name and start a new life. So, the changes made in this law will help them do that.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Rezin.

SENATOR REZIN:

I'm done.

PRESIDING OFFICER: (SENATOR KOEHLER)

Further discussion, Senator Bryant.

SENATOR BRYANT:

Thank you, Mr. President. Question of the sponsor, please.

PRESIDING OFFICER: (SENATOR KOEHLER)

Indicates he'll yield.

SENATOR BRYANT:

Thank you. Senator, can you just elaborate on what charges would qualify for this?

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Cunningham.

SENATOR CUNNINGHAM:

So, the bill is charge neutral. Anyone who is currently under the current restrictive nature of our statute is forbidden for a change of their name would be eligible. But again, I just want to emphasize, they would have to appear before a judge in order to do that. And there are also notification provisions for the local state's attorney.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Bryant.

83

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


SENATOR BRYANT:

     Thank you. So, do child sex offenders - will child sex
offenders be able to change their name?
PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Cunningham.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     As -- as I said, Senator, it is charge neutral.
ACTING SECRETARY KAISER:

     Senator Bryant.
SENATOR BRYANT:

     Take that to be a yes. Arsonists?
PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Cunningham.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     I'll repeat myself, again, we can stand here, and you could
read every item in the Criminal Code if you'd like, Senator Bryant.
We can certainly do that. But, yes, it is charge neutral and anyone
who is -- has -- has a conviction and is currently forbidden from
changing their name can go before a court and petition the judge
for a change.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Bryant.
SENATOR BRYANT:

     So, the two that interest me the most that -- that I know
qualify under this bill, would be child sex offenders and arsonists
can change their names. So, I think previous Senator asked this
question, but I want to be a little more specific with it. So, how
exactly are the victims notified of the name change?
PRESIDING OFFICER: (SENATOR KOEHLER)

84

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

     Senator Cunningham.

SENATOR CUNNINGHAM:

     As I said to the previous question and as we discussed in committee, there is no notification provision, just as there is no notification provision in other aspects of for the registries when someone moves from one location to another, there's no notification provision. This would maintain the -- the same process. And I also want to emphasize, again, that if someone on a registry changes their name, both names, both the new name and the old name will appear on the registry.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Bryant.

SENATOR BRYANT:

     Thank you. I don't want to make you responsible for Google, but if I were to google somebody's address, you know, a friend of mine moves. I lost track of them. I googled their name. Their address comes up. I'm a little suspicious about them recognizing that this person has changed their name. So, if I'm a victim and I'm trying to find the person that was the perpetrator of the crime against me, this is going to make it very hard to find out where that person is. So, in your bill, you have indicated that the state's attorney's get notified, but no provision at all for those who are victims. So, I'm going to go to the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the bill.

SENATOR BRYANT:

     So, this is -- this bill is not one where, if it was only those who had been sex trafficked, I could get on board with this bill. But it isn't. It's those who are registered as child sex

                         STATE OF ILLINOIS
                      102nd GENERAL ASSEMBLY
                         REGULAR SESSION
                        SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

offenders and I threw arson in there as well, because I think arson
is pretty serious. I knew a guy in the Department of Corrections
who burned down his house and burned up six members of his family.
Right? So maybe he'd want to get his name changed. Do we want him
to have his name changed? I don't know. But I certainly know I
don't want child sex offenders to be able to hide in plain sight.
We also know that victims are not notified with this bill. If, for
gosh sakes, I mean, if, you know, if we can notify the state's
attorney's office, if we can notify someone when an inmate is moved
from one institution to another, why can't we notify the victim
that this person that has offended them in such a grievous way is
moved. I would get on board with what you're saying, if all this
bill did was go after those who have been sex trafficked, but
that's not what this bill is about, this bill is allowing people
who have committed egregious crimes against children to be able to
change their name with no notification to the victims. I urge a No
vote.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion. Senator Rose.

SENATOR ROSE:

     Thanks. To the bill, Mr. President. If I may.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the bill.

SENATOR ROSE:

     Senator Cunningham, first of all, I apologize, I feel like
I'm picking at you, a lot, recently, so I'll just go ahead and get
that out of the way on the front end. This -- this last point that
was made is -- is it, the notice provision. And I got a little bit
of experience with changing names because when one of my twins was

                                                              86

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

born, Kira, we spelled her name, K-y-r-a. Two weeks into her life
as we went to doctor's appointment after doctor's appointment
hearing Kyra, Kyra, we realized that no one, the rest of her life,
she was going to get mispronounced the name like Chapin. I spent
my entire life getting my name mispronounced. So, my wife and I
decided that we're going to go change our spelling, one letter
from KY to KI, one letter. Holy cow. To change one letter in my
daughter's name and I have custody, I had to sign a petition to
the court. I had to pay hundreds of dollars. I had to get my wife
to sign the petition. Then here's the interesting part about
notice. Even though my wife signed the petition as a married couple
saying she's okay with changing my daughter, one letter in my
daughter's name, I had to serve her official notice of the court
hearing. I had to send my wife a notice to my house informing her
of the court date. So, the day appears, my wife and I, we take
Kira with us. Judge Benjamin is a very nice judge. She says to
Kira, is this what you want? My daughter says, yes, please. I've
been spelling it this way, frankly, for 11 years. I'm a bit of a
procrastinator. Yes, it took 11 years to get around to doing this
because it was such a pain in the keister to do. But we did it. I
had to notify my own wife to change one, just one letter, in my
daughter's name. And yet, here, now, we're not going to tell the
victims of sex offenses about the court hearing. The whole point
of this is to put the public on notice, you can be safe in your
community. So, the neighbors can know - go to the sex offender
registry, look it up, you can change your name. Oops, so much for
that. I don't know -- I don't know when criminals became more
important than law abiding citizens. Every other bill here is
somehow protecting a criminal. And I love this Orwellian newspeak,

```
                 STATE OF ILLINOIS
              102nd GENERAL ASSEMBLY
                 REGULAR SESSION
                 SENATE TRANSCRIPT
```

123rd Legislative Day                                  1/10/2023

charging neutral -- charging neutral, here's -- here's what it means. It means felons. Charging neutral, equals felons. Now, you know what? There's probably a lot of reasons in some cases for some people to maybe want to do this. It's where you do a judicial bypass and notice the victims, you call it good and we all go home. Like, Senator Cunningham was talking about a minute ago, victims of sex trafficking, that is a laudable goal. No one disputes that. But that's why you do the notice provision to the victims. That's not in here and I tell you what, as somebody who spent hundreds of dollars to change one stinking letter in my kid's name, this is crazy. You're putting -- you're putting law abiding citizens through heck, yet we're going to change the name of the sex offenders. It's just nuts. Every -- every day it's another one of these. Just, it's just crazy. Thank you, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

Further discussion. Senator McClure.

SENATOR MCCLURE:

Will the - thank you, Mr. President. Will the sponsor yield?

PRESIDING OFFICER: (SENATOR KOEHLER)

Indicates he will yield.

SENATOR MCCLURE:

So, there was previously or currently in law, there is a lifetime ban for people that have identity theft convictions to change their name.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Cunningham.

SENATOR CUNNINGHAM:

Can he repeat the question?

PRESIDING OFFICER: (SENATOR KOEHLER)

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


    Senator McClure could you repeat the question, please?
SENATOR MCCLURE:
    Yes. So, current law says there is a lifetime ban for those
folks that have committed identity thefts from being able to change
their name. Is that -- is that correct?
PRESIDING OFFICER: (SENATOR KOEHLER)
    Senator Cunningham.
SENATOR CUNNINGHAM:
    I believe it is.
PRESIDING OFFICER: (SENATOR KOEHLER)
    Senator McClure.
SENATOR MCCLURE:
    What -- what public good is achieved by allowing people that
have made a, in some cases, a career stealing other people's
identities? Why on earth would you let them change their identity?
PRESIDING OFFICER: (SENATOR KOEHLER)
    Senator Cunningham.
SENATOR CUNNINGHAM:
    So again, and this is in the text of the bill. So, people
have to have specific reasons to change their name. They have to
bring it forward to a judge and a judge has to approve it. There
may be someone, who's at some point in their life, committed a
crime that involved an identity theft, for instance, a victim of
human trafficking who wants to change their name. We think that it
makes sense for an individual like that to be able to petition a
court and make that request to the judge. If the judge believes
that this is being done in a surreptitious manner, the judge can
deny that. I would also just want to point out and Senator McClure
you - a former prosecutor, I think you'll understand this, there

                                                              89

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023

are very few people, I think, who are going to change their name
for surreptitious reasons -- reasons who are going to go into a
judge and say, "Judge, here I am. I want to change my name." If
someone is up to no good, someone is looking to engage in criminal
conduct by somehow changing their identity, they're not going to
go into court and draw attention to that. So, you know, the bill
recognizes that, and again, empowers the court to make this
decision.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Senator McClure.
SENATOR MCCLURE:
        Senator, why not - I mean, in your opening remarks, you
talked about victims of -- of sex trafficking and I think, again,
the point's been made already that you're going to have a lot of
folks on this side of the aisle that would support something that
would just be dealing with victims of human trafficking. I guess,
why is this bill not just include people that are trafficked, but
also the very people that are trafficking them in the first place?
PRESIDING OFFICER: (SENATOR KOEHLER)
        Senator Cunningham.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)
        Okay. So, I - I do want to point out a provision of the bill,
and you can see it in the bill. So, this gets back to some of the
earlier questions about people on the registry. If you are on the
registry, you can only change -- there's -- there's  four
qualifiers that allow you to change your name: you have to be a
victim of trafficking or domestic violence, you have to prove to
the court that you're transgender, or that you change your name
because of marriage, or that you change your name because of

                                                              90

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

religion. Those are the only -- those are the four necessary
qualifiers, in order to change your name if you are on the
registry. You can't do it for just the heck of it. You have to
prove to the judge that it's one of those four reasons why you
want to change your name.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator McClure.

SENATOR MCCLURE:

    So, you said that you have to prove to a judge this is why
you want to change your name. What proof is acceptable under this
statute as to how to prove that to a judge?

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Cunningham.

SENATOR CUNNINGHAM:

    You know, I don't believe there's any standards of proof
that are in the statute. I might be mistaken. It's simply an
individual making their case to the judge on why they want to
change their name and the judge making the determination.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator McClure.

SENATOR MCCLURE:

    Thank you, Senator. To the bill, Mr…

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the bill.

SENATOR MCCLURE:

    So, let me get this straight. We're seeing more and more
bills that talk about public safety and how important it is to
have these registries to ensure we know who we're employing at the
State fair. For example, Senator Doris Turner and I worked together

                                                              91

```
                        STATE OF ILLINOIS
                    102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                       SENATE TRANSCRIPT
```

123rd Legislative Day                                  1/10/2023

on a bill to make sure registered sex offenders can't work at the
State fair. We talked about a registry for certain weapons last
night. And yet, we're now going to allow criminals that are
dangerous to change their names. People that commit identity theft.
I mean, I've had cases of people that commit identity theft for
years and years and years. I mean, why not at least limit that to
like, let's say, five identity theft cases? I've - there have been
people that have done this hundreds of times. And the problem is
not that you just stay in this State and were aware on our laws.
The problem is these people then move to other states. And I have
had many cases, right here in Sangamon County where it's a person
who had a criminal history in other states, but because
unfortunately they accidentally -- there was a typo, they added S
to the last name or there's a typo from the Circuit Clerk's Office
on the date of birth. We don't discover their entire criminal
history. What do you think this is going to do for those cases?
It's going to make it worse and there will be cases, we'll probably
never hear about them, where someone falls through the crack and
a real person will be hurt by this. I guess, like, why give
criminals this advantage? It does not make any sense and then you
don't want to notify victims. I mean, you're going to have issues
with employment as well, trying to comply with these statutes.
Employers are going to find it a more difficult time finding
someone's criminal history with these different aliases. So, you
know, look. The inconsistencies in this room are incredible, but
there is a real consistency as to the way they are treating
criminals in this room. I say they because I've been voting against
this legislation. I urge a No vote. This is not right. We will
support your legislation if it's dealing with people that deserve

                                                              92

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


to -- that have been victims of sex trafficking. But this is
ridiculous. I urge a No vote.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator Cunningham, to close.
SENATOR CUNNINGHAM:

     Thank you, Mr. President. I -- I understand the concerns
that have been raised here in the debate. I can tell you I had the
exact same concerns when this bill was brought to me and asked the
advocates about it and the answers they gave me allied my concerns.
Again, there are restrictions on this. You have to qualify under
those four factors in order to change your name. A previous speaker
brought up what goes on in other states. Illinois has one of the
most restrictive laws regarding this. There's only twelve other
states that restrict name changing the way we do. These fears that
have been articulated have not happened in other states. And, you
know, finally, and I -- I -- I know I mentioned this before, but
it really bears repeating. You must petition the court. An
individual cannot simply go into the Clerk's Office and fill out
a sheet of paper and change their name. A judge has to evaluate
it. A state's attorney has the option to ring in an objective -
object to it. I really think many of these fears being articulated
are overblown. I think that it makes sense that we give individuals
the ability to avail themselves to this option, is done in almost
every other state in the union. I ask for an Aye vote.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Again, would you please check your computers and make sure
that they're ready to vote? Are we ready to vote? The question is,
shall House Bill 2542 pass. All those in favor, vote Aye. Opposed,
Nay. The voting is open. Have all voted who wish? Have all voted

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

who wish? Have all voted who wish? Take the record. On that
question, there are 32 voting Yea, 20 voting Nay, none voting
Present. And House Bill 2542, having received the required
constitutional majority, is declared passed. We'll go up to the
top of page, we're going to go to House Bill 1064. Mr. Secretary,
please read the bill.

SECRETARY ANDERSON:

        House Bill 1064.

           (Secretary reads the bill)

3rd Reading of the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

        President Harmon, on your bill.

SENATOR HARMON:

        Thank you, Mr. President, Ladies and Gentlemen of the Senate.
I did not expect to be calling House Bill 1064. I worried that,
like Senator Cunningham's bill before this, might have been a straw
too many to bear. But I've changed my mind. And before I present
the substance of the bill, I want to tell you why. This is a case
of tenacious advocacy, not by high paid lawyers, but by citizens
who came and shared their stories with all of us. Not just ordinary
citizens, in this case, it is primarily young men who spent decades
in jail without any hope. They spoke to you all. You asked me to
call the bill. It was members of the Democratic Caucus, and to my
delight, it was members of the Republican Caucus. So, we have the
chance to advance a substantive bill on criminal reform with
bipartisan support. At its core, this bill does one very simple
thing for young people, those under 21 when they committed the
offense, who are sentenced to life in prison, it provides them the
hope, the possibility of parole after serving forty years of their

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

sentence. It's a little glimmer of hope. It's a bit of grace. It's a little mercy. And I'm delighted to have support from both sides of the aisle. Happy to try to answer some questions. I know a few are coming, but I ask all of you to see it in your hearts to vote Yes.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Is there discussion? Senator DeWitte.

SENATOR DeWITTE:

     Thank you, Mr. President. Quick question of the sponsor.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Indicates he will yield.

SENATOR DeWITTE:

     Thank you, Mr. President. Senator Harmon, I've appreciated the discussion and conversation that's taken place on this bill the last couple of days, and I could not agree more that it is the tenacious advocacy of this legislation, why we are standing here speaking to it today. You and I discussed a couple of issues and I just want to make it clear for the record and for my friends on our side of the aisle, that there are a couple of issues that you have committed to continue discussion on. One of those issues has to do with the fact that there's a potential that this bill could be considered to be retroactive in its implementation. Is that something that you are committed to continue to discuss with regards to this legislation?

PRESIDING OFFICER: (SENATOR KOEHLER)

     President Harmon.

SENATOR HARMON:

     Yes, and I just want to clarify, the bill itself is not retroactive. Today, I am thrilled beyond belief that you are

                                                              95

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                               1/10/2023

standing up on the Floor and asking me from that side of the aisle
to have conversations about making it retroactive. And I would be
happy to have those conversations.
PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator DeWitte.
SENATOR DeWITTE:

    Thank you, President Harmon. And the other question I had on
-- the other question I had is an issue that came up in our
discussion today regarding the potential or possibility that there
could be victim sign off in these situations where someone has
been sentenced to a significant sentence. A victim's family might
have the -- might have the opportunity to sign off on any decision
a parole board may make. Is it safe to suggest this issue, too,
will remain open for conversation?
PRESIDING OFFICER: (SENATOR KOEHLER)

    President Harmon.
SENATOR HARMON:

    Thank -- thank you, Mr. President. Absolutely, Senator. We
are in one of those very rare moments where we're passing a law
that will have no test for forty years. We will have plenty of
time to have that conversation and I think that's a perfectly
appropriate thing to discuss, hand in hand, with retroactivity.
PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator DeWitte.
SENATOR DeWITTE:

    Thank you, President Harmon. To the bill, Mr. President.
PRESIDING OFFICER: (SENATOR KOEHLER)

    To the bill.
SENATOR DeWITTE:

96

```
                        STATE OF ILLINOIS
                     102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                       SENATE TRANSCRIPT
```

123rd Legislative Day                                    1/10/2023

Thank you, Mr. President. I had an opportunity to discuss this legislation with Members of my caucus this afternoon and I closed our conversation with a question that I've asked them to all consider. I consider myself a law-and-order Republican, but I do, also, believe in rehabilitation. And I believe there are some people -- some people who make extremely poor decisions in the very early portions of their lives that they deserve consideration once they show they are prepared to make the effort to become contributing citizens once they have served their debt to society. So, I would ask this question of all of you in the room tonight, if you believe our law-and-order system is based on the fact that significant sentences, people should be locked up and the key should just be thrown away, then vote against it. But if you believe that given guidelines and benchmarks that these convicted young people can reach to prove that they can become contributing members of our society, then don't just vote your conscience, vote your Christian conscience. Vote that people can redeem themselves. I intend to support this legislation and I would urge my colleagues to simply consider the same position. Thank you, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

Further discussion? Senator Bryant.

SENATOR BRYANT:

Thank you, Mr. President. So, I would agree with the previous speaker, in that, sometimes people can change their lives, certainly leave room open for Holy Spirit intervention, right? Person completely changes their lives. So, I'm going to speak to the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

To the bill.

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


SENATOR BRYANT:

     Thank you. So, basically, this bill is looking - not - keep
-- keep saying youthful offenders and so forth, but this is
actually for those who are 18 to 21. So, we're talking about
adults, 18 to 21. Right now, the bill says that you've served forty
years and it's not retroactive. But we all know that, in this Body,
we start somewhere. And we've already heard Mr. President say that
he's willing to come back in and make this retroactive. I would
argue that we'll see another bill that is less than 40 years. I
would argue that, because often there's an argument made whether
you agree with it or not, that the mind is not fully developed
until age 24 or 25. So, I suspect we'll see another bill in here
that would be for older than 21. That would be for less years than
forty and would be retroactive. That being said, I would again
say, can people's lives change. Yes. Do we need to give them a
pathway so that if they are 18, 19, 20, 21 years old and they've
served forty years, that they could do something different with
their lives? But we have a pathway for that right now, it's called
commutation. So, an individual petitions with the Governor's
Office in order to have that sentence reduced, commuted. There is
a pathway. No one -- no one has put them in jail and thrown away
the key. They can have that commuted, and in fact, would be able
to do that under every Governor. It's a little bit slower under
Blagojevich because he didn't do it for the whole time that he was
in office. But otherwise, there is a pathway for that. So, let's
make no mistake about this bill. This isn't about giving someone
a pathway for a new life. That already exists. This is about
creating a different pathway. And make no mistake, this will not
be the end. It will be changed when we come in in a different --

                                                          98

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


in a different time, in a different General Assembly. I urge a No
vote.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Further discussion? Senator McClure.

SENATOR MCCLURE:

    Thank you, Mr. President. Will the sponsor yield?

PRESIDING OFFICER: (SENATOR KOEHLER)

    Indicates he will yield.

SENATOR MCCLURE:

    So, President Harmon, what is the process that a person has
to go through to become eligible for this decision by the Prisoner
Review Board?

PRESIDING OFFICER: (SENATOR KOEHLER)

    President Harmon.

SENATOR HARMON:

    Thank you, Mr. President. The prisoner would petition the
Prisoner Review Board after having served the forty years of the
sentence.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator McClure.

SENATOR MCCLURE:

    So, it's just the members of the body of the Prisoner Review
Board that have to make the decision as to whether or not they're
going to hear the case or…

PRESIDING OFFICER: (SENATOR KOEHLER)

    President Harmon.

SENATOR HARMON:

    That's our understanding, correct.

PRESIDING OFFICER: (SENATOR KOEHLER)

```
                       STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                      SENATE TRANSCRIPT
```

123rd Legislative Day                            1/10/2023


        Senator McClure.

SENATOR MCCLURE:

        So, there's discussion that Senator Bryant, a point that
Senator Bryant brought up, which is that the Governor has the power
to commute, and we've seen Governor Pritzker has been very generous
with that power. In fact, I haven't had a constituent who was on
his deathbed incarcerated over a drug case and I actually got that
to Governor Pritzker's attention. He actually did the right thing.
He pardoned him and let the man go home and die at home. So, I
guess what's the problem with that system right now?

PRESIDING OFFICER: (SENATOR KOEHLER)

        President Harmon.

SENATOR HARMON:

        Thank you, Mr. President. I'm going to pick up on something
Senator DeWitte said, and I like him better right now than -- than
some of the rest of you. If we continue this debate, you would
support only candidates for the Prisoner Review Board who would
never vote to -- to commute anyone's sentence. The Governor can
commute, but what we are doing is giving young prisoners the gift
of hope. From their first day in prison, there is a possibility
that they can get out. Their life in prison can be materially
different. They can invest in themselves with the reasonable belief
that in 40 years they may have a chance to return to society. That
in and of itself is a moral and policy victory. It is the gift of
hope and it is in our capacity to offer that mercy.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator McClure.

SENATOR MCCLURE:

        So, the judge, at the time of his sentencing, takes into

                                                            100

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                           1/10/2023

account everything. This person has heard from the witnesses,
they've heard from the victims if they wish to speak, they've heard
the evidence and they've heard from all kinds of -- a host of
different folks. If a judge feels that it is appropriate for a
shorter sentence in the State of Illinois, the judge can give a
shorter sentence. I guess, why would we want a Body forty years
later to, in some cases, relitigate the evidence of the case
instead of trying to do something for the right reasons?
PRESIDING OFFICER: (SENATOR KOEHLER)

     President Harmon.

SENATOR HARMON:

     Senator, I'm not the same person I was forty years ago. I
don't know that you are. I walked into that one. An awful lot can
change in 40 years. And if we're going to sentence 18 and 19-year-
olds to life in prison, I don't think it is some sort of policy
concession to say, if you have demonstrated that you have turned
your life around, if you have a psychological evaluation that you
submit, if the -- the victim's family can weigh in in support or
in opposition to the decision, if the Prisoner Review Board makes
this decision, I don't understand the gravity of the concern being
raised.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator McClure.

SENATOR MCCLURE:

     And -- and President Harmon, why would you -- I shouldn't
say - let me just put it to you this way or put the question this
way. Why is there not something in here that allows the victim or
the -- or it would be the victim's family since this is a homicide
case, but that allows the victim's family to either make this go

101

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

forward or veto this.

PRESIDING OFFICER: (SENATOR KOEHLER)

        President Harmon.

SENATOR HARMON:

        Thank you, Mr. President. There is a provision where the
victim's family gets notice and can oppose or support and that
will be factored in. But our system of justice is not so tribal
that we allow individual citizens to say, yea or nay, on someone
else. There's a process by design; the independence of a judge or
an appointed Prisoner Review Board is a critical component of that.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator McClure.

SENATOR MCCLURE:

        So, on the notice provision in -- in the legislation, what
does that entail? Does there have to be proof that this has been
served on the victim's family or how does that work?

PRESIDING OFFICER: (SENATOR KOEHLER)

        President Harmon.

SENATOR HARMON:

        Written notification to the victim from the state's attorney
must contain information about their right to be present, to appear
in person at the parole hearing, and their right to make an oral
statement and submit information in writing by videotape, tape
recording, or other electronic means, a toll-free number to call
in for further information about the parole review process and all
information regarding available resources, including trauma
informed therapy that they may access. If the board does not have
the current address of the victim or the victim's family, it shall
notify the state's attorney to request assistance in locating the

102

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

victim or the family of the victim. And the victim may request in
writing to no longer receive notices.
PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator McClure.
SENATOR MCCLURE:

    Okay. I appreciate what they have to be notified of, but
what proof is there -- and maybe there is or maybe there isn't in
the bill, that says, yes, this victim was indeed notified or was
not notified?
PRESIDING OFFICER: (SENATOR KOEHLER)

    President Harmon.
SENATOR HARMON:

    Thank you, Mr. President. The process exists in current law
today, we're refining it, and I would -- I would invite you to the
conversations I'll be having with Senator DeWitte over the next
forty years to further refine the bill as necessary before it is
ever tested.
PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator McClure.
SENATOR MCCLURE:

    I appreciate -- I appreciate that, Mr. President. To the
bill.
PRESIDING OFFICER: (SENATOR KOEHLER)

    To the bill.
SENATOR MCCLURE:

    Look, victims, right now, feel like there is a war going on
and they're constantly being revictimized. We are seeing that all
over this State, including here in Springfield. And why on an
important piece of legislation like this, the victim's family can't

                                                            103

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

say, you know something, this person who raped and murdered my
child should not get to have a chance to see the freedom that my
child will never see ever again. They should be able to have a
veto on any request like this. And let me say also, we have passed
legislation recently giving the state's attorneys the veto power
or I shouldn't say the veto power, but the power to decide what
cases should be resentenced or not. So, folks in this Body have
had no issue giving certain people the right to say, yes this moves
forward or no it doesn't. But we've never done that for victims.
And I talk -- we're hearing a lot about compassion, and everybody
is so willing to forgive and things of that nature. You know, there
are legitimate cases where I agree with President Harmon and
Senator DeWitte, where people deserve a second chance. But you
know who should have a chance to weigh in on that first? Not people
that were not affected by the crime. The people that were affected
by the crime, their kids, their family members, are never going to
get their time on earth back. Every tomorrow has been stolen away
from them. Now, there was discussion about current options right
now. The Governor has the power to commute sentences. The Governor
has been doing that regularly. What's the difference between the
Governor and a board like the Prisoner Review Board? The Governor
is accountable to the people. If he makes poor decisions in that
area, people can vote against him. As we know, in some cases in
our State's history, even the Senate hasn't had any control over
the Prisoner Review Board. And by that, I don't mean control,
telling them what to do. I'm talking about the oversight that we're
supposed to have laid out in our State's Constitution. Again, I
have not seen anyone answer this in a reasonable way. Why on earth
would you not allow the victims to have a chance to speak and veto

                                                            104

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                               1/10/2023

this? I think, if that were the case, I think we'd be having a
very different discussion. But the fact is, I expect that, like
many bills and like many instances, things will get worse from
here. Now, President Harmon talked about notifications. Recently,
the Prisoner Review Board had to make a decision about a man who
killed a police officer. His family was told to notify them on, I
think it was the 18th, notify us by the 18th that whether or not
you want this person to be released or not, give us your statements
and then we will take that into account. The man who murdered the
police officer was released on the 17th, so, even the deadlines
that are set out, are not being met by the Prisoner Review Board.
And here we're seeing on the notice requirement nothing is laid
out that guarantees that these folks are going to get notice and
that was actually not just a common complaint from victims with
the Prisoner Review Board, but also from state attorneys. In fact,
I read -- I read a couple of op-eds talking from state's attorneys
that said they had never gotten notice. This bill doesn't allow,
for the guarantee that the victim got notice. There is no guarantee
that the victim is going to be given some arbitrary deadline and
before they can put their paperwork in, the person's released.
That's happened. And in fact, there was an appropriations hearing
with the Prisoner Review Board where they admitted that happened.
I think it's time to start sticking up for victims in this State
and their families. You allow them to veto this. That's a
reasonable discussion. To railroad them, like they've been
railroaded for the last several years, again and again and again.
I can't support that. I urge a No vote.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Further discussion. Senator Barickman.

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


SENATOR BARICKMAN:

 Thank you, Mr. President. Question of the sponsor.

PRESIDING OFFICER: (SENATOR KOEHLER)

 Indicates he will yield.

SENATOR BARICKMAN:

 Thank you, Mr. President. If, you may, the effective date of the bill is, if you could help me.

PRESIDING OFFICER: (SENATOR KOEHLER)

 President Harmon.

SENATOR HARMON:

 There is no stated effective date, so, it would be January 1st of 2024.

PRESIDING OFFICER: (SENATOR KOEHLER)

 Senator Barickman. Senator Barickman.

SENATOR BARICKMAN:

 We're, I think, we're drawing straws. But if you could finish that statement, the four-year component.

PRESIDING OFFICER: (SENATOR KOEHLER)

 President Harmon.

SENATOR HARMON:

 The law would be effective and on the books on January 1st of 2024. But just as a reminder, it would not be applied until someone sentenced, after that date, has served forty years in prison.

PRESIDING OFFICER: (SENATOR KOEHLER)

 Senator Barickman.

SENATOR BARICKMAN:

 What is the instructions that a -- so -- so, in the scenario where someone commits one of the crimes under your legislation, a

106

```
                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                     SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

trial is held, duly elected judge, potentially, prosecutors,
trial, victim statement, and the judge, there's a guilty verdict
and the judge is set to impose his sentence, his or her sentence
on the defendant, what will the instructions from the judge be in
the instance where the judge is trying to impose a life sentence
or a sentence that is more than forty years?

PRESIDING OFFICER: (SENATOR KOEHLER)

    President Harmon.

SENATOR HARMON:

    Thank you, Mr. President. I'm not entirely sure, and I am
not a criminal law practitioner. So, I -- I think you're asking
whether the jury would be told that if they were sentenced to life,
they would have an opportunity for a parole hearing in forty years.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Barickman.

SENATOR BARICKMAN:

    That -- that is my question and -- and maybe a nod of your
head, you don't know what the answer is, as to how that would be
explained to the participants of that decision.

PRESIDING OFFICER: (SENATOR KOEHLER)

    President Harmon.

SENATOR HARMON:

    Thank you, Mr. President. That is not a part of the bill. I
believe that would be for the court to decide.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Barickman.

SENATOR BARICKMAN:

    Well, to the bill, if I may.

PRESIDING OFFICER: (SENATOR KOEHLER)

```
                        STATE OF ILLINOIS
                     102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                        SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

       To the bill.

SENATOR BARICKMAN:

       I -- I just want I'm -- I'm going to echo maybe some of
what's been said here, but we have a process today that involves
elected officials, judges, states attorneys, who are empowered by
the law to analyze a total set of facts and make a decision. In
fact, Senator Cunningham's bill, just one or two bills ago, he
spoke to the fact that we empower these decision makers to do just
that, make decisions. And so, I find it curious that here this
legislation would take the totality of the facts, the judge's, the
state's attorney's, the -- the defense counsel and the defendant,
the -- the victim's testimony, and would say the legislature here
is -- is effectively going to say we're going to throw out all of
what you all considered then to be the punishment for the crime
that that person committed, and instead, the legislature here is
going to impose their judgment that instead of those elected
officials being empowered to make that decision, an appointed panel
may later, the sponsor says, forty years from now, but later make
that decision. I cannot imagine what this will mean to the victims
who are going to be at these trials that are going to be conducted,
whether it's next year or in four years, to sit through a trial
and have a judge say, listen, you've committed this heinous act,
by the power in me I want to sentence you to life in prison because
of this. However, the General Assembly in its infinite wisdom, has
decided that some appointed parole board forty years from now can
revisit the decision that me, the judge, is making today. I think
that -- that -- that is a very dangerous policy to put in place.
That we might cast our judgment on a decision being made by the
judge, the prosecutor, the victims, at the time of that act. And

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

again, I just, I beg I know this place is filled with
inconsistencies, but we just voted on a bill. And many of you on
the other side of the aisle voted -- I voted for that bill because
it empowered those elected officials to make the decision that
they think is best. It's been said here, my colleague said it, if
you don't like the outcome of a judicial process, there's already
a process in place through the Governor's Office where people can
seek pardons and commutations of their sentences. This is simply
the General Assembly imposing its will on top of those judges, and
I think it's the wrong decision. Thank you, Mr. President.
PRESIDING OFFICER: (SENATOR KOEHLER)

        Further discussion? Seeing none. President Harmon, to close.
SENATOR HARMON:

        Thank you, Mr. President. Thank you, Ladies and Gentlemen of
the Senate. There has been a dizzying amount of misinformation
communicated in the last half of the debate. I just want to point
out some of these things. The fact that there is a life sentence
without parole was a decision a prior General Assembly made. The
fact that forty years ago, fifty years ago, if you were sentenced
to a crime, you had parole eligibility. That was a decision of a
prior General Assembly. That is our job. We are not imposing our
will. We are setting the rules. Notice needs to be given to the
victim's family at least a year ahead of the hearing and victims
have a chance to weigh in. You put a lot of faith in commutation,
someone who's commuted, whose sentence is commuted, walks free.
Here, there's under mandatory supervised release for ten years.
Pick your poison, pick your lane. I prefer to be in the lane with
Senator DeWitte and offer a little bit of grace, a little bit of
mercy, and a little bit of hope. Please vote Yes.

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                         1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

      Make sure your computers are ready to vote. All right. The question is, shall House Bill 1064 pass. All those in favor will vote Aye. Opposed, Nay. The voting is open. Have all voted who wish? Have all voted who wish? Have all voted who wish? Take the record. On that question, there are 37 voting Yea, 13 voting Nay, none voting Present. And House Bill 1064, having received the required constitutional majority, is declared passed. Senator Van Pelt, for what purpose do you seek recognition? We're going to go to the top of the page of page two, House Bill 969, President Harmon. Mr. Secretary, read the bill, please. President Harmon seeks leave of the Body to return House Bill 969 to the Order of 2nd Reading. Leave is granted. Now on the Order of 2nd Reading is House Bill 969. Mr. Secretary, are there any Floor amendments approved for consideration?

SECRETARY ANDERSON:

      Floor Amendment No. 4, offered by Senator Sims.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Senator Sims, to explain your amendment.

SENATOR SIMS:

      Thank you, Mr. President. I'd like to adopt the amendment and debate it on -- on 3rd.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Is there any discussion? All those in favor will say Aye. Opposed, Nay. The Ayes have it, and the amendment is adopted. Are there any further Floor amendments approved for consideration?

SECRETARY ANDERSON:

      Floor Amendment No. 5, offered by Senator Sims.

PRESIDING OFFICER: (SENATOR KOEHLER)

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


      Senator Sims, on your amendment.

SENATOR SIMS:

      Thank you, Mr. President. I'd like to adopt the amendment
and debate it on 3rd.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Is there any discussion? All those in favor will say Aye.
Opposed, Nay. The Ayes have it, and the amendment is adopted. Are
there any further Floor amendments approved for consideration?

SECRETARY ANDERSON:

      No further amendments reported.

PRESIDING OFFICER: (SENATOR KOEHLER)

      3rd Reading. Now on the Order of 3rd Reading is House Bill
969. Mr. Secretary, please read the bill.

SECRETARY ANDERSON:

      House Bill 969.

          (Secretary reads title of bill)

3rd Reading of the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Senator Sims, you're going to handle the bill at this point?
Proceed.

SENATOR SIMS:

      Thank you, Mr. President, Ladies and Gentlemen of the Senate.
The amendments we just adopted are the corresponding
appropriations for the fiscal year 2023 supplemental, whose budget
implementation bill we passed the other day. For an overview of
the contents of the -- of the legislation, the bill includes five
hundred and twenty million dollars in GRF appropriations, 3.6
billion of other State fund appropriations and 78.8 million dollars
in federal fund appropriations. Several highlights of the

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                                1/10/2023

legislation includes a -- an eight hundred- and fifty-million-dollar GRF deposit into the State's 'Rainy Day' Fund, four hundred-million-dollar deposit into the closing -- into the State's Closing Fund, one hundred eighty -- eighty-five million dollars, one-time GRF Medicaid rate increase for hospitals and an additional forty-two million dollars for safety-net hospitals. The bill also includes one hundred and sixty-two million dollars to cover costs associated with asylum seekers through IEMA and the Department of Human Services, but also includes seventy-five million dollars for housing programs through the Illinois Housing Development Authority and part -- and as part of the -- one of the amendments we just adopted. In response to concerns raised by the DD community, we added a 12.5 million dollar supplemental for workers, grants for individuals in the ICDD community or IDDD community and know of no opposition would ask for and ask for a favorable roll call.

PRESIDING OFFICER: (SENATOR KOEHLER)

　　　Is there any discussion? Senator Rose.

SENATOR ROSE:

　　　I just want to be - one question and I'll go to the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

　　　Sponsor indicates he'll yield.

SENATOR ROSE:

　　　Leader Sims, I just want to make sure that the Amendment 5 contained what was a twelve and a half million of the fifty-six million that was requested for DD in the -- in the supplemental. Is that correct?

PRESIDING OFFICER: (SENATOR KOEHLER)

　　　Senator Sims.

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023


SENATOR SIMS:

     That is correct, Senator.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Rose.

SENATOR ROSE:

      Thank you, to the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the bill.

SENATOR ROSE:

     Ladies and Gentlemen, this is -- this is kind of an amazing
day and I want to say something to Leaders Murphy and Leader
Morrison. Had it not been for the two of you in committee, that
twelve and a half million would never been put in. And, you give
credit where credit is due, and I'm giving credit. Now, I want to
say something. Twelve and a half million is ridiculous. These two
fought for twelve and a half  million. The request was fifty-six
for developmentally disabled. And my friend, Leader Sims, in a
minute, is going to tell us, well, that's because there was one
hundred million in the budget that was passed for last year that
we're already in. I'm going to peel back a little bit on that.
First of all, it's not a hundred million, it's 94.8 million, but
we'll round up and say it's one hundred million. It didn't show up
till January 1st. Why is that important? Because the rates haven't
changed. So, even though a hundred million dollars, 94.8 million,
was put into the account, they don't have the ability to spend it
on developmentally disabled yet. Now let's peel this back even
further. The Guidehouse study, the Guidehouse agreement for
developmentally disabled funding required four hundred and twenty-
six million dollars this year. And by the way, Guidehouse, that

                                                            113

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

was before COVID, that was before Biden's inflation, that was
before all that. Four hundred and twenty-six million dollars this
year, they're going to give them a hundred million, maybe, 94.8,
maybe, if the rates ever get figured out in enough time to spend
it by the end of this year. But here's what is in this budget --
here's what is in this budget: Stay LIT Youthful -- Youth Services
-- Stay LIT for a hundred and fifty thousand, Southside Together
Organizing for Power, two hundred and  fifty thousand, A Knock At
Midnight, a quarter of a million, Step By Step Daycare, four
hundred thousand, which by the way, may be a laudable thing since
it's a daycare. The only question, I would have, is how come no
other daycare in Illinois is getting a special deal. How come all
the daycares in the other districts aren't getting that four
hundred thousand dollars? The People's Music School for a quarter
of a million, whatever that is, the Link, for a hundred thousand.
My personal favorite, LaTanya and the Youth -- LaTanya and the
Youth are getting a hundred and fifty thousand. Here's the
interesting thing, if you add up all those add-ons, it's forty-
five million dollars. You took the forty-five million plus the
twelve and a half that was in Amendment 5, you'd actually get the
fifty-six million that the developmentally disabled community
asked for, end of the day. You'd actually get that. In fact, you'd
have another million and a half to Stay LIT with, you'd have
another million and a half to Stay LIT. Folks, I don't want to
hear that I didn't vote for the budget last time, because you know
why I didn't vote for the budget last time, because we treat the
developmentally disabled of the State like they're second-class
citizens because they don't have a union to represent them. They
don't have a lobbyist to represent them. This is personal. This is

                                                              114

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

what my wife does for a living. You know, during COVID, the
Medically Complex Developmentally Disabled Centers are the last
people to get vaccinated. Then CDD's, all eight of them in the
State, eight, couldn't be found. Where my wife works at, half her
patient population is on ventilators, but they're nowhere to be
found for COVID shots, to get vaccinated, the last day. You know
what developmentally disabled funding is in the State of Illinois
compared to the rest of the country? We are 51st behind the
District of Columbia, when you throw that in. So, we're going to
throw another hundred and ten million at illegal immigration. By
the way, get this, the Welcoming Centers in FY '20 got twenty
million bucks. With this supplemental, they'll be at two hundred
million. But, hey, you're a sanctuary city, so, you're going to
get what you asked for. But you know who isn't getting what they
need, the developmentally disabled. And I thank, and I salute,
Leaders Morrison and Leaders {sic} Murphy for getting the 12.5
million scrapped from the table. This should fail, until we do
right by the people who can't fight for themselves, have no voice
for themselves. Thank you, Mr. President.
PRESIDING OFFICER: (SENATOR KOEHLER)
      Further discussion, Senator Morrison.
SENATOR MORRISON:
      Question of the sponsor, please.
PRESIDING OFFICER: (SENATOR KOEHLER)
      Sponsor indicates he'll yield.
SENATOR MORRISON:
      Senator, these questions are for legislative intent. Floor
Amendment No. 5 adds 12.5 million GRF for organizations providing
community-based services for persons with developmental

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

disabilities and for intermediate care facilities for the
developmentally disabled and alternative community programs. What
is the intent of this grant?

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Sims.

SENATOR SIMS:

        Thank you, Senator, for the question. These funds are
intended for workers recruitment and retention purposes,
including, but not limited to, bonuses for frontline personnel,
including, but not limited to direct support persons, aides,
frontline supervisors, qualified intellectual disability
professionals, nurses and non -- non-administrative support staff.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Morrison.

SENATOR MORRISON:

        Senator Sims, is it your intent that these funds be used for
administrative costs of these organizations, for costs such as
administrative support staff, rent, taxes, utilities, or anything
other than the funds going directly to the workers?

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Sims.

SENATOR SIMS:

        Senator, no, it is not. It is my intent that one hundred
percent of these funds go directly to frontline workers.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Further discussion? Seeing none. Senator Sims, to close.

SENATOR SIMS:

        Thank you, Mr. President. You know, we started this process
with three basic goals. The first goal was to continue to focus on

116

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

fiscal stability, to make -- to build on those sound fiscal investments that we've made over the last several years. The second goal was to focus on making one time expenditure for one time revenue. The third was to -- to address and deal with -- to emerging and emergency issues. Now, let me address some of the comments and the questions that have come up today. First, there was an issue about a failure to invest in the developmentally disabled community. That is just not true. The intent has always been to give the community all of the resources that it needs to be successful. But I think it is awful -- it is awful rich to suggest that we have not made or taken steps to invest in this community when the -- the challenges that were faced by this community were manufactured by a budget that many on the other side of the aisle, stood by, as the former Governor of this State, drove us into the -- into a ditch, off a fiscal cliff, would not stand up to the Governor of their party to -- to make sure that we had a budget for this State. So, the reason that the Guidehouse study was necessary was because our friends on the other side of the aisle stood by, stood silent, while Governor Rauner drove our State to fiscal -- to near to fiscal ruin. Now, we have fought -- we have fought desperately to climb out of the -- out of that -- out of that ditch. We have fought desperately to make sure that we are on the right track. And we're there. We are -- we have -- we've seen six credit rating upgrades. We've seen now with action we are about to take, we are seeing billions -- a billion -- nearly 1.2 billion dollars additional into our State's 'Rainy Day' Fund. We are -- we are making those hard choices. We are taking the steps to be fiscally responsible. Now, there was another comment about the investments we are making into Welcoming Centers, etcetera. We are

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

doing the morally and fiscally responsible thing. We have political leaders who are trying to make -- score political points in other states, sending individuals to this State. We have a responsibility to -- to -- to -- to -- to cover and make sure that we have resources available to -- to cover these --these -- these -- these -- these individual problems. I would love to have our friends on the other side of the aisle step up and participate with us. We have asked for that on a number of different occasions. The efforts that we have taken show that we are making the right decisions. Vote Aye.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Again, I'll remind everyone to have their computers ready to vote. The question is, shall House Bill 969 pass. All those in favor vote, Aye. Opposed, Nay. The voting is open. Have all voted who wish? Have all voted who wish? Have all voted who wish? Take the record. On that question, there are 30 voting Yea, 21 voting Nay, 1 voting Present. And House Bill 969, having received the required constitutional majority, is declared passed. Mr. Secretary, Resolutions.

SECRETARY ANDERSON:

        Senate Resolution 1387, offered by Senator McConchie.

        Senate Resolutions 1388 and 1389, offered by President Harmon.

        And Senate Resolution 1390, offered by Senator Koehler. They are all substantive, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator Van Pelt, for what purpose do you seek recognition?

SENATOR VAN PELT:

        Yes, for House Bill 1064. I ended up pushing speak instead

118

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                1/10/2023

of yes. So, I would like to be recorded as yes for 1064.

PRESIDING OFFICER: (SENATOR KOEHLER)

The record will so reflect your intentions.

SENATOR VAN PELT:

Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Villa, for what purpose do you seek recognition?

SENATOR VILLA:

Point of personal privilege.

PRESIDING OFFICER: (SENATOR KOEHLER)

Please state your point.

SENATOR VILLA:

Thank you, Mr. President. It has come to my attention that one of the bravest, kindest, most intelligent Members on this Floor, that it is a very special day for her and she also is the most amazing remote voter during COVID. I would like all of us to take a second to say, happy birthday to Senator Laura Ellman.

PRESIDING OFFICER: (SENATOR KOEHLER)

Happy birthday, Senator. President Harmon, for what purpose do you seek recognition?

SENATOR HARMON:

Thank you, Mr. President, for purposes of an announcement.

PRESIDING OFFICER: (SENATOR KOEHLER)

State your announcement.

SENATOR HARMON:

Thank you, Mr. President. I just wanted to make Members of the Senate aware of what our expectations are for the evening. It is almost 6 p.m. We are on track to conclude our work. We are expecting two bills to come over from the House, a revenue bill

119

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

and a bill on paid leave. We are finalizing a bill, here in the
Senate, on appointments and personnel and we hope to have that for
you very soon. We're going to break now for the Committee on
Assignments to refer two additional retirement resolutions to the
Floor, which will take up while the remainder of that paperwork is
done. We believe the Governor is arranging a bill signing ceremony
at 8 p.m. this evening. We will accommodate that if it, in fact,
comes to pass, and I believe that it will. But that is, to my
knowledge, the entirety of our work. Should we not be surprised by
something else coming over from the House. So, we are on a good
trajectory to get our work done at a reasonable hour and meet with
our families and prepare for the swearing in of the new Senate
tomorrow. So please, we ask for your patience as those last two
things come into focus. But we're in a good place to get our work
done at a decent hour.

PRESIDING OFFICER: (SENATOR KOEHLER)

    The Senate will stand at ease for a few minutes to allow the
Committee on Assignments to meet. The Committee on Assignments
will please go to the front room. Mr. Secretary, Committee reports.

SECRETARY ANDERSON:

    Senator Lightford, Chair of the Committee on Assignments,
reports the following Legislative Measures have been assigned; Be
Approved For Consideration: Senate Resolutions 1387, 1388, 1389
and 1390. Signed, Senator Kimberly A. Lightford, Chair.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Supplemental Calendar No. 1 has been printed and
distributed. We're going to go to Senate Resolution 1389. President
Harmon, on the resolution. Mr. Secretary, please read the
resolution.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                           1/10/2023


SECRETARY ANDERSON:

Senate Resolution 1389, offered by President Harmon.

WHEREAS, Students, families, and seniors in the 56th Senate District are among the many fortunate beneficiaries of State Senator Rachelle Crowe's years of service in the Illinois Senate; and

WHEREAS, Sen. Crowe demonstrated a profound interest in helping young people seize available opportunities and reach their full potential through education and hard work; and

WHEREAS, Because Senator Crowe wholeheartedly believes law enforcement officers deserve the utmost respect for protecting our communities, she partnered with police groups to advance laws to support them and their families; and

WHEREAS, Sen. Crowe passed laws to fund bikeway, road, and bridge projects as well as vertical infrastructure throughout the Metro East, including a plan to renovate Lewis and Clark Community College's Main Complex to permit operations to continue safely at the 1890 facility; and

WHEREAS, Using her experience as a violent crimes prosecutor, Sen. Crowe has been a champion for victims, crime survivors, and their families by advancing numerous laws to strengthen protections, enhance penalties, secure justice and reduce the DNA backlog; and

WHEREAS, As an advocate for education, Sen. Crowe supported initiatives to raise teacher salaries, address the teacher shortage, and increase the tax credit for educators who purchase school supplies for their classrooms; and

WHEREAS, When the COVID-19 pandemic interrupted the daily lives of her constituency, Sen. Crowe worked to connect families

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023

with unemployment benefits, to offer support to school districts to implement e-learning, to uplift health care workers and other frontline employees; and

WHEREAS, Sen. Crowe helped secure millions of dollars to support small business owners, employees, and operations following closures due to the COVID-19 pandemic; and

WHEREAS, As a friend of veterans, Sen. Crowe hosted breakfast events, organized card drives, advocated for automatic property tax relief, and worked to provide resources to support happy, healthy lives after service; and

WHEREAS, Sen. Crowe led the State effort to strengthen protections for seniors, to deny inheritance to abusers, and to update practices through her work as chair of the Elder Abuse Task Force; and

WHEREAS, With strong family roots in the trades, Sen. Crowe voted against local right-to-work laws, toured several facilities, partnered with the aviation repair industry to save jobs, and advocated for use of Illinois-made products such as steel; and

WHEREAS, Because Sen. Crowe believes education and workforce training programs should be within reach for all, she advanced laws to create scholarship opportunities, to support adult literacy programs, and more; and

WHEREAS, Sen. Crowe believes that literacy is a fundamental skill and that creativity aids in innovative development, so she partnered with local libraries to host an annual summer book club event and other art contests for students throughout the district; and

WHEREAS, To provide resources for the Metro East community, Sen. Crowe organized food, clothing, and toy drives, hosted meal

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

giveaways, provided shred equipment, and coordinated blood drives
in honor of local first responders; and

    WHEREAS, Sen. Crowe is a champion for women's health and
supported monumental changes so that life-saving procedures would
be covered by state insurance companies; and

    WHEREAS, To improve outcomes for youth, Sen. Crowe passed
laws to support mothers who need donated breast milk for their
sick infants and also worked with a constituent to require
insurance companies to provide heart and lung monitors for
children; and

    WHEREAS, Sen. Crowe was the first woman in Illinois history
to lead the Senate Judiciary Committee as chair; and

    WHEREAS, Sen. Crowe bids farewell to the Illinois Senate
after three years of service to the 56th Senate District and the
people of Illinois, during which she established a reputation as
a knowledgeable, pragmatic, and committed public servant; and

    WHEREAS, Sen. Crowe's public service began when she was an
assistant state's attorney in the Madison County State's
Attorney's Office; and

    WHEREAS, Sen. Crowe's family has roots in the Illinois Metro
East, and they instilled in her a deep respect and appreciation
for teachers, education, and hard work; and

    WHEREAS, Sen. Crowe was confirmed by the United States Senate
to serve as the U.S. Attorney for the Southern District of
Illinois; therefore, be it

    RESOLVED, BY THE SENATE OF THE ONE HUNDRED SECOND GENERAL
ASSEMBLY OF THE STATE OF ILLINOIS, that we thank Senator Rachelle
Crowe for her dedicated service to the people of Illinois and her
significant contributions to the State; and be it further

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023


RESOLVED, That a suitable copy of this resolution be presented to Sen. Crowe as a symbol of our gratitude with our best wishes for her future endeavors.

PRESIDING OFFICER: (SENATOR KOEHLER)

President Harmon, on your resolution.

SENATOR HARMON:

Thank you, Mr. President. Ladies and Gentlemen of the Senate. While I am eager to speak on the resolution and will be seeking recognition shortly, I believe that Senator Tharp has requested to sponsor this resolution, and I would wholeheartedly concur and ask him to handle it.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Tharp.

SENATOR THARP:

Thank you, Mr. President. We're here to recognize, Rachelle Aud Crowe and how does one surmise a career such as that -- that Rachelle has, so eloquently, laid out before her and continues to cultivate for the State of Illinois. Far too modest to brag on herself, we heard just a bit of some of her exploits. I would like to share, from my perspective, as one of her constituents and someone who has admired her from afar for quite some time. I first met Rachelle as a police officer, she was a state's attorney in Madison County, where I watched her zealously advocate for the rights of victims, while also ensuring that those that were predisposed to hurting others were held accountable. I saw her kindness, I saw her integrity and I saw her drive on a daily basis in Madison County for which she served as a state's attorney, was all the better for it. She then transitioned to serve within the Senate, where her legacy will be one of integrity, of grace, of

124

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


tenacity. She served the 56th District with incredible honor and
it was my honor to humbly follow in her footsteps. After that, she
was appointed by the President to serve as the U.S. Attorney for
the Southern District of Illinois. And I can simply think of no
other individual, for which the Southern District would be under
better stewardship than Rachelle. So, on behalf of the 56th
Legislative District, my family and myself, I'd like to
congratulate Rachelle and her family, for a job well done, and
best wishes in her future endeavors.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Is there any discussion? Senator Glowiak Hilton.

SENATOR GLOWIAK HILTON:

    Thank you, Mr. President. It was an honor, a great honor to
be able to serve with my good friend, Rachelle. We had a lot of
good times together, a lot of learning, real steep learning curve
here in the Senate, and we spent a lot of time trying to understand
just exactly how this works and how to pass a bill. She was always
looked toward when we were trying to determine how to put together
our strategy of how to pass these bills. She's a great friend, she
was an amazing Senator, and I really look forward to seeing what
she does in the future as a U.S. attorney and further. So, I'm
really proud to have served with her and happy to see her again.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Further discussion? Senator Belt.

SENATOR BELT:

    To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

SENATOR BELT:

```
                  STATE OF ILLINOIS
               102nd GENERAL ASSEMBLY
                  REGULAR SESSION
                  SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023


     To Rachelle Crowe, we - I met Rachelle in 2018. I was running
for Senator James Clayborne's seat after twenty-three years and
she was doing the same for Bill Haine's seat. And, you know, we
were running for seats for people who had left really, really large
footprints. And so, whenever we would get together, we knew the
gravity of the situation and we knew what -- all the things that
were in front of us. To Rachelle, she has always been very, very
goal oriented. She has always cared about her community. She has
always cared about people. I -- I was able to -- to -- to -- to
get those things from her right away. Though her career was cut
short here, I looked forward to working with her for quite some -
- some time. She's -- she's gone on to bigger and better things.
But again, as -- as good as a Senator as she was, she is -- she is
a better person and a better mom and a -- and a fantastic wife. As
-- as the case with Scott, Rachelle a lot of times went home at
the end of the day because she had younger kids, and interestingly
enough, I -- I spoke with Rachelle earlier today and her son's
school was here. And they - I sat with them in my conference room
and we talked about some things and I just could not believe how
in four plus years, how grown and how much her son has matured.
And so, time waits for nobody. So, Rachelle, it was a pleasure
working with you. I don't know what the future holds for you, but
I know you'll -- you'll be phenomenal at doing it. And I'm just -
- I'll look from afar with amazement and a smile. So, continue to
do what you do.
PRESIDING OFFICER: (SENATOR KOEHLER)
     Further discussion? Senator Tracy.
SENATOR TRACY:
     Thank you, Mr. President. To the bill or the resolution,

                                                            126

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

please.

PRESIDING OFFICER: (SENATOR KOEHLER)

      To the resolution.

SENATOR TRACY:

      I would say that former Senator Crowe was what the older
generation would term, one classy lady. She was - is respectful,
she's genuine, she is so accommodating to those of us on this
party. She lives the Golden Rule. She treats those how she would
like to be treated and it was very much appreciated. I miss her
already and I wish her the best.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Further discussion? Senator McClure.

SENATOR MCCLURE:

      To the resolution, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

      To the resolution?

SENATOR MCCLURE:

      Well, first of all, I already miss seeing Senator Crowe at
so many events, we shared both Madison and Jersey County together,
both attorneys. And I've just enjoyed being around you and also
being able to be candid with you and vice versa. It's been nice,
but, I guess, I first have to thank you for all the great work
that you've done on behalf of counties that we represented
together, Madison and Jersey Counties. And I think we had a big -
you had a big bill that I was a co-sponsor of involving Jersey
County, trying to help them and everything else. So, I just want
to thank you for all your hard work. We're all really proud of
you. It's great to have a resolution on some -- someone who's done
a lot of positive things and will continue to do those for many,

127

                        STATE OF ILLINOIS
                     102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                       SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023


many years. So, congratulations on everything. We miss you and,
you know, it would have been sad anyway because I lose both those
counties in the new map. So, this was going to be inevitable. But,
you know, congratulations and -- and keep up the great work.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Further discussion? Senator Doris Turner.

SENATOR D. TURNER:

      To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

      To the resolution.

SENATOR D. TURNER:

      I just want to say congratulations. I'm so proud of you to
go on in your new position, but I do miss you. When I came into
the Senate, even though I had been part of two other legislative
bodies, this was all new -- new to me. So, I just walk in and all
of a sudden, we're supposed to be voting on bills. And Rachelle
came over and introduced herself and said, "You know, I want to
help you, whatever you need, you know, please let me know." And
she maintained that camaraderie and that friendship from the minute
that I walked into the Chamber, and I will never forget that, and
I will always be very appreciative. In the old Chambers, she sat
right in front of me. So, I spent a lot of time looking over her
shoulder to see what was going on over there. But she also spent
a lot of time turning around and looking back to make sure that I
was okay or that I was understanding things that were going on.
Our districts were very similar -- very similar then. So, we had
a lot of common interests. So, so, I thank you for being there to
be supportive and to welcome a bright-eyed person that had no idea
what was going on or what they were going to be -- what they were

                                                               128

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

going to be doing. So, thank you very much for that. And again, congratulations, I'm very proud of you.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Further discussion? Senator Holmes.

SENATOR HOLMES:

        Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

        To the resolution.

SENATOR HOLMES:

        I just want to say, Rachelle, you're going to be so terribly missed here. When you came in, I know that typically when you're given committees, the attorneys usually get, you know, Criminal Law and Judiciary and all of those committees, which you eventually ended up with, Judiciary. I as a non-lawyer, tend to not carry bills that need to go before those committees because it's usually a bunch of all of you lawyers in the Chamber arguing over things. But every once in a while, I had an animal bill that needed to go into Jud, so I would go and I would study really, really hard so that I wouldn't get caught up. I would really know my legislation. What no one knew is I literally could have walked in there without knowing one thing in my bill and Rachelle would have asked every leading question, that all I would have had to do was nod and say yes and the bill would have been completely explained. So, for that, I want to thank you. Your graciousness in making sure that everybody got their work done is much appreciated. It's a huge loss for us, a huge gain for the U.S. Attorney's Office.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Further discussion, Senator Ellman.

SENATOR ELLMAN:

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                   1/10/2023


        Mr. President, to the resolution.
PRESIDING OFFICER: (SENATOR KOEHLER)
        To the resolution.
SENATOR ELLMAN:
        I want to echo the comments that I've heard in this Chamber
already, and also take note of the rigor, the perseverance, the
compassion that Senator Crowe had demonstrated, really, from day
one. But I'm not sure if people have really talked about her sense
of humor. I sat near her - did we sit next to each other? I don't
know, it's all a blur. And this woman would crack me up. So, thank
you very much, Senator Crowe. Once a Senator, always a Senator and
all the best. Thank you.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Further discussion, Senator Hunter.
SENATOR HUNTER:
        To the resolution, Mr. President.
PRESIDING OFFICER: (SENATOR KOEHLER)
        To the resolution.
SENATOR HUNTER:
        Rachelle, when you first came to this Chamber, I did not
know you. All I knew was that you were a girl from downstate and
I was a girl from Chicago or up north. And I got the chance to
meet you and I found you to be a very genuine, loyal, and dedicated
person that was knowledgeable in so many different areas. And I
just enjoy working with you, I enjoy talking with you, and I miss
you already. I really do. So, I look forward to working with you
somewhere else down the line. And I wish you the best of luck in
your new career. Thank you so much. Bye, bye.
PRESIDING OFFICER: (SENATOR KOEHLER)

                                                              130

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                           1/10/2023

Further discussion? President Harmon.

SENATOR HARMON:

Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

To the resolution.

SENATOR HARMON:

Senator Crowe, I vividly remember meeting you for the first time in the back of the old Senate Chamber, and we were introduced by your predecessor, Bill Haine, and as immediately likable as you always are, I just felt a little bit sorry for you. Because following Bill Haine, we're all judged by our predecessor, but Bill Haine is the Senator from central casting and was such a presence around here. I didn't envy you that. I can say with confidence that rarely have I seen anyone so quickly make such a big impact on the Senate, as all of this outpouring of affection shows. My only regret is that it was so brief a time. But the fact that anyone that any lawyer would wrestle with the decision to become a U.S. Attorney if it meant leaving the State Senate speaks to both your love of this institution and how well you fit here, while you were here. I too cannot wait to read the next chapters. I am proud to call you a friend. I have a small token. We ripped your name tag off the desk when we took down the Senate and I'm going to give this to you before you go. Love you. Can't tell you how grateful I am for all of the friendship and support that you've given to me and to everyone in our caucus. Godspeed.

PRESIDING OFFICER: (SENATOR KOEHLER)

And so, the question is, shall Senate Resolution 1389 pass. All those in favor will say Aye. Opposed, Nay. The Ayes have it, and the resolution is adopted. President Harmon, are you ready on

131

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


Senate Resolution 1388? Mr. Secretary, please read the resolution.
SECRETARY ANDERSON:

    Senate Resolution 1388, offered by President Harmon.

    WHEREAS, Residents of the 16th District and across Illinois are among the many beneficiaries of Senator Jacqueline Y. Collins' 20 years of service in the Illinois Senate; and

    WHEREAS, Sen. Collins was born in McComb, Mississippi and moved to the South Side neighborhood of Englewood when she was a child; and

    WHEREAS, Sen. Collins majored in Journalism at Northwestern University, is a graduate of Harvard's John F. Kennedy School of Government and Harvard Divinity School, and earned her Juris Doctor from Loyola University -- Loyola University Chicago School of Law; and

    WHEREAS, Sen. Collins is a proud member of The Faith Community of Saint Sabina Church; and

    WHEREAS, A former journalist and Emmy award-nominated editor at CBS, Sen. Collins has used her experience to support a progressive agenda to create economic and social welfare policies that reduce inequality, expand opportunity, and strengthen communities; and

    WHEREAS, Sen. Collins' major legislative accomplishments include making Illinois the first in the Midwest to ban "ghost guns", the historic Predatory Loan Prevention Act, the Illinois Community Reinvestment Act, the Mortgage Rescue Fraud Act, the landmark Sudan -- Sudan Divestment Act, and the 2005 Payday Loan Reform Act; and

    WHEREAS, Sen. Collins served as chair of the Senate Criminal Law Committee and served on the Senate Financial Institutions and

```
               STATE OF ILLINOIS
            102nd GENERAL ASSEMBLY
               REGULAR SESSION
              SENATE TRANSCRIPT
```

123rd Legislative Day                    1/10/2023


Transportation Committees; and

    WHEREAS, Sen. Collins has served in leader -- leadership positions for the Illinois Senate Democratic Caucus since 2017 as Majority Caucus Whip, Deputy Majority Caucus Chair, and finally as Assistant Majority Leader; and

    WHEREAS, Sen. Collins is retiring her seat in the Illinois Senate after nearly 20 years of public service but will continue to be an active advocate on behalf of her community; therefore, be it

 RESOLVED, BY THE SENATE OF THE 102ND GENERAL ASSEMBLY OF THE STATE OF ILLINOIS, that we thank Senator Jacqueline Y. Collins for her service and devotion to her community and the people of Illinois; and be it further

    RESOLVED, That a suitable copy of this resolution be presented to Sen. Collins as a symbol of our gratitude and respect.

PRESIDING OFFICER: (SENATOR KOEHLER)

     President Harmon, on your resolution.

SENATOR HARMON:

     Thank you, Mr. President. Senator Collins, my classmate from the Class of 2003, there's just the three of us left, Senator Hunter, myself, and -- and now you're -- you're departing. From the beginning, Senator, I have always been awed by your unparalleled combination of intellect, faith, and tenacity. You have a disarming blend of grit and graciousness. And to your very last day in the Senate, I can say with confidence, no one wants to be on the wrong side of Jaqui Collins. You have walked the walk, you have lived your faith, and I am proud to call you a friend. We look forward to your next chapter, as well, and eager to be helpful in whatever ways that we can. Always a part of our Senate family.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

Thank you for serving with us and serving the people for two decades.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Is there discussion? Senator Villanueva?

SENATOR VILLANUEVA:

    To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

SENATOR VILLANUEVA:

    I -- there's so much to say about Leader Collins, but when we talk about heroes, you see Leader Collins' in that dictionary. She is a legislator that I knew of, and her presence that I knew of, before I became a legislator, because of the incredible bills that she would take on and the work that she would do. I won't take up a lot of time, but I did want to make mention of that because she had been someone that I had admired way before I got to this Chamber. She has been tireless in her dedication for working class people. She has been tireless in her dedication of protecting black and brown communities. And while she is leaving us, there's so many of us that will continue to do the work and continue her legacy because she does it and comes for the right place. So, Senator Collins, we love you. Hopefully we still see you. But we're here to continue to do the incredible work that you've been doing for so long. So, thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Further discussion? Senator Peters.

SENATOR PETERS:

    To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

134

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


      To the resolution.
SENATOR PETERS:

      Leader Collins, Jaqui, thank you. Thank you for fighting for
the multiracial, multigenerational, working class. You're truly a
champion for civil rights. You're a champion for justice. Your
model of courage and determination to get big things done that
change our world and our society, whether it's on public safety
issues or economic justice. I know how much you care. I know how
much that's impacted me. I know how much that's impacted the
district you represent. And I know how much that's impacted our
State. I am forever grateful to have been able to serve with you.
And I know any time we're fighting to talk about economics and
reimagining safety around those economic justice issues, that I'm
going to think of you and your leadership. So, congratulations on
your retirement. But at the end of the day, thank you so much for
the work that you've done.
PRESIDING OFFICER: (SENATOR KOEHLER)

      Further discussion? Senator Gillespie.
SENATOR GILLESPIE:

      Thank you, Mr. President. To the resolution.
PRESIDING OFFICER: (SENATOR KOEHLER)

      To the resolution.
SENATOR GILLESPIE:

      Leader Collins, it has been my distinct honor to share our
seats on the Floor for the entire four years I've been here. And
I echo everything that President Harmon said, particularly your
tenacity having gone through law school to do it the way you did
it while you were working full time. That takes tenacity. And I
just want to say it's been an honor to work with you on making our

135

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                        1/10/2023

life better for our residents in nursing homes and your tireless efforts along that path for so long, it's been a long fight. But, as tenacious as you are, you have always done it with grace and dignity and with clear respect for other humans. And I've learned so much from that, you are such a role model in that regard. And it has been my pleasure and my distinct honor to get to work with you. Best of luck to you going forward. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

Further discussion, Senator Johnson.

SENATOR JOHNSON:

Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

To the resolution.

SENATOR JOHNSON:

Leader Collins, it has been a privilege serving with you. You are a class act. You have fought so hard for the least of these. You have an incredible legacy and I admire you so much. It has been really a pleasure, when I first came to the Senate and I sat in front of you, and I would often turn around and ask for your advice. And thank you for your grace for that. And we're going to miss you so much. And thank you for doing so much for our community, for all communities in the State of Illinois. You are an outstanding stateswoman and you have made the State better. You have made this Senate, this Chamber better, and we love you and we're going to miss you.

PRESIDING OFFICER: (SENATOR KOEHLER)

Further discussion? Senator Morrison.

SENATOR MORRISON:

Thank you, Mr. President. To the resolution.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR MORRISON:

     Leader Collins, we have seen your fight and your tenacity
for the least and the last and the lost, but seeing you go through
law school was so impressive to me. And you are a role model for,
I think, any woman that comes into the Senate. You have been for
me. You act with grace, with poise. You are always thoughtful in
what you say and - but always open as well. Thank you for being an
elegant lady on the Floor when we have needed one. And I know you
will be incredibly successful and happy after you leave us, but
please come back. Thank you, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator Pacione-Zayas.

SENATOR PACIONE-ZAYASS:

     To the resolution, Mr…

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR PACIONE-ZAYAS:

     Leader Collins, I heard your name, probably a thousand times,
in the early childhood space. It was invoked so much, I was like,
is she going to materialize in front of us. You had somebody that
was advising -- she was advising you, Dr. Antoinette Taylor. And
I said, I have to meet this woman. And I got the privilege of being
able to sit next to you. And I had mentioned, before, that being
in between these two women totally remind me of home. Senator
Gillespie has the spirit of my mother and -- and Leader Collins
has the spirit of my father. And if you know my father, he is a
beast. He is a very quiet, but precise and diligent leader, who

137

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                            1/10/2023

will stand firm in his ground and Leader Collins, it's just an
honor to serve with you. And I'm going to take a line from Senator
Villivalam, "She was progressive before it was cool to be
progressive."

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion, Senator Ellman.

SENATOR ELLMAN:

     Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR ELLMAN:

     Leader Collins, I thank you. As -- as I took on chair of
Financial Institutions, it was my honor to -- to follow in Leader
Collins' footsteps. I consider her my mentor, my educator, and she
is a steadfast, stalwart, advocate for those in the -- for people
who need access to capital for that economic justice and for her
dogged strength, for PLPA, for CRA and I thank you so much. I have
to note, whenever I've been in your presence, I feel like I'm in
the presence of a unique power. You have got the strength, the
dignity, and the presence, that is just inspiring and awe inspiring
and I will miss you greatly. And -- and thank you every moment
that you've shared with me. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator Van Pelt.

SENATOR VAN PELT:

     To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR VAN PELT:

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


        I just want to say to Senator Collins that you have been a
tremendous blessing to me for many, many years. And I want to tell
you this one thing. When I first got here ten years ago, I met
with this lobbyist, asked me, he said, "Well, who are you going to
follow? Who are you -- who's going to be your lead?" I say, "Well,
I know, I know Senator Collins, Leader Collins" and he looked
disappointed. And I was wondering why was he so disappointed. And
what I learned over time is that you represent your community, not
them, and you never cross that line. And I was on WVON the other
day and they were asking me, is it possible for someone to be in
this Chamber and not be taken away by special interests. And
because, he knows, I'm leaving, so, and I thought about you. You've
been here twenty years and you still hold the same flag you came
in here with, that has been bringing the voice of ordinary people
into government. I'm proud of you. Thank you for your service.
PRESIDING OFFICER: (SENATOR KOEHLER)
        Further discussion? Senator Simmons.
SENATOR SIMMONS:
        Thank you, Mr. President. To the resolution.
PRESIDING OFFICER: (SENATOR KOEHLER)
        To the resolution.
SENATOR SIMS:
        Leader Collins, I think you probably remember, on the day
that I learned that she would be retiring, I was on the phone with
you some days later and I mentioned how disappointed I felt when
I learned the news. Because, as a freshman, I actually was able to
be suitemates, sort of, with you over at the Capitol. You were in
one office and I just happened to land in the office right next to
you. And, I think that that was really a blessing for me because,

```
                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

you know, I talked earlier about my kind of being a junior freshman
Member. I was watching you because, first of all, you were right
there. But secondly, I already knew about you before I got here.
I knew about the work that she had done on food deserts some years
ago. And I'd always heard about you as just a profoundly effective
voice for the south side of Chicago and for so many others who
don't have access to wealth, or privilege, or power. And so, as a
-- as a new generation of -- of you know, State Senators here at
- I thank you for I'm just grateful for the little bit of time I
got to -- to learn from you. And I remember in -- in 2021, the
thing that really stood out for me, was watching how, quiet isn't
even the right word. I mean, you just bring this sort of intense
focus to the things that you're working on and this sort of no-
nonsense approach to legislation and policy. You know exactly what
you're going for and you don't stop short of it. And so, as a newer
Member, that's been a gift for me to watch you walk that walk.
I've enjoyed serving with you. I've enjoyed the time that we've
been able to sit in your office and just, you know, whether you
know it or not, you've been a mentor to me. You've been a mentor
to me. I find myself oftentimes trying to emulate your approach to
policy. And just the way you handle yourself around here is such
a -- it really stands out and it's going to stay with me for the
duration of the time that I'm in this Body. So, I thank you for
your over, I guess, twenty years of service to your district and
your district goes way, your impact goes way beyond your district.
You're -- you're fighting for people in all of our districts, all
across the State of Illinois, with the type of issues that you
have dedicated yourself around financial empowerment and
protecting those for economic justice from being -- from being

                    STATE OF ILLINOIS
                102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


taken advantage of by our economic systems, food deserts, as I
said earlier, and so many other issues, fighting for black women
and all of this, the sweeping set of issues that you've dedicated
yourself to in this Body. So, we're going to miss you. I hope that
you'll still take our calls. I certainly will be calling you from
time to time asking for your advice on this or that. And I also
just want to say, as I often talk about being a bi-ethnic person,
my father was a refugee from Ethiopia, my mother was Black
American, both of her grandparents were great migrants from the
great state of Mississippi. And I know that you were born in
Mississippi and you're a part of that great migration. So, you
also are, in that way, an inspiration to me because of the things
that you've accomplished as a product of the Great Migration, as
a part of the African American story and so, I'm going to hold
that and someday, if I have children, I'll be talking to my
children about the great things that you did for our people and
hopefully the things that I'll be able to do in this generation.
I thank you, Leader Collins.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion. Senator Belt.
SENATOR BELT:

     To the resolution.
PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.
SENATOR BELT:

     To Senator Collins, to whatever - I echo the sentiments of
what everyone said today. You are truly a shero. You were my mentor
here, right? I -- I sat next to where Dr. Pacione-Zayas sits, when
I came in that's where I sat. And you held my hand, and you guided

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

me, you told me how to -- how this whole operation worked, right?
And -- and I'm so appreciative. Grace under fire, poise, elegant,
classy, you're -- you're all those things. And -- and -- and don't
- I tell people all the time about you. Do not let her stature
deceive you. She -- she -- she -- she casts a big shadow. You know,
I think your word is impeccable. You mean what you say. You say
what you mean and it has been a joy working with you. It has been
a joy to talk on the phone and -- and -- and -- and bounce things
off of you, right? Institutional knowledge is something you just
can't get, and you have it, and you give it, and you're so free
with it, right? You're -- you're -- you're -- you're so focused on
community. I was so proud of you, you see the world in -- in -- in
-- in vivid color, right? You ran for Congress, you got your law,
your juris doctorate. All this is in the last four years, right?
You're an inspiration to not just women, to men. You - It -- it -
- it has really been a blessing for me to just soak it up, soak it
all in. We've had some -- some -- some really good conversations.
You know how I feel about you. This is like The Wizard of Oz and
-- and Dorothy's about to go back home now, and the scarecrow and
all of them are wrapped around. It's -- it's bittersweet that today
and even today, you were fighting on the Floor, right? That's --
that's who you are. And -- and though you will leave here, you
will continue to fight. I'll still be keeping in touch, and I'll
probably see you on CNN or something, leading the charge. God bless
you and keep doing what you're doing.  Thank you.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator Tracy.
SENATOR TRACY:

     Mr. President, to the resolution.

142

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

        To the resolution.

SENATOR TRACY:

        I first met Senator Collins when we chaired COWL together.
I was in the House and she was in the Senate, and when I met her
for the first time, I must say I was in awe. You were so poised,
so confident and in control of your situation. And I knew then,
that you were a very special person. Now that I've come to know
you in the Senate, I still know that you are such a beautiful
person, inside and out. And as Senator Belt said, your stature,
you are petite, but you are a bulldog advocate. And that's been
appreciated because even though you were a bulldog, you were a
polite and respectful bulldog, but you didn't let your teeth out
of something once you went after it. And I've admired that spirit
and congratulations on these years of public service. I have an
idea that that service to the public and your fellow man is going
to continue until the end of your life. That's just who you are.
So, I'm so glad to have gotten to serve with you.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Further discussion? Senator Doris Turner.

SENATOR D. TURNER:

        To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

        To the resolution.

SENATOR D. TURNER:

        I just want to say that I am so proud of the fact that I got
to serve with you in the Illinois General Assembly. Long before I
ever walked through these doors, I always heard about all the
legendary Jaqui Collins, and all the things that you had done and

                                                              143

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

the way that you represent your community. So, I will tell you
that one of my life accomplishments will be the opportunity to
actually serve with you. And when people talk about your stature,
they're talking about you're petite, but I'm using that word in
another -- in another manner. It took me a long time before I would
ever come up and talk to you, just because, you know, you seem
like such a larger-than-life figure. It was -- it was very
imposing. And so, finally, I said, "Okay, I'm just going to bite
the bullet." And -- and it was just, you know, you're just such a
remarkable woman. And I just don't have the words and I wish you
well in your endeavors and Godspeed.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator Harris.

SENATOR BELT:

     To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR HARRIS:

     When I think of the word hero, and when most of us think of
the word hero, we think of men with muscles dressed in tights, can
jump over a building in a single bound, can move mountains, can
save the world. Leader Senator Jacqueline Collins, is a hero. Not
because of her muscles, not because she can fly through the air,
or catch a bullet with her teeth, she is a hero because of her
grace, her integrity, her character, and the way in which she
advocated for her community down here in the General Assembly.
She's been a strong advocate for her community. She was steadfast
on making sure that her community and the -- and people across the
State of Illinois are given a fair shake and had a voice. When you

144

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023


talk about economic injustice or economic justice, this has been
the bedrock, the foundation of her legacy down here in Springfield.
And as a colleague just mentioned, all the way to the final hour,
Senator Leader Jacqueline Collins has been fighting. And more
importantly for me, getting down here and seeing this woman work
in action, gave me a new perspective and a new purpose to continue
to fight and to want to join the fight. So, thank you, Leader
Collins, for being the person that you are, because it is people
like you that have inspired me and so many others. When I think
about -- you've been an effective leader and the leadership that
you displayed in not only our Black Caucus, but in your leadership
role in the Illinois -- in the Illinois Senate. It's refreshing to
see that lobbyists and activist groups and different groups who
oppose legislation, that you were able to fight toe to toe, line
for line, not on lies, not on degrading anyone's character, but on
purpose, principle and facts. It's not often times I get up here
to -- to speak on people's character because I really don't say
much about whatever your beliefs are, they are, and I'm not here
to change that. I'm here to advocate for the communities that I
represent. But it gives me great honor and pleasure to be able to
stand and advocate for you because I was always taught that
character is who you are when no one's watching. When the spotlight
may not have been on you all the time, but I've watched and your
character matched your words and it matched who you are as a
person. So, I can leave here and you can leave here with great
pride, with your head -- with your head held high, to say that you
did your job and you did it with dignity, respect, character and
grace. So, thank you, Leader Collins, as we salute you on your
next endeavor. Thank you for a job well done.

145

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

    Further discussion? Senator Jones.

SENATOR JONES:

    Leader Collins, it's truly been an honor to serve with you.
I can remember, well before I was a Senator, and I heard you speak.
It was at a peace march in Roseland that Senator Meeks had put
together. Not too often do I get goosebumps when I hear someone
speak, but I had goosebumps all over just hearing your drive, your
passion for the things that you want to see in your community. But
fast forward, like President Harmon said, you know, your class was
a class that made my dad Senate President, back in 2003. So, I can
remember when you first came into the Illinois Senate and just
like the previous speaker said, Senator Belt said, "You're a woman
of class, integrity". I'm really happy we was able to build a real
close relationship after former Governor grounded our plane and I
became your personal driver, driving you home every week. It truly,
I truly was able to get a chance to know who Senator Collins was
and what she stood for. So, you're truly going to be missed. I
look forward to seeing you down in the future. I know we're still
going to hear from you down the road. Good luck.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Further discussion? Senator Sims.

SENATOR SIMS:

    To the resolution, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

SENATOR SIMS:

    I have the distinct pleasure and honor of being Senator
Collins' neighbor back in --- back in Chicago and our districts

                                                              146

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                        1/10/2023

neighbor each other and we're actually - we live very close to
each other. So many of the individuals that she represents, I
represent. The -- we -- she and I have often joked about the
church that she attends, that she proudly attends, the Faith
Community of Saint Sabina, when I was a high school student, I
spent many hours cleaning that church based on times I got
detention in high school. So, I spent many hours becoming
acquainted with -- with that church and with that community. I
have -- you know, it's not often and you don't throw the word icon
around very easily, but when you have someone who has achieved
iconic status like Jacqueline Collins, it is very easy to use a
word like that. You know, folks talk about -- they've talked about
-- quite a bit about the sacrifice she made to go to law school
while being a Member of the Illinois Senate, but don't know that
a lot of people recognize that she also attended Harvard. She went
to Harvard. She is an extremely intelligent, extremely educated
woman. She thinks very deeply about the issues that are affecting
our communities. She thinks very deeply about the issues affecting
our State. This is going to hurt. You know, there's an African
proverb that says, "When an elder dies, it's like burning a
library." When we will lose you, Jacqueline, it is like losing a
library. And -- and I know you're not going - you're not dying,
we're giving you your flowers while you can still smell them. But
the fact that you will not be here, you have been the conscience
of this Chamber. You have been committed to the issues that are
important to the people that you represent. And losing that-- that
-- that is going to be very hard to fill. That's going - that is
again, we are going to miss someone who has been as committed to
the ideas and ideals of the individuals who walk through those

147

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

doors. There are only 59 people out of the thirteen plus million
people in the State of Illinois who ever get to walk through that
door at any one time. And the ideals that you represent embody the
best of all of those qualities: selfless commitment to the
empowerment of individuals who could not speak for themselves, a
-- an unwavering commitment to those who need our support, an
unashamed advocacy for individuals who are crying out for someone
to speak for them. You are my friend. You are my mentor. I was
thinking about you a little bit ago and I laughed to myself. I
remember, you know, again, we all talk about you going to law
school. I remember the conversation that you and I had when you
told me you were thinking about it. And I told you, I'm not going
to tell you the first word. I'm not going to say the first word
because I can't say it in polite company. But I said, "no". I said
-- I said, "What are you thinking?" But even -- even with that
decision, you said it was necessary for the help that you wanted
to give to communities. So even in the decision to go to law
school, you didn't do it for the ability to go to a blue-chip law
firm to make money. You did it to invest in communities. That is
a laudable -- that is a laudable perspective for all of us to
emulate. You know, I -- I -- I'm going to steal a quote that - you
often -- that you often say, because I - one of the things I think
about - the -- another word that comes to my mind when I think
about you is audacious. You are someone who is filled with hope
and you fill others with hope. And there is a quote that you often
-- that you often use with -- about with Dr. King that says, I am
audacious -- I have the audacity to believe that people can have
three meals a day for their body, they can have culture and
education for their spirit and freedom and equality for their

148

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

souls. And --and Leader that is that -- that quote so perfectly
exemplifies who you are and what you fight for. I am proud to call
you, my friend. I am proud to call you, my mentor. I am proud to
say that you are someone that I have emulated and someone that I
have watched achieve amazing things. I want to congratulate you on
this next chapter. I -- I - while I know you are not going to be
in this - in this Chamber and I can't just walk over to your desk,
like I have on so many other occasions. I know I can always pick
the phone up or I'm just going -- I can just drive down the street
to your house and we can catch up. But I want you to know that we
-- we love you. We appreciate you. We appreciate you being someone
who has shown us a pattern for us to emulate. Congratulations. God
bless you. Godspeed on the next chapter. Thank you, Mr. President.
PRESIDING OFFICER: (SENATOR KOEHLER)

      Further discussion, Senator Hunter.
SENATOR HUNTER:

      To the resolution. Mr…
PRESIDING OFFICER: (SENATOR KOEHLER)

      To the resolution.
SENATOR HUNTER:

      Jaqui Collins, what can I say about you that no one else has
said tonight? And I do concur with everything that they've
indicated. I know that you are a girl from the hood, you know, and
when you went to law school, I was so impressed. I couldn't believe
it. So, you mean to tell me you're going to law school, Jaqui? And
I said, "I'm going to watch this to see how this works out".
Because we know the heavy load at home, as well as, down here, but
you handled it. I watched you. You -- you fought, you -- you --
you handled your bills and -- and you said, "I'm not going to a

                                                              149

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

reception. I'm going to my room, so I can study, and I have to
read" and you stuck to it, and you graduated, and I believe it was
three years. She said, "No, it was four." Okay. But I was so
impressed with your determination and your tenacity, Jaqui, and
I've just never seen such a strong person like you before in my
life. I fought many fights here in this Chamber and in Chicago,
but I never went to the fight by myself. Sometimes I get on the
phone the night before and I call Jaqui and I say, "Hey Jaqui, I
got a press conference tomorrow or a meeting someplace with some
folks, and I need some help." And I call Jaqui, she said, "What
time and where?" and she was there with me. And so, Jaqui, as you
heard Senate - President Harmon indicate that three of us came in
together as freshmen. And with -- with you gone, now Jaqui, I don't
- I have to find somebody else to stand with me to fight now. You
know, I need somebody else to fight with. But I've always
considered you, over the past twenty years, as the social
conscience, here in the Chamber, because of how you stand up for
the rights of people. And you're still trying to fight with this
last bill you're trying to get passed. And I wish you well in
getting that last vote, because I need, we need one more person so
Jaqui can continue with her -- with her -- her challenge and --
and -- and in all of her major accomplishments. Jaqui is such a
strong -- stronger person because when her mother was very ill,
when -- when her mother went into hospice, I'd literally seen Jaqui
come to -- come to Spring -- she drove to Springfield that morning,
and she turned around, we were finished at seven, eight, nine
o'clock at nighttime. Jaqui would get in the car and drive back
home and she did it for more than a week, because I said, "Well,
Jaqui, why don't you get a room?" And we've been in Chamber, we've

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

been in caucus all day, we've been on the Floor all day. Why don't
you, you know, get you a room? And she said, "No, I want to be at
home with my mother and now, after I leave from seeing her, I'll
get back in the car and I'll drive back down here." She did exactly
that. And so, you don't find too many strong people like that who
are so loyal and dedicated to whatever the cause is. She's just
there, you know. So, Jaqui, I wish you well. I know you are going
to be successful wherever you go and whatever you are going to do
because you're just that kind of person and I'm going to miss you.
I will stay in touch and anything that I can do to help you, let
me know. I'm here for you. Thank you. God bless you. And I just
wish you well, my friend. Bye.

PRESIDING OFFICER: (SENATOR KOEHLER)

    And our final speaker, Leader Lightford.

LEADER LIGHTFORD:

    To the resolution, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

LEADER LIGHTFORD:

    You know, it was - so much has been said about Leader
Collins. I don't know if anyone left any word out of the
dictionary, to describe this awesome woman. I think what I could
add is my personal experience of Jaqui is, one of Jaqui's first
bills. One of Jaqui's first bills, if I recall right, was
protecting children, they were victims of sexual assault. One of
your very first bills, and you brought so much passion, so much
caring and love when you sat down, I said, "She is a small giant."
You showed it from your first bill, Senator Collins. You brought
that movement that was needed in our legislature and I was, at

151

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023

that time, the only black woman in the legislature. You showed me
something as a young black woman that I needed to see. So, I want
to thank you for driving me to become a better woman and a better
legislator and to lead with passion. But not only that, when you
became chairman of Financial Institutions, you led that committee
with an iron fist. Everyone knew that they needed to see you first
in order to get your respect for what they were working on out of
the Committee, including me, with my payday loan legislation for
such a long time. And you were definitely my strength behind that
legislation for all those years. Jaqui, the idea of you getting a
law degree, as Mattie stated, it was so impressive, but I wasn't
surprised because you've shown bravery. You've shown commitment,
not only to the Body, but to your parents, the way you love your
mother and your father and always speak of them. We had years of
flying on a plane together, and that's when I believe we became
family. I see you as family to me. You're more than a friend. The
idea of disappointing you hurts my soul. I want you to know that
because you've never stopped learning and never stopped growing,
I think you set the bar so high for so many of us. But you've also
encouraged and pushed along the way. So, I want to thank you for
being so supportive of me all these years. I always wanted to know
what is Jaqui thinking. So, to run things by you and to get your
opinion about it has always been so meaningful to me. So, I wanted
to express that. But I also wanted you to know that I love your
spirit. I love your spirit. You know, God has touched you in a way
and gave you the discernment that many people don't have. And I
love your strength behind your spirit. When you're convicted,
you're convicted, and I love that it's not an unwavering type of
thing. If I got Jaqui Collins' support, I got Jaqui Collins'

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023

support, which is very important. I will miss you, Jaqui. I find
you to be stunning. I don't know if anyone used that word yet. If
you put classy in that category, you can put brave, but -- but
you're stunning. I think of MLK on his movement for justice and
how he wanted to be remembered. And I think of you in one of his
ways he quoted, I was a drum major. I was a drum major for justice,
peace, and righteousness. And that's how I've always viewed you.
You're a phenomenal woman, Senator Collins. And -- and I'm blessed
to have served with you, to have learned from you and to have grown
with you. So, God bless you. I look forward to being a part of
wherever this journey continues to take you. Thank you, Jaqui.

PRESIDING OFFICER: (SENATOR KOEHLER)

     And so, the question is, shall Senate Resolution 1388 pass.
All those in favor will say Aye. Opposed, Nay. The Ayes have it,
and the resolution is adopted.  Leader Collins', would you like to
address your colleagues?

SENATOR COLLINS:

     I didn't intend to get emotional. I'm going to try to keep
it together. It has been an honor to serve in this august Body of
the Senate in the Illinois General Assembly. It has been a
gathering place where I have formed rich relationships and
friendships that I will continue to treasure. But more importantly,
it is not just the honor of serving in the Senate, but also serving
in the State of Illinois. A State that recognized the gift and the
genius of Abraham Lincoln, a President who was not a perfect
servant, but a courageous public servant. And you want to ask, why
do I say that. As someone born in the segregated south, I
personally experienced the humiliation of having to drink from a
water fountain labeled colored. And it was because of President

                                                            153

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023


Lincoln, he opened the door of opportunity for some four million
enslaved black people, like my great grandparents, by signing the
Emancipation Proclamation. And it was the Emancipation
Proclamation that paved the way for Illinois to become the first
State to ratify the 13th Amendment of the Constitution. The
amendment that abolished America's original sin, slavery. And I am
eternally grateful that the Emancipation Proclamation made the
inalienable rights and promises of the Declaration of Independence
possible and real for me. It is by the grace of God that I have
had the honor and privilege of serving in the Illinois General
Assembly, in the Senate, in particularly, with the committed and
talented colleagues on both sides of the island -- of the aisle.
And I want to thank my constituents who believed in me. I want to
thank the leadership under President Harmon. I want to thank the
superb support staff. Now, I do have to single out two people in
particular, but it's not to dismiss the others, but the ones that
I've had the most interaction with, Gio - Giovanni, especially was
there always to answer my questions and you put me on the right
path and the com staff, headed by Brandy. I don't know if she's
still in the room, but I wanted to single her out as well, and all
those others that work under those entities like the budget and
policy, the communications staff. I just want to thank all of you
for making me look good, basically. And I can't - I would be remiss
if I don't thank the legislative assistants that have served me in
the twenty years that I've been here. First, with Teresa Jones,
serving me now is Lara Britton, and in Chicago is Karen Welch. So,
I want to thank you, but first of all and most importantly, I thank
God. I would not be standing here without the grace, the favor of
someone that I witnessed and through my acknowledgment of why I'm

                                                              154

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                1/10/2023

here is because to do his work, to continue to shine a light of
love and knowing that with God all things are possible. Thank you,
everyone.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Mr. Secretary, Messages from the House.

SECRETARY ANDERSON:

        A Message from the House by Mr. Hollman, Clerk.

        Mr. President - I am directed to inform the Senate, the House
of Representatives has concurred with the Senate in the passage of
a bill of the following title, to wit:

                Senate Bill 2951.

        Together with the following amendment which is attached, in
the adoption of which I am instructed to ask the concurrence of
the Senate, to wit:

                House Amendment No. 3 to Senate Bill 2951.

        Passed the House, as amended, January 10th, 2020 -- 2023.
John W Hollman, Clerk of the House.

PRESIDING OFFICER: (SENATOR KOEHLER)

        We're going to go - still on Supplemental Calendar No. 1,
we're going to go to Senate Resolution 1387, Leader McConchie. Oh,
I'm sorry -- I'm sorry. I'm sorry, Leader McConchie. Mr. Secretary,
please read the resolution.

ACTING SECRETARY KAISER:

        Senate Resolution 1387, offered by Senator McConchie.

        WHEREAS, Senator Jason Barickman has represented the
residents of central Illinois with distinction in the General
Assembly for nearly 12 years; and

        WHEREAS, Sen. Barickman has served with honor in the Senate
since January 2013 and in the House of Representatives from January

                                                            155

```
                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                      SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023


2011 to December 2012; and

    WHEREAS, Sen. Jason Barickman has striven to be an
independent voice in favor of limited and responsible governance
for our State and has demonstrated that there is space for
independent and thoughtful representation in our increasingly
polarized political climate; and

    WHEREAS, Sen. Barickman was selected to participate in the
inaugural class of the 2012 Edgar Fellows Leadership Program, which
works to help future leaders bridge bipartisan divides and work
together, and he continues to be active in that program; and

    WHEREAS, Sen. Barickman has placed an important role -- has
played an important role in bringing historic changes to the State
of Illinois, as he has worked to make the State of Illinois a
better place; and

    WHEREAS, Sen. Barickman has been a leader in education reform
initiatives, including legislation providing school choice to
families struggling to escape failing districts, and he played an
instrumental role in fixing the education funding disparities
across the State, ensuring that all children, regardless of their
zip code, have access to a high-quality education; and

    WHEREAS, Sen. Barickman embraced a pro-growth mindset and
supported initiatives that fostered new economic opportunities in
Illinois, including his negotiation of legislation that legalized
adult-use cannabis, publicly stating that adult use of cannabis is
largely a personal choice; and he regularly has been honored for
his work in the Illinois General Assembly from agriculture and
business groups; and

    WHEREAS, Sen. Barickman championed the notion that
government should give individuals freedom over their life

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

decisions and fairness under the law; in supporting Marriage Equality and has -- and said it -- he said it was simply a right -- the right thing to do; and

WHEREAS, Sen. Barickman sought to engage our youth in the political process and created the Senator Jason Barickman Youth Advisory Council, in which hundreds of central Illinois high school students participated and were encouraged to be active and engaged citizens; the program has been expanded throughout the State; and

WHEREAS, As the Floor Leader for the Senate Republican Caucus, Sen. Barickman has been able to serve as an important voice for his Republican colleagues on numerous important and controversial bills; and

WHEREAS, Sen. Barickman has embraced the notion of a citizen legislator, continuously maintaining his professional endeavors outside of the General Assembly, including as a partner in a real estate company and as an attorney, as well as an occasional adjunct college professor at his alma mater, Illinois State University; and

WHEREAS, Sen. Barickman was born May 1, 1975, and raised on a family farm near Streator, Illinois. He is the son of Jim and Judy Barickman and brother to Joel Barickman; and

WHEREAS, Sen. Barickman is a proud veteran and served as an infantry soldier in the Illinois National Guard; and

WHEREAS, Sen. Barickman and his wife, Kristin, have three young children, August who is eleven (years old), Walter who is ten years old, and Lianna who is five years old; and

WHEREAS, In his tenure as a lawmaker, Sen. Barickman has been able to serve with distinction; and

WHEREAS, Lawmakers and legislative staff alike know and

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

appreciate Sen. Barickman for his commitment to the people of
Illinois and to good public policy; therefore, be it

RESOLVED, BY THE SENATE OF THE ONE HUNDRED SECOND GENERAL
ASSEMBLY OF THE STATE OF ILLINOIS, that we congratulate Senator
Jason Barickman on his retirement from the Illinois General
Assembly after more than a decade of honorable and dedicated
service; and be it further

RESOLVED, That a suitable copy of this resolution be
presented to Sen. Barickman with our friendship, our gratitude for
his hard work, and our best wishes for his future endeavors.

PRESIDING OFFICER: (SENATOR KOEHLER)

Leader McConchie, on your resolution.

LEADER McCONCHIE:

Thank you, Mr. President. I think it was, really, during
school funding reform that I got to know Senator Barickman first.
I think part of our relationship and friendship often came, or
came early on by recognition that we were both veterans of the
Illinois National Guard and that I could recognize, very early,
his desire to not only be pragmatic but actually get real outcomes.
I think that was illustrated by the history that was just been
read about him being a leader on the same sex marriage issue, as
well as on cannabis and as we worked together on school funding
reform. It's - I believe it's you represent this really unique mix
of traits. When you've been, as Floor leader, dealing with a
legislative adversary, you have remained committed to your
philosophical world view while also being reasonable and willing
to bargain. And in committee and on the Floor, you've been a strong
debater, but also had a collegial demeanor and the ability to
maintain and further those relationships with the people that you

158

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                         1/10/2023


were debating with. And behind the scenes, I've always seen you
look for opportunities to selflessly advance the interests of the
State, while you were also addressing your constituents at home.
And at the end of the day, I always thought that that was the
definition of a statesman and not simply a politician. And with
that, I appreciate the friendship that you've had, the service
that you had, and I know that we'll remain friends going forward.
Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator Sally Turner.

SENATOR S. TURNER:

     To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR Sally TURNER:

     Senator Barickman. I just want to say thank you so much and
thank you to your wife because I know she delivered children during
the times when we were in Session. And I think your most recent
one was during Session, if I remember correctly. So, thank you to
Kristin and your family and for your dedication. You are a true
statesman and I appreciate your leadership and I appreciate what
you did on the -- on the Floor and our debates. And most of all,
I appreciate your friendship and I'll miss working with you,
sharing district folks together. And I look forward to talking
with you on the phone quite often. So, thank you for your service.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion? Senator McClure.

SENATOR MCCLURE:

     Thank you, Mr. President. To the resolution.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

        To the resolution.

SENATOR MCCLURE:

        So, number one, I have to say that in my time, my short time
in four years as a State Senator, the favorite event that I do
every single year is that we bring kids from all over the district,
all or parts of nine counties, now it'll be ten counties in the
next map, to my Youth Advisory Council. And I think it's been
probably the most rewarding because I still get notes really,
almost every month, from some former member of the council or from
someone who's been inspired to try to do more to change the world
and to make the world a better place. That is all thanks to you,
Senator Barickman. The entire map of that, the plan for that is
all done within our caucus because of your hard work and your
dedication to serving others. And so, I have to thank you for that,
first of all. I really enjoyed being able to sit with you for these
last two years as assistant Floor leader -- Floor leader. It's not
exactly the easiest environment. I mean, obviously, we have to
just start talking and sometimes we don't know what we're going to
say, and we get very short notice and you and I are kind of, well,
why don't you do this, or I'll do that. It's not easy to do that,
it really isn't, and especially with the fast pace that we move.
And it's also not easy to not sound like an idiot when you're
talking up here sometimes when you've got very little knowledge of
some of these bills coming through, particularly new amendments
and things, but you've done a fantastic job of that and you've
been willing to take that on in very difficult circumstances. And
so, I just thank you for that as well. But I've also enjoyed our
discussions outside of the Senate and I enjoy the fact that we're

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                           1/10/2023

friends and I hope we continue that friendship. I know we will, beyond this service in the Senate. But I would like to thank you and all the students of my district would like to thank you for the opportunity that you provide for all of them. So, thank you very much, Senator Barickman.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Further discussion. President Harmon.

SENATOR HARMON:

    Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

SENATOR HARMON:

    Thank you, Mr. President, Ladies and Gentlemen of the Senate. Senator Barickman, I know the hour is late and the bodies are tired, but I didn't want the moment to pass without speaking from this side of the aisle. I, personally, have always enjoyed debating with you even when to the outside world it would not appear enjoyable. I applaud that about our ability to -- to exchange our ideas. I also don't want the moment to pass without recognizing that you have charted an unusual course and cast very difficult votes, sometimes out of step with the prevailing winds in your party. In particular, your vote for marriage equality was absolutely and truly courageous, and I don't want the moment to pass without remembering and recognizing and saluting you for that. So, Godspeed, I look forward to continuing our conversations.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Further discussion. Senator Tracy.

SENATOR TRACY:

    To the resolution, Mr. President.

                    STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                     REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

      To the resolution.

SENATOR VILLA:

      Senator Barickman was placed - when he began in the House,
he was placed between, well, between Representative Hammond and
myself, because I thought we were supposed to instruct him on how
to behave and how to present bills, and the like. And it soon
became all too apparent that he would be the one to impart wisdom
to us, rather than we older ladies instructing him. And it was
apparent then that he was very knowledgeable, he was going to be
a brilliant legislator and this was before he had children. We
watched him go through starting a family with his lovely wife,
Kristin, and how he found the time to drive home every night to
Bloomington to be a part of that family because that was his
priority. But still, he kept his commitments to his constituents
and to those duties here. He is a true statesman and I'm glad to
call him friend. I wish we could clone him and keep him here, but
I know his responsibilities are really with his family and home
right now, and he'll be very missed. And I think the future is
very bright for him. And I know we'll hear great things from
Senator Barickman going forward. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Further discussion? Senator Rose.

SENATOR ROSE:

      Thank you, Mr. President, Members of the Body. This is --
this is a tough one for me. Jason, JB, has been one of my best
friends for over twenty years. All the way back to before either
one of us were elected to anything. Now, I've got to stop and say,
when you've been friends with somebody before they're elected

                                                            162

                     STATE OF ILLINOIS
                  102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                     SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


anything. All this honor and distinction stuff, I think, is a bit
much. I was there in Atlanta - I was there when the cheese hit the
ceiling and we'll leave it at that. Jason has a pretty funny sense
of humor and a pretty special gift of handling things that aren't
supposed to happen. For example, at his wedding to Kristin,
beautiful church in northwest, was it Galena? Galena. Camille and
I are there, and Kristin and Jason do this wonderful thing, they're
going to serve their guests communion. The only problem is they're
going to serve it out of a communal cup. There's -- you can imagine
with a guy as popular as Jason, there's 4 or 500 people in this
church. Me and Camille our in the back of the room. For those of
you who don't know me, I'm a bit of a germaphobe. And I sat there
and watched 499 other people drink from the same cup. As I approach
the communion, I didn't know what to do. I couldn't drink from the
cup. And I was so worried and concerned about drinking from this
cup that Jason and Kristin are serving me, that when they handed
me the -- the host, I bungled the handoff and dropped it on the
floor. So, imagine my surprise as Jason stood there, eyes wide
open, looks at me and he's like, and I'm like, oh, I'm not eating
that off the floor. And the preacher looks at - so the thing, you
know, I picked it up off the floor, ate the damn thing, drank from
the cup and ran back to my seat. Jason when, you know, when you go
back with somebody this far that you've been in their wedding,
you've watched their kids get born it's going to be tough to see
you go. I totally get it. I understand it. Three little kids at
home, an amazing wife. Camille and I wish you the best. I do want
to say this in a very serious note. You know, a lot is made about
the school funding reform and here folks on the other side of the
aisle take credit all the time and that's okay, it was a bipartisan

                                                            163

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

bill. But the fact is, this guy, this guy right here, Senator
Barickman, along with Senator McConchie and Senator Rezin,
negotiated that on our side of the aisle. They negotiated on behalf
of Governor Rauner. Apparently, every now a blind squirrel finds
a nut, because he got something right. But the bottom line is that
bill, if Jason accepted the first version that came out, it
wouldn't have been nearly as good for our school districts that he
and I represent in downstate Illinois, Senator Turner represents,
Senator Fowler, Anderson, the rest of us. It took two years but by
him consistently going to all those meetings, all those weekend
meetings, all those meetings on vacations. We finally got a product
that every kid in Illinois can be proud of. That we can do right
by every child in Illinois, no matter where you live, no matter
what your party is. The school kids of Illinois are better because
Jason Barickman has been here, has been taken, as the President
said, and I appreciate very much his standing today, to speak for
Jason, the people of Illinois are better off because you've served.
You know, at the end of the day, it's the old Boy Scout motto, you
want to -- you want to leave it better than you came. You know,
Jason, when you showed up in the House all those years ago, I think
I was giddy. And then my buddy finally got, became a State
Representative and I was so giddy, in fact, that I gave him a big
hug on the House Floor. It was pretty darn awkward. But let there
be no mistake that you're leaving the State of Illinois better --
a better place for your kids, my kids, all the kids of Illinois,
than when you came to the House of Representatives over a decade
ago. Thank you so much for your service, thank Kristin, thank your
kids, but I appreciate you being my friend more than anything else.
I know I'm still going to call you at 2 a.m. when I'm driving. I

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

don't expect you to answer this time, but we'll catch up, you know,
the next morning. And with that, you're going to get a big old hug
from me, just as awkward, as it was the day you came into the
House.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Is there further discussion? Leader Lightford.

LEADER LIGHTFORD:

    To the resolution, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the resolution.

LEADER LIGHTFORD:

    I -- I wanted to speak. Jason, that's what you've always
done to me. Motivate me, you've given me some of my best Floor
speeches because of some of the comments you've made. Thank you,
Senator. I want to thank you for your commitment to education. And
your voice on the Senate Education Committee and the work that you
did to make sure that there was an equitable school funding formula
in the State of Illinois. And what's so important to note here, is
that we were so far on opposite ends of everything, but because we
shared a common goal around what we thought needed to better shape
our children's educational opportunities, we were able to come
together and began to - for me, I began to learn from you, your
perspective and I hope that I shed some light, as well, so then,
we began to work together. So, I think that, if nothing else, this
Body gives examples of how you can live from two different worlds
and be able to have compassion about the same thing. So, I just
want to thank you for the work that you've done, the commitment
you made to our children, and to let you know I've enjoyed serving
with you. I enjoyed the -- the debates and I've enjoyed the

                                                              165

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023

misunderstandings and mishaps, because I believe it made me a
better legislator. And I hope that you have nothing but happiness
in the future and then have a chance to enjoy your children and
your wife. Thanks for serving.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Further discussion, Senator DeWitte.

SENATOR DeWITTE:

     Thank you, Mr. President. To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

     To the resolution.

SENATOR DeWITTE:

     I'll be brief. I just wanted to add my thanks to all of
Senator Barickman's contributions to this Body. When I came into
the Senate, four years ago, I had the pleasure of sitting directly
in front of Senator Barickman. And it quickly became apparent that
this gentleman had a grasp of so many aspects of what we are all
asked to do every day in this Body. He became a great resource. He
was always there when I had a question and always took time to
explain things in detail. But what impressed me the most about
Senator Barickman was his eloquence on the Floor. Always well
spoken, his comments and speeches were always well thought out.
And Senator Barickman, I guess, the best compliment I could pass
on to you, and my wife's in the back of the room so she'll verify
this, was when I would get home after hearing one of Senator
Brickman's terrific, eloquent speeches about a position here on
the Floor. I would make my wife sit down and say, "Honey, you need
to sit down and listen to this speech." Thank you for your
contributions, all the best to you and your family in the future.
And most of all, thank you to the service, not only to this caucus,

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

but the State of Illinois. Thank you, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Further discussion? Senator Anderson.

SENATOR FEIGENHOLTZ:

        To the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

        To the resolution.

SENATOR FEIGENHOLTZ:

        Thank you, Mr. President. When I came in eight years ago,
Senator Barickman was one of the first one to kind of put his arm
around me and always, you know, have that open door policy and --
and say, "Hey, if you ever need anything, ever have any questions,
please come to me." And for that, I'll be forever grateful. I've
had the opportunity over the years to be part of negotiating some
pieces of legislation with Senator Barickman, and there wasn't a
whole lot of negotiating from my side, it was more of sitting back
and learning from -- from Jason. We've had a lot of heavy hitters
on our side, as far as debating, and Jason is one of them. I know
there's been some nice things said by President Harmon and Senator
Lightford, but I think you all know that you're breathing a sigh
of relief seeing Jason go. I've noticed, I -- I watch people a lot
and I always notice when your side has -- when you're doing a bill
and you always have staff in the corner. Whenever, Senator
Barickman got up and said, "Question of the sponsor", I always
noticed that staffer just get a little closer because you knew
they were going to be needed for Senator -- from Senator
Barickman's questions. Jason, I will always be grateful for not
only your friendship, but for helping me learn the process and
teaching me very well. So, thank you.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


PRESIDING OFFICER: (SENATOR KOEHLER)

        And our final speaker, Senator Curran.

SENATOR CURRAN:

        To the -- to the resolution.

PRESIDING OFFICER: (SENATOR KOEHLER)

        To the resolution.

SENATOR CURRAN:

        Jason, I -- I just wanted to say, oh, the camera's not -
don't sit in the front row if you're six, eight. Ha, ha. Jason, I
just wanted to say, it's a repetitive theme, but when I got here
six years ago, you were incredibly helpful. And the insight you
provided on tough issues, always willing to walk me through it,
the background, maybe the conflicts that -- that existed between
the different opposing entities. It was incredibly helpful.
Learning this process can be daunting, but someone that had a great
grasp of it, like you, and always willing to share, and I can tell
you really enjoyed mentorship and that's very evident with your
work with the Edger Fellows, the work you do with students in your
district. Not only were you a strong voice for central Illinois
and a strong voice for business throughout this State. But you are
also a very keen and insightful voice for those of us that came
after you trying to learn this process. So, I forever thank you
for that, thank you for your friendship and wish you the best of
luck going forward.

PRESIDING OFFICER: (SENATOR KOEHLER)

        And, so, the question is, shall Senate Resolution 1387 pass.
All those in favor will say Aye. Opposed, Nay. The Ayes have it,
and the resolution is adopted. Senator Barickman, would you like
to speak to your colleagues?

168

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


SENATOR BARICKMAN:

So, thank you, Mr. President. I'll keep my remarks to an
hour or less. First of all, it looks like the cameraman should
have, or somebody should have put me in the row where Curran's at
and... listen, I want to first just thank all of you, my colleagues
in the room. This has been an incredible opportunity to -- to serve
with you and I just want to pass along something that be -- before
I ever was and this is the only office, I've -- I've ever, served
in, brief time in the House, I suppose. But before I was in public
office, a friend and mentor of mine, Jim Edgar, told me, he said,
"Jason, you know, as you're thinking about getting" - this is when
I was in law school, he said, "If you're thinking about getting
involved in politics and government, I encourage you to look at
State government. State government is the government that touches
people's lives. You have an opportunity to impact people's lives
by getting involved in State government." I look back on our -- on
my twelve years and what -- what we've done and what you'll do and
-- and I cannot tell you how much I agree with that statement.
It's such an important job that -- that all of us do together in
this Chamber. And I want to tell each of you, both sides of the
aisle, what an incredible opportunity this has been for me to serve
with you, your colleagues, your friends. And as I leave here, I
hope that we can find ways to continue those friendships and we
can continue to find ways to -- to work together to make our State
better. I want to thank the staff. Our staff, I've -- I've, you
know, you work these bills and your staff make you look just
terrific. Thank you to our staff for the wonderful, wonderful work
that they do. I also want to thank the Democratic side of the
aisle. Your staff is outstanding and I've gotten to know some of

169

```
                        STATE OF ILLINOIS
                     102nd GENERAL ASSEMBLY
                        REGULAR SESSION
                       SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

them on some of the tough bills that we've worked on. They're super
sharp, just like ours. These people on both sides of the aisle,
they do tremendous work. They don't get the accolades. But all of
you, the staff, are so appreciated. I introduced all of you,
briefly, to my long time - I had a ten-year legislative aide, Cathy
Scaife, who retired on December 1st and she -- she, like each of
you who have these -- these people who help us, she has been
incredible for me. My -- in the -- in the resolution, it mentioned,
I grew up on a family farm. I actually, I grew up to - I was born
to a single mother, and when I was eight years old, I moved, we
say we got married, we moved to the farm, and I became a Barickman.
And my parents are farm - my brother is farming. He's sixth
generation farm -- farmer of the same land in central Illinois. My
parents taught me that I should work hard, use common sense, and
leave the farm better than the way we found it. He said, "That's
what my dad told me." He said, "That's what I tell you." I try to
take that attitude, work hard, common sense, leave things better
than you found them. That's what I try to do in my service in the
General Assembly. And along the way it made me think of what my
grandma taught me. My grandma said, the most important people in
your life is your family. Take care of your family. They're simply
the people who will count on you for the most and you need to be
there for them. And, you know, I spent a lot of time -- COVID
affected a lot of people in a lot of ways. For -- for us, for the
Barickmans, COVID was the first time in my married life where we
kind of slowed down. And I got married in the, gosh, the months
before I was in the legislature. My -- my first born, I was walking
from the Stratton to the -- to the Capitol one day, it was like
noon. I said, "Hey, Chap going over to the Capitol", told my LA,

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


"Going over to the Capitol." I walked out the door, my wife,
Kristin calls me and she's like, hey, he's coming, this was our
first born. I didn't enter the Capitol, I beelined to my pickup
truck and I definitely broke many laws going home. She nearly
delivered in the -- in the front seat of my truck, but we made it
to Carl. But that was our first, Augie, he's 11 today. Walter who
-- who just the other day turned ten. He was six weeks early and
we had him in the NICU in Peoria for -- for two weeks. They do
tremendous work over there and six weeks early is scary, but a lot
of people are born much earlier. But he was our second. He's doing
you know, he's doing great. I miss -- Kristin missed that
inauguration, they had to bring a suit to me at the hospital so I
could come down for that one. You know, and then Lia, who turns
six here later this month, she again - Kristin, I think Kristin
only came to one inauguration because she's pumping out babies,
you know. The point is this, I married a tremendous woman who has
supported me at every turn. And we have beautiful children who
have only known their father to be in public office. And for all
of us who are in, we know what that means. It means when the phone
rings, you take it, even if it's at the dinner table. It means
that when you're out to dinner with your family, people say, "Hey,
I know you," you know, nobody likes to get interrupted and then
they sit down at your dinner table and tell you fifteen minutes of
their problems, right? And you listen because, you know, that's
what we do. This fall, you know, we had -- with these three kids,
we were in so many things. They're in so many things at this age.
And, you know, the evolution for me in this -- this thought process
is, you know, I'm lucky. I am super lucky. I hear from all these
parents who say 'blink and they're grown up'. And I hear people

                                                            171

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                               1/10/2023

say, you know, your kids, eventually, they're going to want to quit hanging out with you. Our kids are so -- I'm so lucky, our kids want to hang out with me. They called me, they sang me - tonight -- they, you know, you sing happy birthday, they sang happy Dad's last day. They sang to me on speakerphone, sitting next to McClure and -- and you know what they said what was on their bucket list? Was coming home and eating dinner and hugging me later tonight. Like these are -- these are blessings that -- that I have. And so, while I will miss this incredibly, I miss the banter. Senator Lightford, I'm not sure if I'm going to miss it with you or not. I'm, you know, I'm very serious. I -- I love the banter. I love the debate. I think of all the things that one might do in their life serving in the Illinois State Senate. We have this wonderful State. We -- we have this wonderful responsibility here, and the opportunity that we have to debate the biggest issues of the day. We don't come together quite as much as I wish, but we do come together occasionally, we do great things together. And I'm going to miss a whole lot of that, but I promise you this, I'm not going to regret my decision to go home and be with my family. And so, while I don't know what the future holds, other than, you know, Lia's five turning six and I got a whole lot of years with her and Augie and Wally, or Kristin and I are going to raise them, and we're hopefully going to put them on the right track and we're going to see where life takes us. So, thank you to all of you, to the -- to the people of the 53rd District who gave me just the -- the ultimate privilege and opportunity. It's one I never took for granted. And I've appreciated every moment of this and I wish all of you Godspeed. Thank you.
PRESIDING OFFICER: (SENATOR KOEHLER)

172

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

     Senator Cunningham, in the Chair.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     Ladies and Gentlemen of the Senate, we're going to move back to Supplemental Calendar No. 1, at the bottom of that Calendar where Senator Koehler brings Senate Resolution 1390. Secretary, please read the resolution.

SECRETARY ANDERSON:

     Senate Resolution 1390, offered by Senator Koehler.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     Senator Koehler, on your resolution.

SENATOR KOEHLER:

     Thank you, Mr. President. Senate Resolution 1390 creates a committee to approve the final Journals of the Senate of the 102nd General Assembly that have not been approved by the Body as a Whole. The committee is comprised of three Members, two appointed by the President and one appointed by the Minority leader. And the Senate has formed a similar committee in the previous General Assemblies, and I ask for your approval.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     Is there any discussion? Seeing none. There is a roll call required on this bill. The question is, shall Joint Resolution 13, I'm sorry. The question is, shall Senate Resolution 1390 pass. All those in favor will vote Aye. Opposed, Nay. The voting is open. Have all voted who wish? Have all voted who wish? Have all voted who wish? Take the record. On that question, there are 53 Senators voting Yes, 0 voting No, 0 voting Present. Having received the constitutionally required majority, Senate Resolution 1390, is declared passed. The Committee -- the Committee on Assignments will meet immediately in the front room. The Committee on

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


Assignments, please move to the front room. Senator Koehler, back
in the Chair.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Rose, for what purpose do you seek recognition?

SENATOR ROSE:

     Ladies and Gentlemen, we have neglected one Member. There is
someone here who is so humble, so genteel, they declined their own
resolution. Can we get one more? Just one more, "friends".

PRESIDING OFFICER: (SENATOR KOEHLER)

     Just, Senator -- Senator Bailey. Senator Fine, for what
purpose do you seek recognition?

SENATOR FINE:

     Point of personal privilege.

PRESIDING OFFICER: (SENATOR KOEHLER)

     State your point.

SENATOR FINE:

     Thank you, Mr. President. I would just like to thank Senator
Pappas for stepping into the role and leaving the rest of her life
behind so she could finish the business of the Senate for this
Session. And we are going to miss your quick wit and intellect,
and it has just been a pleasure working with you. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Pacione-Zayas, for what purpose do you seek
recognition?

SENATOR PACIONE-ZAYAS:

     Point of personal privilege, please.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Please state your point.

SENATOR PACIONE-ZAYAS:

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                           1/10/2023


         Sorry. I rise to recognize twenty years of service from Rosa
Orama as a legislative assistant in the Senate. Sunday marked the
anniversary and I didn't want the 102nd General Assembly to close
without this acknowledgment. We all know that the role of a
legislative assistant is expansive. It's critical. It's
foundational to the work of a legislator because it's an enabling
role. It literally is a position that allows us to legislate. And
Rosa's approach is masterful, in not just the administrative and
perfunctory aspects, but her magic is that she's a community
builder. She is resourceful. She always has a solution. She is
always knows a person who can help us. And her generous spirit is
constantly looking out for her colleagues of all stripes, whether
it's supporting, onboarding new legislative assistants, or making
them feel welcome, or picking up the work of a vacant legislative
assistant position so another Senator's work can actually happen
and not fall by the wayside. Or setting up informational interviews
for the pages so that they can explore their careers through the
eyes of a legislator or ensuring our community stakeholders have
a home base while they're here in Springfield. For these and many
more examples, I'm grateful for all that you've done, not just for
me, but for everyone you encounter. And I asked my -- my
predecessor , she wanted to weigh in and say a few words, do, if
you all will bear with me, I've got something here from now Madam
Clerk, Iris Martinez. 'My dear friend Rosa, congratulations on
your significant milestone as you celebrate your 20th year work
anniversary. Although I couldn't be there to honor you today,
please know you are always in my heart and thoughts. You are such
an extraordinary person with many talents. You are always willing
to help out and go that extra mile when it comes to serving the

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                           1/10/2023

people of Illinois. You are passionate and always kind to everyone
you meet. I miss my morning conversations with you whenever I was
at the Springfield office, especially when we would discuss what
happened on our favorite Novela while sipping our Bustelo. For
those who don't know Rosa, she makes the best coffee in
Springfield. Thank you always for being there for me, and most
importantly, for taking care of me during my time as a legislator.
You are not only my former staffer; you are my family to me. Many
blessings to you as you continue your path in Springfield. Love
you, my sister, Iris.'

PRESIDING OFFICER: (SENATOR KOEHLER)

Congratulations and thank you. Mr. Secretary, Committee
Reports.

SECRETARY ANDERSON:

Senator Lightford, Chair of the Committee on Assignments,
reports the following Legislative Measures have been assigned: Be
Approved for Consideration - Motion to Concur with House Amendment
3 to Senate Bill 2951, and Floor Amendment 2 to House Bill 1563.
Signed, Senator Kimberly A. Lightford Chair.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Aquino, for what purpose do you seek recognition?

SENATOR AQUINO:

Point of personal privilege.

PRESIDING OFFICER: (SENATOR KOEHLER)

State your point.

SENATOR AQUINO:

I just, I too, want to thank Rosa for her years of service
to our State, to this institution. We are looked as -- we are the
public face of being public servants as the politicians, but

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023

really, the true servants that serve and don't get the accolades
or recognition and so forth, but do -- do amazing work  day-in
and day-out are those legislative staffers and Rosa has been doing
it for 20 years. I just want to say personally, muchas gracias por
el amor el apoyo el cafecito siempre. As a Puerto Rican, we don't
see a lot of our folks here in Springfield and in this Body. We've
had a few Senators that have come and gone and there's a couple of
us still left. But you have been a rock for all of us. I personally,
I - you've been an inspiration. You were like a godmother here to
many of us. We love you and thank you for your service.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Senator Harris, for what purpose do you seek recognition?

SENATOR HARRIS:

    Point of personal privilege.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Please state your point.

SENATOR HARRIS:

    I would like to take this time to -- to thank a man of the
'X' who shall remain unnamed but not appreciated, one of our
colleagues who is not going to be returning with us the next
General Assembly. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Supplemental Calendar… Senator Hastings, for what purpose do
you seek recognition?

SENATOR HASTINGS:

    Point of personal privilege, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Point of information. Please state your information.

SENATOR HASTINGS:

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023


        I want to second Senator Harris's comment. The letter 'X' is
for the unknown, and some people here are very humbled because
they don't ever want to be recognized. But to the people that don't
want to be recognized or to that certain Senator who doesn't want
to be recognized, we lost a lot of institutional knowledge here
tomorrow and we're thankful for his service. Thank you, Mr.
President.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Thank you. Supplemental Calendar No. 1 has been printed and
distributed. This is a concurrence. Senator Villanueva. Mr.
Secretary, please read the -- the -- the motion.

SECRETARY ANDERSON:

        I move to concur with the House in the adoption of their
Amendment No. 3 to Senate Bill 2951.

Signed by Senator Villanueva.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Senator, on your motion.

SENATOR VILLANUEVA:

        Okay. Thank you, Mr. President. I move for its adoption and
will read - oh, we don't need that oh, we're going. Thank you. All
right. Thank you, Mr. President. I hope this bill is not as
controversial as the last one that I had. The amendment to this
revenue package is basically a language that we've gotten in
conversations with DCEO and the Governor's office, and it does a
couple of the following: it creates the Invest in Illinois Act,
which creates a fund that may be used by DCEO to award economic
initiative -- incentives to businesses that pledge to make capital
investments and create or retain jobs in the State of Illinois, it
increases the amount of tax credit under the EDGE Tax Credit Act

                                                              178

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

and MICRO Act, it removes a couple of errors and edits that needed
to -- to be made, it increases the size of enterprise zones and
allows for renewable energy businesses to qualify for incentives
in the REV Act, it clarifies a couple of things in terms of the
film production services credit by clarifying that only nine
nonresident, non-actor salaries, per production, may qualify for
it, and it extends the sunset date of the Act by about six years
from January 1st, 2027 to January 1st, 2020 -- 2033, and creates
the sustainable aviation fuel purchase credit equal to $1.50 per
gallon of sustainable aviation fuel and uses -- used against the
taxpayer sales tax liability for all jet fuel. I know that we have
a lot of proponents. I think I heard of a last-minute opponent,
but we're going to be working on a trailer in the new General
Assembly in order to address some of their concerns. I asked for
an Aye vote.

PRESIDING OFFICER: (SENATOR KOEHLER)

     Seeing no discussion. We're going to have a computer check
first. Are your computers ready to vote? Is everyone's computer
ready to vote? The question is, shall the Senate concur in House
Amendment(s) No. 3 to Senate Bill 2951. All those in favor, vote
Aye. Opposed, Nay. The voting is open. Have all voted who wish?
Have all voted who wish? Have all voted who wish? Take the record.
On that question, there are 40 voting Yea, 15 voting Nay, none
voting Present. Having received the required constitutional
majority, the Senate does concur in House Amendment No. 3, to
Senate Bill 2951, and the bill is declared passed. We're going to
go to the regular Calendar, page 2 up at the top of the page is
House Bill 1563. We have a letter on record of President Harmon
signing that bill over to Senator Cunningham, allowing Senator

                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                    SENATE TRANSCRIPT

123rd Legislative Day                        1/10/2023


Cunningham to run the bill. Mr. Secretary, please read the…
Senator -- Senator Cunningham seeks leave of the Body to return
House Bill 1563 to the Order of 2nd Reading. Leave is granted. Now
on the Order of 2nd Reading is House Bill 1563. Mr. Secretary, are
there any Floor amendments approved for consideration?
SECRETARY ANDERSON:

     Floor Amendment No. 1, offered by President Harmon.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Cunningham, on the amendment.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     I do not wish to adopt this amendment.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Are there any other -- further Floor amendments approved for
consideration?
SECRETARY ANDERSON:

     Floor Amendment No. 2, offered by President Harmon.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Senator Cunningham, on your amendment.
PRESIDING OFFICER: (SENATOR CUNNINGHAM)

     I move to adopt the amendment and I'll describe its contents
on 3rd Reading.
PRESIDING OFFICER: (SENATOR KOEHLER)

     Is there any discussion? All those in favor will say Aye.
Opposed, Nay. The Ayes have it, and the amendment is adopted. Are
there any further Floor amendments approved for consideration?
SECRETARY ANDERSON:

     No further amendments reported.
PRESIDING OFFICER: (SENATOR KOEHLER)

     3rd Reading. Now on the Order of 3rd Reading is Senate Bill

                                                              180

```
                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                     SENATE TRANSCRIPT
```

123rd Legislative Day                              1/10/2023

or House Bill 1563. Mr. Secretary, please read the bill.

SECRETARY ANDERSON:

      House Bill 1563

          (Secretary reads title of the bill)

3rd Reading of the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Senator Cunningham, to present the bill.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

      Thank -- thank you, Mr. President. House Bill 1563, as
amended, makes a number of changes related to the Governor's
appointments to boards and commissions. We already approved the
portion of the bill during Veto Session, I believe, but the House
never took up that bill. So, it's been loaded back into this bill.
There are also provisions related to the Sangamon County preference
location for State jobs. I also want to stay on the record, there
was an amendment at one point pending for this bill that I know it
engendered some opposition from AFSCME that has not been - that
amendment has not been adopted. It is not part of this -- this
bill. I'd be happy to take any questions, would appreciate the
Chamber's support.

PRESIDING OFFICER: (SENATOR KOEHLER)

      Is there any discussion? Senator Barickman.

SENATOR BARICKMAN:

      To the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

      To the bill.

SENATOR BARICKMAN:

      Thank you, Mr. President. I'm going to look to the sponsor
to clarify if I've got this wrong, but my understanding is this -

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

maybe I should ask a question of the sponsor, real quick.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Sponsor indicates he'll yield.

SENATOR BARICKMAN:

    Senator, the amendment that would -- that some are concerned would remove some of the expertise that law enforcement and others bring to the Board. That amendment has that been adopted? Okay. Okay. So, to the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

    To the bill.

SENATOR BARICKMAN:

    Thank you. So, Mr. President, Ladies and Gentlemen. Just the concern from this side of the aisle relates to the fact that the Board would result in less expertise from those in law enforcement and judges. It would increase the flexibility for the Governor to appoint members that may deny a significant amount of applicants. So, I'd urge a No vote. Thank you.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Any further discussion? Senator Cunningham, to close.

PRESIDING OFFICER: (SENATOR CUNNINGHAM)

    I ask for your Aye votes.

PRESIDING OFFICER: (SENATOR KOEHLER)

    The question is, shall House Bill 1563 pass. All those in favor will vote Aye. Opposed, No. The voting is open. Have all voted who wish? Have all vote who wish? Have all voted who wish? On that question, there are 37 voting Yes, 17 voting No, none voting Present. I'm sorry. Take the record. On that question, there are 37 voting Yes, 17 voting No, none voting Present. And House Bill 1563, having received the required constitutional majority,

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                        1/10/2023

is declared passed. Senator Joyce, for what purpose do you seek recognition?

SENATOR JOYCE:

    Point of personal privilege, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Point of announcements.

SENATOR JOYCE:

    That's it. Ladies and Gentlemen of the Senate, we have two Members that are going to be leaving us here, they've been here for a short time. Have been in a lot of committee meetings with me. We have Senator Mattson and Senator Tharp, that in their short amount of time on the Senate Floor, have -- gave a lot of contributions to a lot of the issues in a very short amount of time. Senator Mattson is two for two, passed two bills. Did he get three? I think he had to amend the first one because it wasn't that good of a bill. So anyway, I want to thank both of them for their service. I anticipate to see both of them, maybe, someday in the future. I think they're both starting their -- their careers and -- and with the amount of impact that they've had and the thoughtfulness that both brought to the Floor, I hope we see them again in the future. So, thank you for your service.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Thank you. Senator Belt, for what purpose do you seek recognition?

SENATOR BELT:

    Mr. President, a point of personal privilege.

PRESIDING OFFICER: (SENATOR KOEHLER)

    Point of announcement.

SENATOR BELT:

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                              1/10/2023


        I -- I want to echo the sentiments that Senator Fine had
earlier about Senator Pappas. She has been a breath of fresh air.
She sees things differently and I don't mean that in a bad way.
She's --she's got a unique perspective on things, and -- and she's
really smart, really intelligent. She knows a lot of institutional
knowledge. She knows the back ways to a lot of -- to get back to
the Stratton. And -- and it really has been a great experience for
me to sit here and soak up all that she has. And so, I wish you
well, and I thank you, and I appreciate you. Thank you, Mr.
President.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Mr. Secretary, Messages from the House.

SECRETARY ANDERSON:

        A Message from the House by Mr. Hollman, Clerk.

        Mr. President - I am directed to inform the Senate that the
House of Representatives has concurred with the Senate in the
passage of a bill of the following title, to wit:

            Senate Bill 208.

        Together with the following amendments which are attached, in
the adoption of which I am instructed to ask the concurrence of
the Senate, to wit:

            House Amendments 1 and 4 to Senate Bill 208. Passed the
House, as amended, January 10th, 2023. John W. Hollman, Clerk of
the House.

        Message from the House by Mr. Hollman, Clerk

        Mr. President, I am directed to inform the Senate that the
House of Representatives has concurred with the Senate in the
passage of a bill of the following title, to wit:

            Senate Bill 1836.

                                                              184

```
                    STATE OF ILLINOIS
                 102nd GENERAL ASSEMBLY
                    REGULAR SESSION
                   SENATE TRANSCRIPT
```

123rd Legislative Day                          1/10/2023


Together with the following amendment which is attached and the adoption of which I am instructed to ask the concurrence of the Senate, to wit:

House Amendment 1 to Senate Bill 1836, passed the House, as amended, January 10th, 2023. John W Hollman, Clerk of the House.

PRESIDING OFFICER: (SENATOR KOEHLER)

Committee on Assignments will meet in the front room. Committee on Assignments to the front room. Mr. Secretary, Committee Reports.

SECRETARY ANDERSON:

Senator Lightford, Chair of the Committee on Assignments, reports the following Legislative Measures have been assigned: Be Approved for Consideration - Motion to Concur with the House Amendments 1 and 4 to Senate Bill 208, and Motion to Concur with House Amendment 1 to Senate Bill 1836.

Signed, Senator Kimberly A. Lightford, Chair.

PRESIDING OFFICER: (SENATOR KOEHLER)

Supplemental Calendar No. 3 has been printed and distributed. On that list is Senate Bill 208. Mr. Secretary, please read -- please read the motion.

SECRETARY ANDERSON:

I move to concur with the House, in the adoption of their Amendments 1 and 4 to Senate Bill 208.

Signed by Senator Kimberly Lightford.

PRESIDING OFFICER: (SENATOR KOEHLER)

Leader Lightford, to explain your motion.

LEADER LIGHTFORD:

Thank you, Mr. President, Ladies and Gentlemen of the Senate. I'll quickly say some things and be happy to answer questions.

```
                      STATE OF ILLINOIS
                   102nd GENERAL ASSEMBLY
                      REGULAR SESSION
                      SENATE TRANSCRIPT
```

123rd Legislative Day                            1/10/2023


About 1.5 million workers in Illinois do not have access to even
a single sick day. Let me repeat that, 1.5 million people in this
State cannot take a sick day without being penalized or losing
pay. Now, let's think about that for just a moment. Imagine you're
down with the flu, you have a bad cold, or even COVID and you are
one of these millions of people. You have to consider if you're
going to risk getting your coworkers sick or risk not being able
to put food on the table. Or imagine your child gets a stomach bug
and needs you to stay home with them. You have to consider if you
are going to risk leaving your young child alone or losing your
job. Tell me, Ladies and Gentlemen of the Senate, why should a
person have to think, for just a second, if they will risk losing
their job or losing wages if they stay home to take care of
themselves or a loved one? Don't we think that should be a basic
human right? That is why today I stand before you to ask for an
Aye vote for the Paid Leave for Workers Act. Senate Bill 208 will
require employees to receive a minimum of 40 hours of paid leave
to be used for any reason within a 12-month period. One hour of
paid leave will be accrued for every 40 hours worked, up to a
minimum of 40 hours, with a few exceptions. The requirement to
provide paid leave applies to all employers in the State of
Illinois, including State and local governments. Over three
fourths of low wage workers do not have paid sick leave.
Particularly Black, Latino, and women are overrepresented among
low wage workers relative to their share of the total number in
the workforce. Too many low wage workers go to work sick because
they cannot afford to take unpaid leave and fear losing their job
if they do. That's inhumane. I wholeheartedly believe this measure
is a necessary step toward affirming workers who need to care for

                                                              186

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

their health care needs or the health care needs of their loved
ones are given the much deserved right to do so. I'd be happy to
answer questions and I'd ask for an Aye vote.

PRESIDING OFFICER: (SENATOR KOEHLER)

Is there discussion? Senator Barickman.

SENATOR BARICKMAN:

To the bill.

PRESIDING OFFICER: (SENATOR KOEHLER)

To the bill.

SENATOR BARICKMAN:

You know, how fitting. So, what -- which -- this is the
education funding bill that -- yes -- yes. It is fitting that on
this late hour with the wonderful sponsor of this bill that I rise
to speak in opposition to it. Mr. President, Ladies and Gentlemen,
you know, for years you all have heard me speak to the burdens
that this State continues to place, especially on our small
business owners. And I rise in opposition today to this legislation
because that burden would only continue further with this
legislation. Our small business owners exist in every district
throughout this State, every geographic region throughout this
State. They are the mom-and-pop shops that are owned by our
neighbors. They're the mom-and-pop shops that are the lifeblood of
the economic engine of our State. And while they have continued to
try to do their best as they've navigated through COVID, historic
levels of inflation, and otherwise, I think it's important to put
in context the role that they play in our communities. They put
our people to work. And we need to make sure that we are supporting
our small businesses and our small business employers in this
legislation, unfortunately, goes in the wrong direction for that.

187

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

So, with all due respect to my very, very fine friend on the other side of the aisle, I rise in opposition to this. Thank you, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

Further discussion. Seeing none. Leader Lightford, to close.

LEADER LIGHTFORD:

Thank you. I just quickly say that I too care and support small business but if the employees are sick, they cannot come to help run the small business. So, here we are in this relationship where we have to be giving to one another. I support paid leave. I hope you do too. I ask for an Aye vote.

PRESIDING OFFICER: (SENATOR KOEHLER)

Just to make sure everybody's computer is up and ready to vote. The question is, shall the Senate concur… Everyone ready? The question is, shall the Senate concur in Amendments No. 1 and 4 to Senate Bill 208. All those in favor, vote Aye. Opposed, Nay. The voting is open. Have all voted who wish? Have all voted who wish? Have all voted who wish? Take the record. On that question, there are 38 voting Yea, 16 voting Nay, none voting Present. And having received the required constitutional majority, the Senate does concur in House Amendments No. 1 and 4 to Senate Bill 208, and the bill is declared passed. We'll go to Senate Bill 1836, motion to concur. Mr. Secretary, please read the motion.

SECRETARY ANDERSON:

I move to concur with the House, in the adoption of their Amendment No. 1 to Senate Bill 1836.

Signed by Senator Gillespie.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Gillespie, on your motion.

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


SENATOR GILLESPIE:

Thank you, Mr. President. Senate Bill 1836 is a concurrence with the Foreign Nurse Staffing Agency bill that we heard in the spring. As you may recall, the Department of Labor had some issues. The parties have negotiated those issues. The Department of Labor is now neutral and we know of no opposition. And I ask for an Aye vote.

PRESIDING OFFICER: (SENATOR KOEHLER)

Is there any discussion, Senator Syverson?

SENATOR SYVERSON:

Thank you so much, Mr. President. I was just going to urge my side to strongly support this great piece of legislation. Thank you, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

Senator Gillespie, to close. Alright, make sure your computers are ready to vote. The question is, shall Amendment No. 1 to Senate Bill 1836 pass. Shall the Senate concur in House Amendment(s) No. 1 to Senate Bill 1836. All those in favor, vote Aye. Opposed, Nay. The voting is open. Have all voted who wish? Have all voted who wish? Have all voted who wish? Take the record. On that question, there are 54 voting Yea, none voting Nay, none voting Present. And having received the required constitutional majority, the Senate does concur in House Amendment No. 1 to Senate Bill 1836, and the bill is declared passed. We'll now proceed to the Order of Resolutions Consent Calendar. With leave of the Body, those resolutions read in today will be added to the Consent Calendar. Mr. Secretary, have there been any objections filed to the resolutions on the Consent Calendar?

SECRETARY ANDERSON:

189

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023


        No objections filed, Mr. President.

PRESIDING OFFICER: (SENATOR KOEHLER)

        Is there any discussion? If not, the question is, shall the
resolutions on the Consent Calendar be adopted. All those in favor
will say Aye. Opposed, Nay. The Ayes have it, the motion carries,
and the resolutions are adopted. President Harmon, in the Chair.

PRESIDENT HARMON:

        Senator McConchie, for what purpose do you seek recognition?

SENATOR McCONCHIE:

        Point of personal privilege, Mr. President.

SENATOR HARMON:

        Please state your point.

SENATOR McCONCHIE:

        Thank you, Mr. President. For the last two years, it has
been a real honor and privilege to be able to serve this Chamber
as its minority leader. I have very much enjoyed being able to
work with so many people, in here, on so many important things,
including you, Mr. President, on things. One of the things that I
would note, going forward, is that I hope that we will continue to
be not only respectful of each other, but respectful of democracy,
in general. I know that in the last couple of years there was quite
a bit of back-and-forth tussle over some things that I think some
of us on our side of the aisle felt maybe didn't quite work for
the minority. Redistricting being one of those. Sometimes the --
the inability of being able to have ideas heard and -- and made
sure that, that if you have an idea that you can be able to put it
forward without it, you know, there -- there being inordinate
obstacles to it. But I very much enjoyed the debate. I've very
much enjoyed working with everyone in this Chamber. I want to

                                                            190

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                                    1/10/2023

congratulate Senator Curran, on his coming into this role going forward. Wish him the best of luck and I look forward to working with you in the new General Assembly. Thank you.

SENATOR HARMON:

Thank you, Senator McConchie, for your leadership. Look forward to working with you in the next General Assembly, as well. In just a moment, I'm going to recognize Senator Lightford for a motion to adjourn this General Assembly, this 102nd General Assembly, for the last time. Before doing that, I want to make sure we thank our newest and shortest serving Members, Senator Stacy Bennett and Senator Hall, I hope that you've enjoyed your days with us and maybe you'll come back and see us again in -- in -- the future. For all of you who have worked so hard this General Assembly, I thank you. This has been an action-packed General Assembly. And when you have a chance to catch your breath and look back on all that we have accomplished over these last two years, and in particular over these last two weeks, you're all going to be proud of yourselves and the work that we did together. I am very grateful for your partnership, your service, and your support for those of you keeping score at home, we are adjourning approximately ten hours before we did ten or two years ago, and the House is still in Session with no immediate prospects of adjourning for the day. So, yet again, the Senate wins. Senator Lightford.

SENATOR LIGHTFORD:

Thank you, Mr. President. I move that the Senate of the 102nd General Assembly adjourns sine die.

SENATOR HARMON:

Leader Lightford moves that the Senate adjourn sine die. All

191

STATE OF ILLINOIS
102nd GENERAL ASSEMBLY
REGULAR SESSION
SENATE TRANSCRIPT

123rd Legislative Day                          1/10/2023

in favor will say Aye. Opposed, Nay. The Ayes have it, and the
Senate of the 102nd General Assembly stands adjourned sine die.
We'll see you all tomorrow at the Old State Capitol.